1
2
3
4
5
6
7                             IN THE UNITED STATES DISTRICT COURT
8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                         SAN JOSE DIVISION

10   THOMAS LEONARD, et al.,                         NO. C 05-00829 JW
11              Plaintiff(s),                        **ORDER CONTINUING CASE**
        v.                                           **MANAGEMENT CONFERENCE**
12
     BIMBO BAKERIES USA, INC., et al.,
13
                Defendant(s).
14   _____/

15       The case management conference scheduled for July 11, 2005 is continued to September 26,
16   2005 at 10:00 a.m.  The parties shall file a joint case management statement pursuant to Civil L.R. 16-
17   9(a) no later than September 14, 2005.
18
19   Dated: July 1, 2005                             /s/ James Ware
                                                     JAMES WARE
20                                                   United States District Judge

(Left margin: **United States District Court** — For the Northern District of California)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carolyn Blecha Hall carolyn.hall@bingham.com
Dennis Frank Moss dennisfmoss@yahoo.com
Rebecca Sobie rsobie@smbhblaw.com
Robert Ira Spiro ispiro@smbhblaw.com
Wendy M. Lazerson wendy.lazerson@bingham.com

Dated: July 1, 2005                             Richard W. Wieking, Clerk

                                                By: /jwchambers/
                                                    Ronald L. Davis
                                                    Courtroom Deputy

**United States District Court**
For the Northern District of California