1  Ira Spiro, State Bar No. 67641
   Dennis F. Moss, State Bar No. 77512
2  Rebecca J Sobie, State Bar No. 179562
   SPIRO MOSS BARNESS HARRISON & BARGE LLP
3  11377 W. Olympic Blvd., Fifth Floor
   Los Angeles, CA 90064
4  Telephone:   310-235-2468
   Fax:         310-235-2456
5  E-mail:      ispiro@smbhblaw.com

6  Attorneys for Plaintiffs

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LEONARD, CHARLIE BRADARIC, GARY HOSKINS, LARRY BRIAN NEWMAN, JR., CHRIS HERR, and WILLIAM F. HARRISON, each of them individually, and on behalf of: all others similarly situated, the general public, and similarly situated current and former employees of Defendants. | CASE NO. C05 00829 HRL |
| | CLASS ACTION AND FLSA COLLECTIVE ACTION |
| | Assigned to the Honorable James Ware |
| | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| Plaintiffs, | |
| v. | New Date: October 3, 2005<br>Time: ~~10:30 a.m.~~ 10:00 A.M.<br>Courtroom: 8 |
| BIMBO BAKERIES USA, INC., BESTFOODS BAKING COMPANY, and DOES 1 through 10, | Old Date: September 26, 2005<br>Time: 10:00 a.m.<br>Courtroom: 8 |
| Defendants. | |

22  //
23  //
24  //
25  //
26  //
27  //
28

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE

1   **IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants, by and through
2   their respective counsel of record, that the hearing on the Case Management Conference, previously
3   scheduled for September 26, 2005 at 10:00 a.m., be continued to October 3, 2005, at 10:00 A.M ~~10:30 a.m.~~, or at
4   a later date and time most convenient for the Court, due to a calendar conflict.

5   Dated: July 27, 2005          SPIRO MOSS BARNESS HARRISON
                                   & BARGE LLP

7                       By:    _/s/ Rebecca J Sobie_____
8                              REBECCA J SOBIE
                               Attorneys for Plaintiff

10  Dated: July 27, 2005          BINGHAM McCUTCHEN LLP

12                      By:    _/s/ Carolyn B Hall_____
13                             CAROLYN B HALL
                               Attorneys for Defendant

15                              X[~~PROPOSED~~] ORDER

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  Dated: 7/27/05                /s/ James Ware
                                  _____
20                                JAMES WARE
                                  UNITED STATES DISTRICT JUDGE

---

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE