IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas Leonard et al., | NO. C 05-00829 JW |
| Plaintiff(s), | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Bimbo Bakeries USA, Inc., et al., | |
| Defendant(s). | |

The Court conducted an initial case management conference on October 3, 2005. Based upon the conference, the Court orders as follows:

1. The parties shall notice cross-motions for summary judgment, pursuant to the Local Rules, for hearing on July 24, 2006 at 9:00 a.m.

2. The parties are referred to Magistrate Judge Lloyd for all discovery issues.

Dated: October 4, 2005

/s/James Ware
JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carolyn Blecha Hall carolyn.hall@bingham.com
Dennis Frank Moss dennisfmoss@yahoo.com
Rebecca Sobie rsobie@smbhblaw.com
Robert Ira Spiro ispiro@smbhblaw.com
Wendy M. Lazerson wendy.lazerson@bingham.com

**Dated: October 4, 2005**                    **Richard W. Wieking, Clerk**

                                             **By:   /s/JW Chambers**
                                                 **Ronald L. Davis**
                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California