**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LEONARD, et al., | NO. C 05-00829 JW |
| Plaintiffs, | **ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND TO FACILITATE NOTICE; EXTENDING DUE DATE FOR REPLY** |
| v. | |
| BIMBO BAKERIES, et al., | |
| Defendants. | |

In light of the parties' stipulation (Docket No. 74), the due date for Plaintiff's Reply to Opposition to the Motion for Conditional Certification and to Facilitate Notice ("Motion") is continued from October 24, 2005 to October 31, 2005. The hearing on the Motion currently scheduled for November 7, 2005 is continued to November 21, 2005 at 9:00 a.m.

Dated: October 21, 2005                    /s/ James Ware
05eciv0829ctdhearing                         JAMES WARE
                                             United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Carolyn Blecha Hall carolyn.hall@bingham.com
   Dennis Frank Moss dennisfmoss@yahoo.com
3  Rebecca Sobie rsobie@smbhblaw.com
   Robert Ira Spiro ispiro@smbhblaw.com
4  Wendy M. Lazerson wendy.lazerson@bingham.com

6  **Dated: October 21, 2005**                **Richard W. Wieking, Clerk**

8                                              **By:__/s/ JW Chambers_____**
                                                   **Ronald L. Davis**
                                                   **Courtroom Deputy**