| | |
|---|---|
| 1 | Wendy M. Lazerson (SBN 97285) |
| | Carolyn B. Hall (SBN 212311) |
| 2 | BINGHAM MCCUTCHEN LLP |
| | 1900 University Avenue |
| 3 | East Palo Alto, CA 94303-2223 |
| | Telephone: (650) 849-4400 |
| 4 | Facsimile: (650) 849-4800 |
| 5 | Attorneys for Defendants |
| | BIMBO BAKERIES USA., INC. |
| 6 | and GEORGE WESTON BAKERIES, INC. |
| 7 | |
| | Ira Spiro (SBN 67641) |
| 8 | Dennis F. Moss (SBN 77512) |
| | Rebecca J Sobie (SBN 179562) |
| 9 | SPIRO MOSS BARNESS HARRISON & BARGE LLP |
| | 11377 West Olympic Boulevard, Fifth Floor |
| 10 | Los Angeles, California 90064 |
| | Telephone: (310) 235-2468 |
| 11 | Facsimile: (310) 235-2456 |
| 12 | Attorneys for Plaintiffs |

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THOMAS LEONARD, *et al.*, | | No. C 05 00829 (JW) |
| Plaintiffs, | | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE TO SEPTEMBER 11, 2006 OF HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS RE: DEFENSE** |
| v. | | |
| BIMBO BAKERIES USA, *et al.*, | | |
| Defendants. | | |
| | | Complaint filed: February 25, 2005 |
| | | **Judge: Hon. JAMES WARE** |

Plaintiffs Thomas Leonard *et al.* and defendants Bimbo Bakeries USA, Inc. and George Weston Bakeries, Inc., by and through their respective attorneys, stipulate as follows:

---

**STIPULATION & [PROPOSED] ORDER FOR CONTINUANCE**
**CASE NO. 05-00829 (JW)**

| | |
|---|---|
| 1 | WHEREAS, at the October 3, 2005 Case Management Conference in this matter |
| 2 | the Court set July 24, 2006 at 9:00 a.m. as the hearing date for Cross-motions for Summary |
| 3 | Judgment and Motions re: Defense ("Dispositive Motions"); |
| 4 | WHEREAS, Counsel for the parties have met and conferred regarding conducting |
| 5 | necessary discovery in preparation for the Dispositive Motions and Counsel for Plaintiffs has |
| 6 | indicated that an extension of time is required so that Plaintiffs have sufficient time to complete |
| 7 | their desired discovery; |
| 8 | WHEREAS, the parties are amenable to continuing the hearing date on |
| 9 | Dispositive Motions to September 11, 2006. |
| 10 | IT IS THEREFORE STIPULATED BY ALL PARTIES as follows: |
| 11 | The parties stipulate that the hearing on Dispositive Motions be continued from its |
| 12 | originally set date of July 24, 2006 to September 11, 2006 at 9:00 a.m. |
| 14 | DATED: January 25, 2006     BINGHAM MCCUTCHEN LLP |
| 17 | By: /s/ _____ |
| | Wendy M. Lazerson |
| | Attorneys for Defendants |
| 18 | BIMBO BAKERIES USA., INC. and |
| | GEORGE WESTON BAKERIES, INC. |
| 21 | DATED: January 25, 2006     SPIRO MOSS BARNESS HARRISON & BARGE LLP |
| 23 | By: /s/ _____ |
| | Ira Spiro |
| 24 | Attorneys for Plaintiffs |
| | THOMAS LEONARD, et al. |

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The hearing on Cross-motions for Summary Judgment and Motions re: Defense is continued from July 24, 2006 to September 11, 2006 at 9:00 a.m.

//

Dated: January 27, 2006, 2006

_____
HON. JAMES WARE
United States District Judge

3

STIPULATION & [PROPOSED] ORDER FOR CONTINUANCE
CASE NO. 05-00829 (JW)

SF/21653831.1