IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LEONARD, et al., | NO. C 05-00829 JW |
| Plaintiffs, | **ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION** |
| v. | |
| BIMBO BAKERIES USA, INC., et al., | |
| Defendants. | |

Please take note that on the Court's own motion, the hearing on Plaintiffs' Motion for Leave to File First Amended Complaint presently scheduled for March 13, 2006 at 9:00 a.m is vacated. The new hearing date is on **March 20, 2006 at 9 a.m.**

Dated: February 21, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carolyn Blecha Hall carolyn.hall@bingham.com
Dennis Frank Moss dennisfmoss@yahoo.com
Rebecca Sobie rsobie@smbhblaw.com
Robert Ira Spiro ispiro@smbhblaw.com
Wendy M. Lazerson wendy.lazerson@bingham.com

**Dated: February 21, 2006**				**Richard W. Wieking, Clerk**

							**By:    /s/ JW Chambers**
							    **Melissa Peralta**
							    **Courtroom Deputy**

United States District Court
For the Northern District of California