| | |
|---|---|
| 1 | Wendy M. Lazerson (SBN 97285) |
|   | Carolyn B. Hall (SBN 212311) |
| 2 | BINGHAM MCCUTCHEN LLP |
|   | 1900 University Avenue |
| 3 | East Palo Alto, CA  94303-2223 |
|   | Telephone:    (650) 849-4400 |
| 4 | Facsimile:     (650) 849-4800 |
| 5 | Attorneys for Defendants |
|   | BIMBO BAKERIES USA., INC. |
| 6 | and GEORGE WESTON BAKERIES, INC. |
| 7 | |
| 8 | Ira Spiro (SBN 67641) |
|   | Dennis F. Moss (SBN 77512) |
| 9 | Rebecca J Sobie (SBN 179562) |
|   | SPIRO MOSS BARNESS HARRISON & BARGE LLP |
| 10 | 11377 West Olympic Boulevard, Fifth Floor |
|    | Los Angeles, California 90064 |
| 11 | Telephone:    (310) 235-2468 |
|    | Facsimile:     (310) 235-2456 |
| 12 | |
| 13 | Attorneys for Plaintiffs |

[Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge James Ware]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THOMAS LEONARD, et al., | | No. C 05 00829 (JW) |
| Plaintiffs, | | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE TO APRIL 17, 2006 OF HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | | |
| BIMBO BAKERIES USA, et al., | | |
| Defendants. | | |
| | | Complaint filed:   February 25, 2005 |
| | | **Judge:**              **Hon. JAMES WARE** |

Plaintiffs Thomas Leonard *et al.* and defendants Bimbo Bakeries USA, Inc. and George Weston Bakeries, Inc., by and through their respective attorneys, stipulate as follows:

PA/52179728.1

STIPULATION & [PROPOSED] ORDER FOR CONTINUANCE AND TOLLING OF STATUTE OF LIMITATIONS
CASE NO. 05-00829

1   WHEREAS, the hearing on plaintiffs' Motion for Leave to File a First Amended
2   Complaint (the "Motion") is currently set for March 20, 2006 at 9:00 a.m.;
3   WHEREAS, lead counsel for defendants, Wendy Lazerson, has a family
4   emergency which requires that she travel to the East Coast;
5   WHEREAS, defendants have requested a continuance of the hearing date, and
6   plaintiffs and their counsel are amenable to continuing the hearing date to April 17, 2006.
7   IT IS THEREFORE STIPULATED BY ALL PARTIES as follows:
8   The parties stipulate that the hearing on the Motion be continued from its
9   currently set date of March 20, 2006 to April 17, 2006 at 9:00 a.m.  If the Court, *sua sponte*,
10  determines that April 17, 2006 is not an agreeable hearing date, the parties stipulate that the
11  hearing date should be subsequent to and not before April 17, 2006, and preferably on May 1,
12  2006 as an alternate hearing date.
13
14  DATED:  March 17, 2006          BINGHAM MCCUTCHEN LLP
15
16
17                                  By: /s/_____
                                        Wendy M. Lazerson
                                        Attorneys for Defendants
18                                      BIMBO BAKERIES USA., INC. and
                                        GEORGE WESTON BAKERIES, INC.
19
20
21  DATED:  March 17, 2006          SPIRO MOSS BARNESS HARRISON & BARGE LLP
22
23                                  By: /s/_____
                                        Ira Spiro
24                                      Attorneys for Plaintiffs
                                        THOMAS LEONARD, et al.
25
26

PA/52179728.1                        2

**STIPULATION & [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**
**CASE NO. 05-00829**

1
2                                    **ORDER**

3          Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

4          The hearing on plaintiffs' Motion for Leave to File First Amended Complaint is

5   continued from March 20, 2006 to April 17, 2006 at 9:00 a.m.

6
7
8   March 20, 2006                         _____
                                           HON. JAMES WARE
9                                          United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PA/52179728.1                              3

**STIPULATION & [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO
FILE FIRST AMENDED COMPLAINT
CASE NO. 05-00829**