1  Ira Spiro, State Bar No. 67641
   Dennis F. Moss, State Bar No. 77512
2  SPIRO MOSS BARNESS HARRISON & BARGE LLP
   11377 W. Olympic Blvd., Fifth Floor
3  Los Angeles, CA 90064
   Telephone:     310-235-2468
4  Fax:           310-235-2456
   E-mail:        ispiro@smbhblaw.com
5
   Attorneys for Plaintiffs
6
   Wendy M. Lazerson, State Bar No. 97285
7  Carolyn B. Hall, State Bar No. 212311
   BINGHAM MCCUTCHEN LLP
8  1900 University Avenue
   East Palo Alto, CA 94303-2223
9  Telephone:     650-849-4400
   Fax:           650-849-4800
10 Email:         wendy.lazerson@bingham.com

11 Attorneys for Defendants
   BIMBO BAKERIES USA, INC. and GEORGE WESTON BAKERIES, INC.
12

*IT IS SO ORDERED*
*Judge James Ware*

13                    UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

15

16 THOMAS LEONARD, CHARLIE          )   CASE NO. **C05 00829 HRL**
   BRADARIC, GARY HOSKINS,          )
17 LARRY BRIAN NEWMAN, JR., CHRIS   )   CLASS ACTION AND
   HERR, and WILLIAM F. HARRISON,   )   FLSA COLLECTIVE ACTION
18 each of them individually, and on behalf of: all )
   others similarly situated, the general public, and )   **Assigned to the Honorable James Ware**
19 similarly situated current and former employees )
   of Defendants.                   )   **STIPULATION AND [PROPOSED]**
20                                  )   **ORDER FOR CONTINUANCE TO**
                                    )   **OCTOBER 16, 2006 OF HEARING**
21         Plaintiffs,              )   **ON CROSS-MOTIONS FOR FULL**
                                    )   **OR PARTIAL SUMMARY**
22 v.                               )   **JUDGMENT AND MOTIONS**
                                    )
23 BIMBO BAKERIES USA, INC., BESTFOODS )  Current Date:  September 11, 2006
   BAKING COMPANY, and DOES 1 through 10, ) New Date:      October 16, 2006
24                                  )    Time:          9:00 a.m.
                                    )    Courtroom:     8
25         Defendants.              )
   _____)
26

27

28                                       1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
HEARING ON CROSS-MOTIONS --  CASE NO. C05 00829 HRL

## RECITALS

Plaintiffs and Defendants, being all the parties of record in this action, stipulate as set forth in the "STIPULATION" portion of this document below, based on the following circumstances:

A. Pursuant to a previous stipulation, the Court set September 11, 2006 as the hearing date for cross-motions for full or partial summary judgment ("Cross-Motions").

B. The Parties are engaged in discovery in preparation for the Cross-Motions. Recently the parties were unable to resolve a discovery dispute regarding Defendants' responses to Plaintiffs' requests for production of documents, documents which counsel for Plaintiffs believe are important for them to prepare for the depositions of Plaintiffs. Plaintiffs have now filed a Motion to Compel Further Responses to Plaintiffs' First Request for Production of Documents and for a stay of the depositions of Plaintiffs until these requested documents are received.

C. The hearing on Plaintiffs' Motion to Compel is set for April 18, 2006. Because the hearing is set only a few days before the depositions of plaintiffs were to begin, and the motion to compel might result in stay of the depositions, the parties have agreed to postpone the depositions, so that the parties will have dates certain to rely on in planning and preparing for the depositions and adjusting their calendars for them.

D. Thus, the parties will have less time between the depositions and the deadline for filing the Cross-Motions. The depositions are important for the parties' preparation of the Cross-Motions and for formulating further discovery for the Cross-Motions. To accommodate the decreased time between the depositions and the deadline for filing the Cross-Motions, the parties are in accord to extend the filing deadline for the Cross-Motions (by extending the hearing date).

//
//
//
//
//
//

# STIPULATION

**IT IS THEREFORE STIPULATED** by Plaintiffs and Defendants, being all parties of record to this action, that the hearing on the cross-motions for full or partial summary judgment, previously scheduled for September 11, 2006 at 9:00 a.m., be continued to October 16, 2006, at 9:00 a.m., or, if that date is not convenient for the Court, to a later date and time most convenient for the Court.

Dated: March 27, 2006                   SPIRO MOSS BARNESS HARRISON
                                        & BARGE LLP


                          By:    /s/_____
                                 IRA SPIRO
                                 Attorneys for Plaintiff


Dated: March 27, 2006                   BINGHAM McCUTCHEN LLP


                          By:    /s/_____
                                 CAROLYN B. HALL
                                 Attorneys for Defendant


# [PROPOSED] ORDER

IT IS SO ORDERED AS STATED IN THE ABOVE STIPULATION.

Dated: March 31, 2006
                                        _____
                                        JAMES WARE
                                        UNITED STATES DISTRICT JUDGE