United States District Court
For the Northern District of California

*E-filed 4/25/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LEONARD, et al., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BIMBO BAKERIES USA, et al,<br><br>    Defendants. _____/ | Case No. C05-00829 JW (HRL)<br><br>**ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND MOTION TO STAY DEPOSITIONS** |

On April 18, 2006, the court heard plaintiffs' motions to compel discovery and to stay depositions. Defendant Bimbo Bakeries ("Bimbo") opposed the motions.

At the hearing, it appeared that the parties might be able to resolve the discovery dispute through further meet and confer efforts. The court ordered the parties to do so, and then submit declarations detailing the issues that had been resolved and those that remained for the court's determination. The court continued the hearing until April 25, 2006.

On April 24, 2006, the court received a declaration from plaintiffs' counsel stating that the parties had reached a comprehensive agreement which resolved all the issues set forth in plaintiffs' motion to compel. The only issue not resolved was plaintiffs' request for worker's compensation job descriptions relating to the named plaintiffs. However, plaintiffs agreed to take this request off the table for the time being without waiving any right to compel production at a later date.

1  Pursuant to these representations, the court denies plaintiffs' motion as moot. The
2  hearing set for April 25, 2006 is vacated.
3  Plaintiffs also moved to stay depositions of the named plaintiffs until defendant had
4  completed the production of personnel information pursuant to this motion to compel.
5  Defendant stated in its opposition papers that it did not oppose the stay of the
6  depositions until this motion is resolved. Accordingly, plaintiffs' motion to stay depositions is
7  also denied as moot.
8  **IT IS SO ORDERED.**
9  Dated: 4/25/06        /s/ Howard R. Lloyd
             HOWARD R. LLOYD
10             UNITED STATES MAGISTRATE JUDGE

2

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

| | |
|---|---|
| Elizabeth Jean Carroll | betsy.carroll@bingham.com, suga.ikeda@bingham.com |
| Carolyn Blecha Hall | carolyn.hall@bingham.com, carey.groom@bingham.com |
| Wendy M. Lazerson | wendy.lazerson@bingham.com |
| Dennis Frank Moss | dennisfmoss@yahoo.com, secretary@smbhblaw.com |
| Rebecca Sobie | rsobie@smbhblaw.com, |
| Robert Ira Spiro | ispiro@smbhblaw.com, secretary@smbhblaw.com |

* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 4/25/06

                                                /s/  RNR
                              Chambers of Magistrate Judge Lloyd