1  Wendy M. Lazerson (SBN 97285)
   Carolyn B. Hall (SBN 212311)
2  BINGHAM MCCUTCHEN LLP
   1900 University Avenue
3  East Palo Alto, CA  94303-2223
   Telephone:    (650) 849-4400
4  Facsimile:    (650) 849-4800

5  Attorneys for Defendants
   BIMBO BAKERIES USA., INC.
6  and GEORGE WESTON BAKERIES, INC.

7

8  Ira Spiro (SBN 67641)
   Dennis F. Moss (SBN 77512)
9  SPIRO MOSS BARNESS HARRISON & BARGE LLP
   11377 West Olympic Boulevard, Fifth Floor
10 Los Angeles, California 90064
   Telephone:    (310) 235-2468
11 Facsimile:    (310) 235-2456

12 Attorneys for Plaintiffs

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, /s/ James Ware, Judge James Ware]*

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

| | |
|---|---|
| 17 THOMAS LEONARD, et al., | No. C 05 00829 (JW) |
| 18       Plaintiffs, | STIPULATION AND [PROPOSED] ORDER (A) FOR STAY IN SENDING FACILITATED NOTICE PURSUANT TO 29 U.S.C. §216(b) AND (B) FOR TOLLING OF STATUTE OF LIMITATIONS |
| 19       v. | |
| 20 BIMBO BAKERIES USA, et al., | |
| 21       Defendants. | |
| 22 | Complaint filed: February 25, 2005<br>**Judge:**        Hon. JAMES WARE |

23

24

25

26

PA/52179301.2

**STIPULATION & [PROPOSED] ORDER FOR STAY IN SENDING FACILITATED NOTICE PURSUANT TO 29 U.S.C. §216(B) AND TOLLING OF STATUTE OF LIMITATIONS**

1       Plaintiffs Thomas Leonard *et al.* and defendants Bimbo Bakeries USA, Inc. and George Weston Bakeries, Inc., being all parties of record to this action, stipulate as follows:

2       WHEREAS, counsel for the parties have met and conferred regarding the timing of issuance of court-facilitated notice to the proposed class as defined by the Court in its Order of December 27, 2005;

3       WHEREAS, the discovery phase of this action is underway;

4       WHEREAS, the parties' motions and cross-motions for summary judgment are set to be heard on October 16, 2006;

5       WHEREAS, the Defendants consent to a tolling of the applicable statute of limitations to and including the date on which the Court has issued its order on the parties' motions and cross-motions for summary judgment.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

PA/52179301.2     2

STIPULATION & [PROPOSED] ORDER FOR STAY IN SENDING FACILITATED NOTICE PURSUANT TO 29 U.S.C. §216(B) AND TOLLING OF STATUTE OF LIMITATIONS

1   IT IS THEREFORE STIPULATED BY ALL PARTIES as follows:

2   A.   The parties agree that upon the effective date of this Stipulated Order, there shall be a stay on issuance of any court-authorized notice to the proposed class pursuant to the Court's order of December 27, 2005 until the Court has issued an order on the one or more of the parties' motions and cross-motions for summary judgment, currently set for hearing on October 16, 2006.

   B.   The parties agree that the period of limitations for any claims asserted in the First Claim for Relief in Plaintiffs' Complaint and First Amended Complaint, if filed, an alleged collective action under the Fair Labor Standards Act (FLSA), is tolled for all persons who have not yet filed a consent to become "party plaintiff," from December 27, 2005 up to and including the date on which the Court has issued an order on the parties' motions and cross-motions for summary judgment, currently set for hearing on October 16, 2006.

DATED: April 7, 2006                BINGHAM MCCUTCHEN LLP


                                    By: /s/ _____
                                            Wendy M. Lazerson
                                            Attorneys for Defendants
                                        BIMBO BAKERIES USA., INC. and
                                        GEORGE WESTON BAKERIES, INC.


DATED: April 7, 2006                SPIRO MOSS BARNESS HARRISON & BARGE LLP


                                    By: /s/ _____
                                            Ira Spiro
                                            Attorneys for Plaintiffs
                                        THOMAS LEONARD, et al.

PA/52179301.2                          3

STIPULATION & [PROPOSED] ORDER FOR STAY IN SENDING FACILITATED NOTICE PURSUANT TO 29 U.S.C. §216(B) AND TOLLING OF STATUTE OF LIMITATIONS

## ORDER

Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The issuance of court-facilitated notice of the pendency of a conditional collective action to the proposed class as set forth in the Court's Order of December 27, 2005 is stayed until the Court has issued an order on the one or more of the parties' motions and cross-motions for summary judgment, currently set for hearing on October 16, 2006.

2. The period of limitations for any claims asserted in the First Claim for Relief in Plaintiffs' Complaint and the First Amended Complaint, if filed, is tolled for all persons who have not yet filed a consent to become "party plaintiff," from December 27, 2005 up to and including the date on which the Court has issued an order deciding the parties' motions and cross-motions for summary judgment.

MAY 8, 2006

HON. JAMES WARE
United States District Judge

PA/52179301.2

4

STIPULATION & [PROPOSED] ORDER FOR STAY IN SENDING FACILITATED NOTICE PURSUANT TO 29 U.S.C. §216(B) AND TOLLING OF STATUTE OF LIMITATIONS