1  IRA SPIRO (SBN 67641)
   DENNIS F. MOSS (SBN 77512)
2  KATHERINE J. ODENBREIT (SBN 184619)
   Spiro Moss Barness Harrison & Barge LLP
3  11377 W. Olympic Blvd., Fifth Floor
   Los Angeles, CA 90064
4  Telephone:   (310) 235-2468
   Facsimile:    (310) 235-2456
5  E-mail:ispiro@smbhblaw.com

6  Attorneys for Plaintiffs

7  Bingham McCutchen LLP
   WENDY M. LAZERSON (SBN 97285)
8  CAROLYN B. HALL (SBN 212311)
   1900 University Avenue
9  East Palo Alto, CA  94303-2223
   Telephone:  (650) 849-4400
10 Facsimile:  (650) 849-4800
   E-mail:wendy.lazerson@bingham.com
11
   Attorneys for Defendants
12 BIMBO BAKERIES USA, INC.
   and GEORGE WESTON BAKERIES, INC.
13

14                UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

16

| | |
|---|---|
| 17  THOMAS LEONARD, CHARLIE BRADARIC, GARY HOSKINS, LARRY BRIAN NEWMAN, JR., CHRIS HERR, and WILLIAM F. HARRISON, each of them individually, and on behalf of: all others similarly situated, the general public, and similarly situated current and former employees of Defendants., <br><br> Plaintiffs, <br> v. <br><br> BIMBO BAKERIES USA, INC., BESTFOODS BAKING COMPANY, and DOES 1 through 10, <br><br> Defendants. | No. C05 00829 HRL <br><br> CLASS ACTION AND FLSA COLLECTIVE ACTION <br><br> **Assigned To The Honorable James Ware** <br><br> STIPULATION AND [PROPOSED]- SCHEDULING ORDER FOR CROSS-MOTIONS FOR FULL OR PARTIAL SUMMARY JUDGMENT <br><br> Complaint filed:    February 25, 2005 |

**RECITALS**

Plaintiffs and Defendants, being all the parties of record in this action, stipulate to a scheduling order as set forth in the "STIPULATION" portion of this document below, based on the following circumstances:

A. The Parties are engaged in discovery in preparation for cross-motions for full or partial summary judgment, which the court ordered following the first case management conference. Presently, the motions are required to be filed by September 11, 2006, because the hearing date for the motions presently is October 16, 2006. However, the parties are in accord that additional time should be ordered in order for them to complete the discovery already noticed and use it in the motions. The parties have been continuously engaged in discovery and discovery responses and depositions for several months. Many depositions have been taken, and many have been noticed but not yet taken, in large part due to the complexities of accommodating the schedules of the witnesses, counsel, and in some cases corporate representatives of defendants to be present at depositions, something which defendant is normally entitled to. Recently plaintiffs noticed their final pre-filing depositions. (The numbers of depositions noticed do not exceed the limit provided for in Fed. Rules of Civ. Proced., Rule 30(a)(2).)

B. Very little time remains for the completion of all the depositions before the September 11 filing date. The parties wish to cooperate with each other to allow sufficient time for all the depositions and discovery propounded thus far to be completed, and to allow each other full opportunity to consider and use this discovery for the motions. These motions are of great importance, inasmuch as they are intended by the moving parties to be dispositive of some or all the issues in the case. In light of this, the parties wish to cooperate in allowing each other ample time for preparation of moving, opposition and reply papers. The parties believe this can best be accomplished by establishing the briefing schedule set out below. (The hearing date for these motions was initially set for July 24, 2006. It was continued to October 16, 2006 pursuant to stipulation and order, entered into partly because of additional time needed for a motion to compel discovery, which was resolved by mutual agreement.)

1    C.   The deadlines in the proposed scheduling order for filing the motions, oppositions and replies all conform with this Court's Local Rules providing for the timing of motions, oppositions and replies, Local Rules 7-2(a) and 7-3(a) and (c).

### STIPULATION

**IT IS THEREFORE STIPULATED** by Plaintiffs and Defendants, being all parties of record to this action, that the Court order that the cross-motions for summary judgment or partial summary judgment be filed and served no later than October 3, 2006, that the papers in opposition to the motions be filed and served no later than October 24, 2006, that the papers in reply to the oppositions be filed and served no later than November 6, 2006, that the hearing on the motions take place on November 20, 2006, and that no further discovery be propounded and no further depositions be noticed before the proposed date for filing the motions.

DATED: August 18, 2006        Spiro Moss Barness Harrison & Barge, LLP

By: /s/
Ira Spiro
Attorneys for Plaintiffs

DATED: August 18, 2006        Bingham McCutchen LLP

By: /s/
Carolyn B. Hall
Attorneys for Defendants

### ORDER

IT IS SO ORDERED AS STATED IN THE ABOVE STIPULATION.

Dated: 8/21/06

JAMES WARE
UNITED STATES DISTRICT JUDGE