| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>WENDY M. LAZERSON (SBN 97285) |
| 2 | CAROLYN B. HALL (SBN 212311)<br>1900 University Avenue |
| 3 | East Palo Alto, CA 94303-2223<br>Telephone: (650) 849-4400 |
| 4 | Facsimile: (650) 849-4800 |
| 5 | Attorneys for Defendants<br>BIMBO BAKERIES USA, INC. |
| 6 | and GEORGE WESTON BAKERIES, INC. |
| 7 | IRA SPIRO (SBN 67641)<br>DENNIS F. MOSS (SBN 77512) |
| 8 | KATHERINE J. ODENBREIT (SBN 184619)<br>Spiro Moss Barness Harrison & Barge LLP |
| 9 | 11377 W. Olympic Blvd., Fifth Floor<br>Los Angeles, CA 90064 |
| 10 | Telephone: (310) 235-2468<br>Facsimile: (310) 235-2456 |
| 11 | E-mail:ispiro@smbhblaw.com |
| 12 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LEONARD, CHARLIE BRADARIC, GARY HOSKINS, LARRY BRIAN NEWMAN, JR., CHRIS HERR, and WILLIAM F. HARRISON, each of them individually, and on behalf of: all others similarly situated, the general public, and similarly situated current and former employees of Defendants.,<br><br>Plaintiffs,<br>v.<br><br>BIMBO BAKERIES USA, INC., BESTFOODS BAKING COMPANY, and DOES 1 through 10,<br><br>Defendants. | No. C05 00829 HRL<br><br>CLASS ACTION AND FLSA COLLECTIVE ACTION<br><br>**Assigned To The Honorable James Ware**<br><br>STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR CROSS-MOTIONS FOR FULL OR PARTIAL SUMMARY JUDGMENT AND DISCOVERY<br><br>Complaint filed: February 25, 2005 |

**RECITALS**

Plaintiffs and Defendants, being all the parties of record in this action, stipulate to an order as set forth in the "STIPULATION" portion of this document below, based on the following circumstances:

A. The Parties have been heavily engaged in discovery in preparation for cross-motions for full or partial summary judgment ("the motions"). The Court ordered the filing of such motions following the first case management conference. Presently, the motions are required to be filed by October 3, 2006, pursuant to the Court's August 21, 2006 order upon stipulation. Although Defendants have been able to complete the depositions of seven named Plaintiffs and opt-ins in this matter within the seven hours allotted by Rule 30(d)(2) of the Federal Rules of Civil Procedure, defendants contend they were unable to complete the depositions of two Plaintiffs, Charlie Bradaric and Thomas Leonard, within seven hours, and Defendants have requested additional sessions of these two depositions. Defendants have also requested to take two additional depositions, of opt-ins Stephen Jordan and Kent Rice, to be taken by Defendants before the filing of the motions, and Defendants proposed a continuance of the filing and hearing dates for the motions in order to have sufficient time to take those depositions and, if Defendants so choose, to use them in the motions. Plaintiffs, on the condition that there be no further discovery by Defendants before the filing of the motions and that the nature of Defendants' motions be clarified, have agreed to Defendants' proposals, the terms of the agreement being set forth in the stipulation below.

B. Defendants believe the two additional depositions and the additional sessions of the two other depositions are necessary for their preparation for the motions. One of the deposition sessions referred to above was already scheduled for September 6, 2006, but for reasons that are disputed, it did not go forward. If the stipulation is ordered, the number of depositions to be taken by Defendants before the filing of the motions will exceed the limit provided for in Rule 30(a)(2) of the Federal Rules of Civil Procedure by one only, i.e., a total of 11 depositions, and the seven hour/one day limit on depositions will be exceeded in two depositions only.

1   C.  These motions are of great importance, inasmuch as they are intended by
2   the moving parties to be dispositive of some or all the issues in the case.  In light of this, the
3   parties wish to cooperate in allowing each other ample time for preparation of moving,
4   opposition and reply papers.  The parties believe this can best be accomplished by establishing
5   the briefing schedule set out below.  The schedule also takes into account the great difficulty of
6   briefing and marshalling the evidence for such important motions during the holiday season.
7   (The hearing date for these motions was initially set for July 24, 2006.  It was continued to
8   October 16, 2006 pursuant to stipulation and order, entered into partly because of additional time
9   needed for a motion to compel discovery, which was resolved by mutual agreement.  It was
10  continued to October 3, 2006, pursuant to the Court's August 21, 2006 order upon stipulation.)
11  D.  The deadlines in the proposed scheduling order for filing the motions,
12  oppositions, and replies all conform with this Court's Local Rules providing for the timing of
13  motions, oppositions and replies, Local Rules 7-2(a) and 7-3(a) and (c).

14  **STIPULATION**

15  **IT IS THEREFORE STIPULATED** by Plaintiffs and Defendants, being all
16  parties of record to this action, that the Court order as follows:
17  1.  The cross-motions for summary judgment or partial summary judgment
18  shall be filed and served no later than January 16, 2007, the papers in opposition to the motions
19  shall be filed and served no later than February 6, 2007, the papers in reply to the oppositions
20  shall be filed and served no later than February 19, 2007, and the hearing on the motions shall
21  take place on March 5, 2007.  Defendants' motions for summary judgment or partial summary
22  judgment shall be based on the exemptions or exceptions from the following:  overtime,
23  minimum wage, meal and rest breaks, and/or alleged recordkeeping violations, which
24  Defendants have pled in their answer to the first amended complaint.
25  2.  Before the above deadline for the filing of the motions, Defendants shall
26  be permitted to take the depositions of Kent Rice and Stephen Jordan, and to take additional
27  deposition sessions of Charlie Bradaric and Thomas Leonard totaling seven hours each unless
28  the Court orders otherwise, but Defendants shall take no other depositions nor propound any

1  other discovery before the filing of the parties' motions. Plaintiffs currently do not have plans to
2  take any additional depositions prior to the filing of the parties' motions, however, Defendants
3  recognize that Plaintiffs have taken six of ten allotted depositions to date.

4  DATED: September 19, 2006        Spiro Moss Barness Harrison & Barge, LLP

6                                    By: ___/s/_____
                                          Ira Spiro
7                                         Attorneys for Plaintiffs

8                                    Bingham McCutchen LLP

9                                    By: ___/s/_____
                                          Carolyn B. Hall
10                                        Attorneys for Defendants

12                                **[proposed] ORDER**

13       IT IS SO ORDERED AS STATED IN THE ABOVE STIPULATION.

15  Dated: 09/21/2006              _____
                                    JAMES WARE
16                                  UNITED STATES DISTRICT JUDGE

SF/21686113.2                         4                    Case No. C05 00829 HRL

STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR
CROSS-MOTIONS FOR FULL OR PARTIAL SUMMARY JUDGMENT