1  Bingham McCutchen LLP
   WENDY M. LAZERSON (SBN 97285)
2  CAROLYN B. HALL (SBN 212311)
   1900 University Avenue
3  East Palo Alto, CA  94303-2223
   Telephone:  (650) 849-4400
4  Facsimile:  (650) 849-4800

5  Attorneys for Defendants
   BIMBO BAKERIES USA, INC.
6  and GEORGE WESTON BAKERIES, INC.

7  IRA SPIRO (SBN 67641)
   DENNIS F. MOSS (SBN 77512)
8  Spiro Moss Barness and Barge LLP
   11377 W. Olympic Blvd., Fifth Floor
9  Los Angeles, CA 90064
   Telephone:     (310) 235-2468
10 Facsimile:     (310) 235-2456
   E-mail:ispiro@smbhblaw.com
11
   Attorneys for Plaintiffs
12

*E-filed 1/8/07*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LEONARD, CHARLIE BRADARIC, GARY HOSKINS, LARRY BRIAN NEWMAN, JR., CHRIS HERR, and WILLIAM F. HARRISON, each of them individually, and on behalf of: all others similarly situated, the general public, and similarly situated current and former employees of Defendants.,<br><br>Plaintiffs,<br>v.<br><br>BIMBO BAKERIES USA, INC., BESTFOODS BAKING COMPANY, and DOES 1 through 10,<br><br>Defendants. | No. C05 00829 JW (HRL)<br><br>CLASS ACTION AND FLSA COLLECTIVE ACTION<br><br>**Magistrate Judge: Howard R. Lloyd**<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION TO COMPEL HEARING<br><br>Complaint filed:     February 25, 2005 |

1

2   Pursuant to Northern District Civil Local Rule 6-2 and 7-12, Plaintiffs Thomas
3   Leonard *et al.* and Defendants Bimbo Bakeries USA, Inc. and George Weston Bakeries, Inc.
4   (together, "the Parties"), respectfully request that the Court permit the parties to continue the
5   hearing date for Plaintiffs' motion to compel further responses to Plaintiffs' First Requests for
6   Admission and Plaintiffs' accompanying motion for attorneys' fees, currently calendared for
7   January 9, 2007, by one week, to January 16, 2007.  The Parties also respectfully request that the
8   Court permit the parties to continue the hearing date for Defendants' motion for attorneys fees
9   incurred in opposing Plaintiffs' motion to compel, currently calendared for January 23, 2007, by
10  one week, to January 30, 2007.  It is Plaintiffs' position that the motion to compel is important
11  for Plaintiffs to obtain discovery in order to brief cross motions for summary judgment, and thus,
12  as Plaintiffs' condition to entering into this stipulation, the Parties have agreed not to file any
13  such motion or motion for partial summary judgment before January 23, 2007, one week after
14  the presently planned filing date.
15  The Parties request that the Court grant the foregoing continuances because the
16  Parties believe that they will be able to resolve the issues raised in Plaintiffs' motion to compel
17  (and the companion attorneys' fees motions) if they have one additional opportunity to meet and
18  confer.  The Parties conferred by telephone this morning, January 8, 2007, and expressed
19  agreement that such a resolution is likely possible and would be beneficial for all parties.
20  However, because Plaintiffs' lead attorney is unavailable to meet and confer today due to illness,
21  the Parties require a short continuance of the hearing date to afford them time to meet and confer,
22  and expressed agreement regarding the January 23 filing of motions for summary judgment and
23  partial summary judgment.  Permitting this brief one-week continuance will enable the Parties to
24  work toward resolving the issues raised in Plaintiffs' motion.  If the Parties are successful in their
25  efforts to meet and confer, the result will be that the Parties will no longer require a hearing on
26  Plaintiffs' motion to compel, Plaintiffs' motion for attorneys' fees, or Defendants' motion for
27  attorneys' fees.  Declaration of Carolyn Hall, filed pursuant to Civil Local Rule 6-12 ("Hall
28  Decl."), ¶ 2.

1  The Parties have requested no previous continuances of Plaintiffs' motion to
2  compel or the companion attorneys' fees motions.  Pursuant to Civil Local Rule 6-12, all other
3  previous time modifications and the effect that the requested continuance would have on this
4  action are set forth in the accompanying Declaration of Carolyn Hall.

5  **STIPULATION**

6  **IT IS THEREFORE STIPULATED** by Plaintiffs and Defendants, being all
7  parties of record to this action, that, based on the above stated facts and subject to the Court's
8  approval, the Court order as follows:

9  1.  The hearing date for Plaintiffs' motion to compel further responses to
10 Plaintiffs' First Requests for Admission and Plaintiffs' accompanying motion for attorneys' fees
11 shall be continued by one week, to January 16, 2007, at 10:00 a.m.  If the Parties are able to
12 resolve the issues that give rise to Plaintiffs' motion to compel prior to the hearing date,
13 Plaintiffs shall promptly request that the hearings on Plaintiffs' motion to compel and motion for
14 attorneys' fees be taken off calendar.

15 2.  The hearing date for Defendants' motion for attorneys' fees incurred in
16 opposing Plaintiffs' motion to compel shall be continued by one week, to January 30, 2007.
17 Accordingly, Defendants shall file their reply brief in support of their motion for attorneys' fees
18 on January 16, 2007.  If the Parties are able to resolve the issues that give rise to Plaintiffs'

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

3   Case No. C05 00829 JW (HRL)

1  motion to compel prior to the hearing date, Defendants shall promptly request that the hearing on

2  Defendants' motion for attorneys' fees be taken off calendar.

3  DATED:  January 8, 2007            Bingham McCutchen LLP

4

5                                      By:    /s/
                                            Carolyn B. Hall
6                                          Attorneys for Defendants

7                                      Spiro Moss Barness and Barge LLP

8

9                                      By:    /s/
                                            Ira Spiro
10                                         Attorneys for Plaintiffs

11                              [Proposed] ORDER

12           PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14  Dated:  1/8/07                      _____
                                        THE HONORABLE HOWARD R. LLOYD
15                                      UNITED STATES MAGISTRATE