| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | WENDY M. LAZERSON (SBN 97285) |
| 2 | CAROLYN B. HALL (SBN 212311) |
|   | 1900 University Avenue |
| 3 | East Palo Alto, CA 94303-2223 |
|   | Telephone: (650) 849-4400 |
| 4 | Facsimile: (650) 849-4800 |
| 5 | Attorneys for Defendants |
|   | BIMBO BAKERIES USA, INC. |
| 6 | and GEORGE WESTON BAKERIES, INC. |
| 7 | IRA SPIRO (SBN 67641) |
|   | DENNIS F. MOSS (SBN 77512) |
| 8 | Spiro Moss Barness and Barge LLP |
|   | 11377 W. Olympic Blvd., Fifth Floor |
| 9 | Los Angeles, CA 90064 |
|   | Telephone:   (310) 235-2468 |
| 10 | Facsimile:    (310) 235-2456 |
|   | E-mail:ispiro@smbhblaw.com |
| 11 | |
|   | Attorneys for Plaintiffs |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | THOMAS LEONARD, CHARLIE BRADARIC, GARY HOSKINS, LARRY BRIAN NEWMAN, JR., CHRIS HERR, and WILLIAM F. HARRISON, each of them individually, and on behalf of: all others similarly situated, the general public, and similarly situated current and former employees of Defendants., | No. C05 00829 JW (HRL) |
| | | CLASS ACTION AND FLSA COLLECTIVE ACTION |
| | | **Assigned To The Honorable James Ware** |
| | Plaintiffs, | ADMINISTRATIVE REQUEST TO ALLOW THE PARTIES TO EXCEED PAGE LIMITATIONS; STIPULATION AND [~~PROPOSED~~] ORDER |
| | v. | |
| | BIMBO BAKERIES USA, INC., BESTFOODS BAKING COMPANY, and DOES 1 through 10, | |
| | | Complaint filed:    February 25, 2005 |
| | Defendants. | |

PA/52194372.3/3003187-0000313787

Case No. C05 00829 JW (HRL)

STIPULATION AND [~~PROPOSED~~] ORDER
TO ALLOW THE PARTIES TO EXCEED PAGE LIMITATIONS

PA/52194526.1/3003187-0000313787

1

2        Pursuant to Northern District Civil Local Rule 7-11, Plaintiffs Thomas Leonard *et al.* and Defendants Bimbo Bakeries USA, Inc. and George Weston Bakeries, Inc. (together, "the Parties"), respectfully request that the Court permit the parties to file memoranda of points and authorities in support of the Parties' respective motions for summary judgment and oppositions to the opposing Parties' motions for summary judgment that exceed the page limitation by 15 pages, to 40 pages, and that this increase apply to only one motion for summary judgment for plaintiffs and one for defendants.  Civil Local Rules 7-2(b) and 7-4(b) state that a motion and an opposition to a motion may not exceed 25 pages.

       The Parties intend to file motions for summary judgment in January 2007.  These motions are of great importance, inasmuch as they are intended by the moving parties to be dispositive of some or all the issues in the case.

       There are a large number of issues in this complex case, which is styled as both an "opt-in" collective action pursuant to the Fair Labor Standards Act ("FLSA") and a "opt-out" class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, and which seeks to represent a proposed plaintiff class of approximately 1400.  Plaintiffs assert 12 claims under both federal and California law:

- failure to pay overtime in violation of FLSA and California law;
- failure to pay both the federal and California minimum wage;
- "off the clock" work in violation of FLSA and California law;
- violation of FLSA and California recordkeeping requirements;
- failure to provide meal and rest periods in violation of California law;
- failure to pay wages upon termination in violation of California law; and
- unlawful business practices in violation of California Business and Professions Code section 17200.

       In response, Defendants assert that Plaintiffs qualify for numerous exemptions to the requirements of the FLSA and California state law.  Defendants must address each of these exemptions and exceptions, and their applicability to each of Plaintiffs' claims, in its motion for

summary judgment.

On January 2, 2007, counsel for Defendants telephoned counsel for Plaintiffs to seek a stipulation permitting the Parties to exceed the page limitations by 15 pages. On January 3, 2007, counsel for Plaintiffs telephoned counsel for Defendants and expressed his agreement to such an extension of the page limits, so long as the Parties agreed that each Party could file a single motion for summary judgment that was up to 40 pages long, each Party could file an opposition that was up to 40 pages long, and the Parties would not seek an extension of the page limits for any reply briefs.

**STIPULATION**

**IT IS THEREFORE STIPULATED** by Plaintiffs and Defendants, being all parties of record to this action, that, based on the above stated facts and subject to the Court's approval, the Court order as follows:

1. Plaintiffs on one hand, and Defendants on the other hand, hereby stipulate and agree that the summary judgment motions submitted by Plaintiffs and Defendants may each be up to 40 pages long, and that any opposition to each summary judgment motion filed by the Parties may be up to 40 pages long. Any reply briefs may be up to 15 pages long, pursuant to Civil Local Rule 7-3(c). These increased page limitations shall apply to only one motion for summary judgment for plaintiffs and one for defendants.

DATED: January 7, 2007          Bingham McCutchen LLP

By:  /s/
        Wendy Lazerson
    Attorneys for Defendants


Spiro Moss Barness and Barge LLP

By:  /s/
        Ira Spiro
    Attorneys for Plaintiffs

//

1                                                     [~~Proposed~~] ORDER

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    Dated: Jan 10, 2007         _/s/ James Ware_____

5                                        THE HONORABLE JAMES WARE
                                          UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28