| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | WENDY M. LAZERSON (SBN 97285) |
| 2 | CAROLYN B. HALL (SBN 212311) |
|   | 1900 University Avenue |
| 3 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  (650) 849-4400 |
| 4 | Facsimile:  (650) 849-4800 |
| 5 | Attorneys for Defendants |
|   | BIMBO BAKERIES USA, INC. |
| 6 | and GEORGE WESTON BAKERIES, INC. |
| 7 | IRA SPIRO (SBN 67641) |
|   | DENNIS F. MOSS (SBN 77512) |
| 8 | Spiro Moss Barness and Barge LLP |
|   | 11377 W. Olympic Blvd., Fifth Floor |
| 9 | Los Angeles, CA 90064 |
|   | Telephone:     (310) 235-2468 |
| 10 | Facsimile:      (310) 235-2456 |
|    | E-mail:ispiro@smbhblaw.com |
| 11 | |
|    | Attorneys for Plaintiffs |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | THOMAS LEONARD, CHARLIE BRADARIC, GARY HOSKINS, LARRY BRIAN NEWMAN, JR., CHRIS HERR, and WILLIAM F. HARRISON, each of them individually, and on behalf of: all others similarly situated, the general public, and similarly situated current and former employees of Defendants., | No. C05 00829 JW (HRL) |
|    |    | CLASS ACTION AND FLSA COLLECTIVE ACTION |
|    |    | **Assigned to the Honorable James Ware** |
|    |    | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | BIMBO BAKERIES USA, INC., BESTFOODS BAKING COMPANY, and DOES 1 through 10, | Complaint filed:    February 25, 2005 |
| 23 | Defendants. | |

Case No. C05 00829 JW (HRL)

STIPULATION AND [~~PROPOSED~~] ORDER
TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING
PA/52194579.1/3003187- 0000313787PA/52194562.1/3003187- 0000313787

1

2  Pursuant to Northern District Civil Local Rule 6-2 and 7-12, Plaintiffs Thomas Leonard *et al.* and Defendants Bimbo Bakeries USA, Inc. and George Weston Bakeries, Inc. (together, "the Parties"), respectfully request that the Court permit the Parties to continue the hearing date for the Parties' motions for summary judgment, currently calendared for March 5, 2007, by one week, to March 12, 2007.  The Parties request that the Court grant the foregoing continuance for the following reasons:

  1. Plaintiffs have filed a motion to compel further responses to Plaintiffs' First Requests for Admission and an accompanying motion for attorneys' fees.  These motions are currently set for hearing tomorrow, January 9, 2007.  Defendants have filed a motion for attorneys' fees incurred in opposing Plaintiffs' motion to compel.  This motion is currently set for hearing on January 23, 2007.  However, the Parties believe that they will be able to resolve the issues raised in Plaintiffs' motion to compel (and the companion attorneys' fees motions) if they have an additional opportunity to meet and confer.  The Parties conferred by telephone this morning, January 8, 2007, and expressed agreement that such a resolution is likely possible and would be beneficial for all parties.  However, because Plaintiffs' lead attorney is unavailable to meet and confer today due to illness, the Parties require a short continuance of the hearing date to afford them time to meet and confer.  Accordingly, the Parties have stipulated and sought a proposed order (from Judge Lloyd) continuing the hearing date for Plaintiffs' motion to compel and motion for attorneys' fees by one week, to January 16, 2007, and continuing the hearing date for Defendants' motion for attorneys' fees by one week, to January 30, 2007.  If the Parties are able to resolve the outstanding issues for the motion to compel, as they anticipate is likely, the Parties will promptly request that the hearing on the motion to compel and the companion attorneys' fees motions be taken off calendar.  Declaration of Carolyn Hall, filed pursuant to Civil Local Rule 6-12 ("Hall Decl."), ¶ 2.

  2. The effect of continuing the hearing date for Plaintiffs' motion to compel would be that the hearing on Plaintiffs' motion to compel would not take place until January 16, 2007, the same date that is currently set for the filing of the Parties' motions for summary

1  judgment.  Because Plaintiffs wish to include information at issue in the motion to compel in

2  their motion for summary judgment, if the motion to compel hearing is continued by one week, a

3  corresponding one-week continuance of the summary judgment filing deadline is necessary.

4  Accordingly, the Parties request an order continuing the hearing date for the parties' motions for

5  summary judgment by one week, to March 12, 2007.  If such a continuance is granted, the

6  Parties' stipulated briefing schedule will also be continued by one week, so that motions for

7  summary judgment must be filed by January 23, 2007, oppositions must be filed by February 13,

8  2007, and replies must be filed by February 26, 2007.

9         Pursuant to Civil Local Rule 6-12, all other previous time modifications and the

10  effect that the requested continuance would have on this action are set forth in the accompanying

11  Declaration of Carolyn Hall.

12  / /

13  / /

14  / /

15  / /

16  / /

17  / /

18  / /

19  / /

20  / /

21  / /

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

**STIPULATION**

**IT IS THEREFORE STIPULATED** by Plaintiffs and Defendants, being all parties of record to this action, that, based on the above stated facts and subject to the Court's approval, the Court order as follows:

1. The hearing date for the Parties' motions for summary judgment shall be continued by one week, to March 12, 2007, at 9:00 a.m. The Parties' stipulated briefing schedule shall also be continued by one week, as follows: motions for summary judgment must be filed by January 23, 2007; oppositions must be filed by February 13, 2007; and replies must be filed by February 26, 2007.

DATED:  January 8, 2007          Bingham McCutchen LLP

By: /s/ _____
Carolyn B. Hall
Attorneys for Defendants


Spiro Moss Barness and Barge LLP

By: /s/ _____
Ira Spiro
Attorneys for Plaintiffs


**[Proposed] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  Jan 10 2007          _____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE