*E-filed 1/12/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LEONARD, et al., | Case No. C05-00829 JW (HRL) |
| Plaintiffs, | **ORDER CONTINUING HEARINGS ON PLAINTIFFS' DISCOVERY MOTIONS** |
| v. | |
| BIMBO BAKERIES USA, et al., | |
| Defendants. | |

The parties stipulate to continuing the hearings on plaintiffs' motion to compel further responses to plaintiffs' first set of requests for admission, plaintiffs' accompanying motion for attorney fees, and defendants' motion for attorney fees. The parties cite a desire to continue meeting and conferring, as well as the illness of plaintiffs' counsel. The court sees no reason to continue the defense motion, which is currently set for January 30, 2007.

//
//
//
//
//

1  The court is not available on January 23, 2007, therefore plaintiffs' discovery motions are
2  continued to January 30, 2007 at 10 a.m. in Courtroom 2.

4  **IT IS SO ORDERED.**

5  Dated:  1/12/07                                              /s/  Howard R. Lloyd
                                                                HOWARD R. LLOYD
6                                                               UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Elizabeth Jean Carroll betsy.carroll@bingham.com, suga.ikeda@bingham.com

Carolyn Blecha Hall carolyn.hall@bingham.com, jolyn.parker@bingham.com

Wendy M. Lazerson wendy.lazerson@bingham.com

Dennis Frank Moss dennisfmoss@yahoo.com, secretary@smbhblaw.com, diracheta@smbhblaw.com, gkarasik@smbhblaw.com

Katherine J. Odenbreit , Mrs kodenbreit@smbhblaw.com, secretary@smbhblaw.com

Ira Spiro ispiro@smbhblaw.com

Robert Ira Spiro ispiro@smbhblaw.com, clerk@smbhblaw.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated:       1/12/07

                                                 /s/ JMM
                                   Chambers of Magistrate Judge Lloyd