*E-filed 1/18/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LEONARD, et al., | Case No. C05-00829 JW (HRL) |
| Plaintiffs, | **ORDER TAKING DISCOVERY MOTIONS OFF CALENDAR** |
| v. | |
| BIMBO BAKERIES USA, et al., | |
| Defendants. | |

The parties have advised the court that they have resolved their disputes regarding plaintiffs' First Set of Requests for Admissions, and they seek to withdraw the discovery motions currently set for hearing on January 30, 2007. Plaintiffs' motion to compel, plaintiffs' motion for sanctions, and defendants' cross motion for sanctions will all be taken off calendar and terminated.

**IT IS SO ORDERED.**

Dated: 1/18/07

 /s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Elizabeth Jean Carroll  betsy.carroll@bingham.com, suga.ikeda@bingham.com

Carolyn Blecha Hall  carolyn.hall@bingham.com, jolyn.parker@bingham.com

Wendy M. Lazerson  wendy.lazerson@bingham.com

Dennis Frank Moss  dennisfmoss@yahoo.com, secretary@smbhblaw.com, diracheta@smbhblaw.com, gkarasik@smbhblaw.com

Katherine J. Odenbreit , Mrs  kodenbreit@smbhblaw.com, secretary@smbhblaw.com

Ira Spiro  ispiro@smbhblaw.com

Robert Ira Spiro  ispiro@smbhblaw.com, clerk@smbhblaw.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 1/18/07

                /s/ JMM
              Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California