*E-filed 2/16/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LEONARD, et al., | Case No. C05-00829 JW (HRL) |
| Plaintiffs, | **ORDER DENYING APPLICATION FOR ORDER SHORTENING TIME, STAYING DEPOSITION, AND RESCHEDULING HEARING DATE WITH BRIEFING SCHEDULE** |
| v. | |
| BIMBO BAKERIES USA, et al., | |
| Defendants. | Re: Docket No. 223 |

Plaintiffs have noticed for hearing on March 27, 2007 a "Motion to Limit Deposition Subpoena and Examination at Deposition" of their expert, Michael Elliott. In effect, this motion seeks a protective order respecting the production of certain documents at the deposition and an inquiry into certain subjects. Plaintiffs have also filed an application for an order shortening time so that the motion may be heard on February 20, 2007. Defendants say February 20 is too soon but suggest March 6 (a date which, supposedly, would give them time to take Elliott's deposition and then use that testimony in support of their motions set for hearing before Judge Ware on March 12[1]).

The court concludes that neither side has made a compelling case for shortening time, either to February 20 or to March 6. The deposition of Elliott is stayed until further order of

---

[1] Defendants do not say they have Judge Ware's permission to file what would surely be "last minute" reply papers.

United States District Court
For the Northern District of California

this court. If defendants can in good faith claim that his deposition testimony is important to their motions, then it is quite likely that Judge Ware would continue that hearing.

Because March 27 is not an agreeable date for this court, the motion for a protective order is set for 10:00 AM on **March 20, 2007**. Defendants' opposition shall be filed by February 27. Plaintiffs' reply, if any, is due March 6.

IT IS SO ORDERED.

Dated: 2/16/07

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Elizabeth Jean Carroll betsy.carroll@bingham.com, suga.ikeda@bingham.com

Carolyn Blecha Hall carolyn.hall@bingham.com, jolyn.parker@bingham.com

Wendy M. Lazerson wendy.lazerson@bingham.com

Dennis Frank Moss jeanette@spiromoss.com

Katherine J. Odenbreit , Mrs kodenbreit@smbhblaw.com, secretary@smbhblaw.com

Ira Spiro ispiro@smbhblaw.com

Robert Ira Spiro ispiro@smbhblaw.com, clerk@smbhblaw.com

* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 2/16/07

                                                  /s/ JMM
                                      Chambers of Magistrate Judge Lloyd