*E-filed 3/20/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LEONARD, et al., | Case No. C05-00829 JW (HRL) |
| Plaintiffs, | **INTERIM ORDER ON PLAINTIFFS' MOTION TO LIMIT DEPOSITION SUBPOENA** |
| v. | |
| BIMBO BAKERIES USA, et al., | Re: Docket No. 219 |
| Defendants. | |

Plaintiffs are ORDERED to submit the "Tomorrow's Load Summary" document referenced in their motion to limit Michael Elliott's deposition to the court for *in camera* review by 11 a.m. Thursday, March 22, 2007.

**IT IS SO ORDERED.**

Dated:  3/20/07

　　　　　　　　　　　　　　　　　　　　　/s/  Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Elizabeth Jean Carroll betsy.carroll@bingham.com, suga.ikeda@bingham.com

Carolyn Blecha Hall carolyn.hall@bingham.com, jolyn.parker@bingham.com

Wendy M. Lazerson wendy.lazerson@bingham.com

Dennis Frank Moss jeanette@spiromoss.com

Katherine J. Odenbreit , Mrs kodenbreit@smbhblaw.com, secretary@smbhblaw.com

Kristen Pezone kristen.pezone@bingham.com

Ira Spiro ispiro@smbhblaw.com

Robert Ira Spiro ira@spiromoss.com, jeanette@spiromoss.com

* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 3/20/07

                                                /s/ JMM
                                    Chambers of Magistrate Judge Lloyd