| | | |
|---|---|---|
| 1 | Bingham McCutchen LLP | Langford & Langford, a PLC |
|   | WENDY M. LAZERSON (SBN 97285) | MICHAEL S. LANGFORD (SBN 125756) |
| 2 | CAROLYN B. HALL (SBN 212311) | 1502 North Broadway |
|   | 1900 University Avenue | Santa Ana, CA 92706 |
| 3 | East Palo Alto, CA 94303-2223 | Telephone: 714.953.9700 |
|   | Telephone: 650.849.4400 | Facsimile: 714.953.9797 |
| 4 | Facsimile: 650.849.4800 | |
|   | Email: wendy.lazerson@bingham.com | Attorneys for Plaintiffs |
| 5 | | KATHLEEN MORRISON, et al. |
|   | Attorneys for Defendants | |
| 6 | BIMBO BAKERIES USA, INC. and | |
|   | GEORGE WESTON BAKERIES, INC. | |
| 7 | | |
|   | Spiro Moss Barness LLP | Walsh & Walsh, PC |
| 8 | IRA SPIRO (SBN 67641) | MICHAEL J. WALSH (SBN 155401) |
|   | DENNIS F. MOSS (SBN 77512) | 420 Exchange, Suite 270 |
| 9 | TEL.: 310.235.2468 | Irvine, CA 92602 |
|   | FAX: 310.235.2456 | Telephone: 714.544.6609 |
| 10 | 11377 W. Olympic Blvd., Fifth Floor | Facsimile: 714.544.6621 |
|   | Los Angeles, CA 90064 | |
| 11 | Telephone: 310.235.2468 | Attorneys for Plaintiffs |
|   | Facsimile: 310.235.2456 | KATHLEEN MORRISON, et al. |
| 12 | | |
|   | Attorneys for Plaintiffs | |
| 13 | THOMAS LEONARD, et al. | |
| 14 | Gigliotti & Gigliotti, LLP | Ginez, Steinmetz & Associates |
|   | JOSEPH J. GIGLIOTTI (SBN 144979) | RUDY GINEZ, JR. (SBN 84978) |
| 15 | 434 East Chapman Avenue | 926 North Flower Street |
|   | Fullerton, CA 94832 | Santa Ana, CA 92703 |
| 16 | Telephone: 714.879.1712 | Telephone: 714.541.2251 |
|   | Facsimile: 714.879.3439 | Facsimile: 714.541.5807 |
| 17 | | |
|   | Attorneys for Plaintiffs | Attorneys for Plaintiffs |
| 18 | KATHLEEN MORRISON, et al. | KATHLEEN MORRISON, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LEONARD, et al., | No. C 05-00829 JW |
|  | No. C 07-03156 JW |
| Plaintiffs, | |
|  | STIPULATION AND [PROPOSED] |
| v. | ORDER TO CONTINUE CASE |
|  | MANAGEMENT CONFERENCE |
| BIMBO BAKERIES USA, INC., et al., | SCHEDULED FOR OCTOBER 29, 2007 |
|  | |
| Defendants. | Judge:  Hon. James Ware |

A/72257442.2/3003187-0000313787

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
SCHEDULED FOR OCTOBER 29, 2007 C 05-00829 JW (HRL)

| | | |
|---|---|---|
| 1 | KATHLEEN MORRISON, et al., | No. C 07-03156 SI (reassigned to Judge James Ware) |
| 2 | Plaintiffs, | |
| 3 | v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCTOBER 29, 2007 |
| 4 | BIMBO BAKERIES USA, INC., et al., | |
| 5 | Defendants. | Judge:    Hon. James Ware |

       Pursuant to Northern District Civil Local Rules 6-2 and 7-12, Plaintiffs Thomas Leonard *et al.*, Plaintiffs Kathleen Morrison *et al.*, Defendant Bimbo Bakeries USA, Inc. ("BBU"), and Defendants George Weston Bakeries, Inc. (together, the "Parties"), respectfully request that the Court permit the Parties to continue the hearing date for the Case Management Conference, currently calendared for October 29, 2007, by three weeks, to November 19, 2007, and to continue the due date for the Parties' Joint Case Management Conference Statement accordingly.

       The Parties request that the Court grant the foregoing continuance because the Parties did not receive the Order scheduling the October 29, 2007 Case Management Conference for both actions, and granting in part BBU's Motion for Summary Judgment in the *Leonard* action, denying the *Leonard* Plaintiffs' Motion for Partial Summary Judgment in the *Leonard* action, ordering that the *Leonard* action and the *Morrison* action be related and that the *Morrison* action be reassigned to the Department of the Honorable James Ware until October 10, 2007, 12 days after the Court had signed the Order.  *See* Declaration of Wendy M. Lazerson in Support of Stipulation and [Proposed] Order to Continue Case Management Conference, ¶ 2.  In view of the foregoing, the parties have not had an adequate opportunity to meet and confer and file a joint statement for the conference now scheduled for October 29, 2007 and will not have an adequate opportunity to do so by October 19, 2007, the date the joint statement is currently due.  Given the especially large number of issues decided by the Court and the complication of having two related actions, the Parties jointly request additional time to consider the import of the Court's Order and meet and confer about the future course of this action.  Permitting this brief

//

A/72257442.2/3003187-0000313787     2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
SCHEDULED FOR OCTOBER 29, 2007 C 05-00829 JW (HRL)

1  continuance will enable the Parties to engage in a more meaningful meet and confer process and
2  better advise the Court of the status of the action and proposed upcoming events.
3     Pursuant to Local Rule 6-12, all other previous time modifications and the effect
4  that the requested continuance would have on these actions are set forth in the accompanying
5  Declaration of Wendy M. Lazerson.

6  **STIPULATION**

7  **IT IS THEREFORE STIPULATED** by Plaintiffs and Defendants, being all
8  parties of record to these two related actions, that, based on the above-stated facts and subject to
9  the Court's approval, the Court order as follows:
10     1. The hearing date for the Case Management Conference shall be continued by
11  three weeks, to November 19, 2007 at 10:00 a.m., or to a later date more convenient to the Court.
12     //
13     //
14     //
15     //
16     //
17     //
18     //
19     //
20     //
21     //
22     //
23     //
24     //
25     //
26     //
27     //
28     //

A/72257442.2/3003187-0000313787                3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
SCHEDULED FOR OCTOBER 29, 2007 C 05-00829 JW (HRL)

1        2.  The Parties shall file a joint Case Management Statement no later than
November 9, 2007.

DATED:  October 18, 2007

                                          Bingham McCutchen LLP

                                       By:_____/s/_____
                                               Wendy M. Lazerson
                                             Attorneys for Defendants
                              BIMBO BAKERIES USA, INC. and GEORGE
                                        WESTON BAKERIES, INC.

DATED:  October 18, 2007

                                          Spiro Moss Barness LLP

                                       By:_____/s/_____
                                               Ira Spiro
                                            Attorneys for Plaintiffs
                                         THOMAS LEONARD, et al.

DATED:  October 18, 2007

                                         Gigliotti & Gigliotti, LLP

                                       By:_____/s/_____
                                         Joseph J. Gigliotti
                                        Attorneys for Plaintiffs
                                       KATHLEEN MORRISON, et al.

1  **[PROPOSED] ORDER**

2         PURSUANT TO STIPULATION, IT IS SO ORDERED.

3    This is the parties' final continuance.

4

5    DATED: __October 22, 2007__          _____
                                           THE HONORABLE JAMES WARE
6                                          UNITED STATES DISTRICT JUDGE