United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re Bimbo Bakeries USA FLSA Actions

NO. C 05-00829 JW

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

_____/

The Court conducted a Case Management Conference on **January 28, 2008**. Counsel for the respective parties were present. Based on the discussion at the conference, which is reflected on the record, the Court orders as follows:

(1) The parties shall have until **March 31, 2008** to conduct such further discovery as they need prepare for cross-motions for summary judgment regarding the issues already decided as to the Leonard plaintiffs in the Court's September 28, 2007 Order. (See Docket Item No. 291.) All discovery disputes are referred to the assigned Magistrate Judge.

(2) The Court specially sets a hearing for the cross-motions for summary judgment on **May 27, 2008 at 9 a.m.** Either party may file a Rule 56(f) motion 21 days before the hearing if it feels it needs more discovery to oppose the other party's motion. The

assigned Magistrate Judge is authorized to extend discovery deadline, if necessary, to accommodate further discovery. In the event that discovery deadline is extended, the parties shall file a Joint Stipulation with respect to a new hearing date.

Dated: January 29, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carolyn Blecha Hall carolyn.hall@bingham.com
Dennis Frank Moss jeanette@spiromoss.com
Elizabeth Jean Carroll betsy.carroll@bingham.com
Joseph J. Gigliotti gigliottilaw@msn.com
Joseph J. Gigliotti gigliottilaw@msn.com
Katherine J. Odenbreit kodenbreit@smbhblaw.com
Kristen Pezone kristen.pezone@bingham.com
Michael James Walsh michaeljwalshesq@aol.com
Michael Scott Langford mklangford@aol.com
Rebecca Sobie rsobie@smbhblaw.com
Robert Ira Spiro ira@spiromoss.com
Wendy M. Lazerson wendy.lazerson@bingham.com

**Dated: January 29, 2008**                    **Richard W. Wieking, Clerk**

 

**By:   /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**