Wendy M. Lazerson (SBN 97285)
wendy.lazerson@bingham.com
Carolyn B. Hall (SBN 212311)
carolyn.hall@bingham.com
BINGHAM MCCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

Attorneys for Defendants
BIMBO BAKERIES USA, INC.
and GEORGE WESTON BAKERIES, INC.


Ira Spiro (SBN 67641)
ira@spiromoss.com
SPIRO MOSS BARNESS LLP
11377 West Olympic Boulevard, Fifth Floor
Los Angeles, California 90064
Telephone: (310) 235-2468
Facsimile: (310) 235-2456

Attorneys for Plaintiffs Thomas Leonard *et al*.

(Additional Attorneys for Plaintiffs at End of Document)

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BIMBO BAKERIES USA, INC. FLSA ACTIONS | No. C 05-00829 JW (HRL) and C 07-03156 JW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE TO JUNE 16, 2008 OF HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Complaint filed: February 25, 2005<br>**Judge: Hon. JAMES WARE** |

Plaintiffs Thomas Leonard *et al.* and Plaintiffs Kathleen Morrison *et al.*, and defendants Bimbo Bakeries USA, Inc. and George Weston Bakeries, Inc., by and through their respective attorneys, stipulate as follows:

WHEREAS, at the January 28, 2008 Further Case Management Conference in this matter the Court set May 27, 2008 at 9:00 a.m. as the hearing date for Cross-motions for Summary Judgment ("Summary Judgment Motions");

WHEREAS, Counsel for the parties have met and conferred regarding mutual time conflicts presented by the briefing schedule for a May 27, 2008 hearing;

WHEREAS, the parties are amenable to continuing the hearing date on Summary Judgment Motions to June 16, 2008.

IT IS THEREFORE STIPULATED BY ALL PARTIES as follows:

The parties stipulate that the hearing on Summary Judgment Motions shall be continued from its originally set date of May 27, 2008 to June 16, 2008 at 9:00 a.m.

DATED: February 5, 2008     BINGHAM MCCUTCHEN LLP

By: /s/
Wendy M. Lazerson
Attorneys for Defendants
BIMBO BAKERIES USA., INC. and
GEORGE WESTON BAKERIES, INC.

DATED: February 5, 2008     SPIRO MOSS BARNESS LLP

By: /s/
Ira Spiro
Attorneys for Plaintiffs
THOMAS LEONARD, *et al.*

**Additional attorneys for plaintiffs are listed on following page:**

| | |
|---|---|
| 1 | GIGLIOTTI & GIGLIOTTO, L.L.P. |
| | Joseph J. Gigliotti (SBN 144979) |
| 2 | gigliottilaw@msn.com |
| | 434 East Chapman Avenue |
| 3 | Fullerton, California  92832 |
| | Telephone:  (714) 879-1712 |
| 4 | Fax:  (714) 879-3429 |
| 5 | Attorneys for Kathleen Morrison *et al*. |
| 6 | WALSH & WALSH, PC |
| | Michael J. Walsh (SBN 155401) |
| 7 | michaeljwalshesq@aol.com, walshandwalsh@aol.com |
| | 420 Exchange, Suite 270 |
| 8 | Irvine, California  92602 |
| | Telephone:  (714) 544-6609 |
| 9 | Fax:  (714) 544-6621 |
| 10 | Attorneys for Kathleen Morrison *et al*. |
| 11 | LANGFORD & LANGFORD, a PLC |
| | Michael S. Langford (SBN 125756) |
| 12 | mklangford@aol.com |
| | 1502 North Broadway |
| 13 | Santa Ana, California  92706 |
| | Telephone:  (714) 953-9700 |
| 14 | Fax:  (714) 953-9797 |
| | E-mail: |
| 15 | |
| | Attorneys for Kathleen Morrison *et al*. |
| 16 | |
| | GINEZ, STEINMETZ & ASSOCIATES |
| 17 | Rudy Ginez, Jr. (SBN 84978) |
| | 926 North Flower Street |
| 18 | Santa Ana, California  92703 |
| | Telephone:  (714) 541-2251 |
| 19 | Fax:  (714) 541-5807 |
| 20 | Attorneys for Kathleen Morrison *et al*. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

1

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The hearing on Cross-motions for Summary Judgment is continued from May 27, 2008 to June 16, 2008 at 9:00 a.m.

The parties shall adhere to the briefing schedule as set forth by the Civil Local Rules of Court.

Dated: February 15, 2008

_____
HON. JAMES WARE
United States District Judge