1  Rudy Ginez, Jr., (SBN 84978)
2  **GINEZ, STEINMETZ & ASSOCIATES**
   926 North Flower Street
3  Santa Ana, California 92703
   Tel: (714) 541-2251; Fax: (714) 541-5807
4  Attorneys for all Plaintiffs
5  Additional Counsel on Last Page

6
7  Wendy M. Lazerson (SBN 97285)
   Carolyn B. Hall (SBN 212311)
8  **BINGHAM MCCUTCHEN LLP**
   1900 University Avenue
9  East Palo Alto, CA 94303-2223
   Tel: (650) 849-4400; Fax: (650) 849-4800
10

*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Bimbo Bakeries USA FLSA ACTIONS | NO. C 05-00829 JW |
| | Assigned to Hon. James Ware, Courtroom 8 |
| | **STIPULATION TO STAY ADR PROCESS** |

Whereas on February 25, 2005, in the United States District Court for the Northern District of California, San Jose Division, in the case known as *Leonard, et al. v. Bimbo Bakeries USA, Inc.*, Case No. CV 00829 JW, ("Leonard Action") a group of six employees on behalf of

- 1 -
**Stipulation to Stay ADR Process**

themselves and other employees similarly situated filed a class action and FLSA collective action for unpaid overtime against their employer, Bimbo Bakeries USA Inc.;

Whereas on December 29, 2006, in the Superior Court of California for the County of Orange, in the case known as *Morrison, et al. v. Bimbo Bakeries USA, Inc.*, Case No. 06 CC00275, ("Morrison Action") a group of three employees on behalf of themselves and other employees similarly situated filed a class action for alleged unpaid overtime and other alleged California labor code violations against their employer, Bimbo Bakeries USA Inc.;

Whereas on February 2, 2007, the Morrison Action was removed to the United States District Court for the Central District of California based on diversity jurisdiction pursuant to the Class Action Fairness Act of 2005;

Whereas on May 27, 2007, the Morrison Action was transferred to the United States District Court for the Northern District of California, San Jose Division;

Whereas on September 28, 2007, the Court in the Leonard Action entered an order granting in part and denying in part cross-motions for summary judgment;

Whereas on November 21, 2007, the Court entered an order consolidating the Leonard Action and Morrison Action under the caption and case number of *In Re Bimbo Bakeries USA FLSA Actions*, Case No. C 05-0829, and counsel for Plaintiffs in the Leonard Action and Morrison Action were appointed as co-lead counsel;

Whereas on December 21, 2007, counsel for Plaintiffs in the case of *In Re Bimbo Bakeries USA FLSA Actions* filed their Consolidated Amended Complaint;

Whereas, prior to consolidation, the parties in the Morrison Action were presumptively required to participate on a non-binding ADR process offered by the Court, and counsel for the parties in a February 14, 2008, telephone conference informed the legal staff at the U.S. District

Court-ADR Unit that the Leonard Action and Morrison Action were consolidated and that the action is presently assigned to Judge James Ware;

Whereas the Court in the matter of *In Re: Bimbo Bakeries USA FLSA Actions* has set a hearing on June 16, 2008, at 9:00 a.m. in Courtroom 10, before the Honorable James Ware to hear motions that may resolve some or all of the main issues in the action;

Based upon the procedural status of the case, counsel for the parties in the matter of *In Re: Bimbo Bakeries USA FLSA Actions*, No. C 05-00829 JW, hereby stipulate and agree to stay participation in the any ADR process, including an Early Neutral Evaluation pending further order of the Court.

Dated: 4.17.08

GINEZ, STEINMETZ & ASSOCIATES

Rudy Ginez, Jr.
Attorneys for Plaintiffs

Dated: 4.17.08

BINGHAM MCCUTCHEN LLP

Carolyn B. Hall
Attorneys for Defendants

Michael S. Langford, SBN 125756
**LANGFORD & LANGFORD**, A PLC
1502 North Broadway
Santa Ana, California 92706
Tel: (714) 953-9700; Fax: (714) 953-9797

Michael J. Walsh, SBN 155401
**WALSH & WALSH, PC**
420 Exchange, Suite 270
Irvine, California 92602
Tel: (714) 544-6609; Fax: (714) 544-6621

- 3 -
**Stipulation to Stay ADR Process**

1  Joseph J. Gigliotti, SBN 144979
   **GIGLIOTTI & GIGLIOTTI**
2  434 East Chapman Ave
3  Fullerton, California 92832
   Tel: (714) 879-1712; Fax: (714) 879-3439
4
5  Ira Spiro (SBN 67641)
   **SPIRO MOSS BARNESS LLP**
6  11377 West Olympic Blvd., 5th Fl.
   Los Angeles, CA 90064
7  Tel: (310) 235-2468; Fax: (310) 235-2456
8
   Attorneys for all Plaintiffs
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Stipulation to Stay ADR Process**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Bimbo Bakeries USA FLSA ACTIONS ) | NO. C 05-00829 JW |
| ) | |
| ) | Assigned to Hon. James Ware, |
| ) | Courtroom 8 |
| ) | |
| ) | [PROPOSED] ORDER STAYING ADR |
| ) | PROCESS |

Based upon the stipulation of the parties, the procedural status of the case, and good cause appearing, it is ordered that the parties' participation in any ADR process, including an Early Neutral Evaluation, be stayed pending further order of the Court.

Dated: ___April 25, 2008___    _____/s/ James Ware_____
James Ware
United States District Judge

- 1 -
[Proposed] Order Staying ADR Process