1   BINGHAM MCCUTCHEN LLP
    WENDY M. LAZERSON (SBN 97285)
2   CAROLYN B. HALL (SBN 212311)
    1900 University Avenue
3   East Palo Alto, CA  94303-2223
    Telephone:    (650) 849-4400
4   Facsimile:    (650) 849-4800
    wendy.lazerson@bingham.com
5   carolyn.hall@bingham.com

6   Attorneys for Defendants
    BIMBO BAKERIES USA., INC.
7   and GEORGE WESTON BAKERIES, INC.

8

9   SPIRO MOSS BARNESS LLP
    Ira Spiro, State Bar No. 67641
    ira@spiromoss.com
10  11377 W. Olympic Blvd. Fifth Floor
    Los Angeles, CA  90064
11  Tel (310) 235-2468, Fax (310) 235-2456

12  Attorneys for Plaintiffs Thomas Leonard *et al*.

13  (Additional Attorneys for Plaintiffs at End of Document)

14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION
17

18                                      |  No.  C 05 00829 (JW)
    In re BIMBO BAKERIES USA FLSA ACTIONS|
19                                      |  **STIPULATION AND [PROPOSED]**
                                        |  **ORDER RE CERTIFICATION**
20                                      |  **RELATED MOTIONS AND**
                                        |  **TOLLING OF FLSA STATUTE OF**
21                                      |  **LIMITATIONS**

22                                      |  Complaint Filed:  February 25, 2005

23
            Plaintiffs Leonard, Bradaric, Hoskins, Newman, Herr, Harrison, Jeter, Motte,
24
    Morrison, Castro and Terusa, and Defendants Bimbo Bakeries USA, Inc, and George Weston
25

26

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    Bakeries, Inc., being all the parties of record in this action, stipulate as set forth in the

2    "STIPULATION" portion of this document below, based on the following circumstances:

3           Plaintiffs and Defendants have engaged in extensive negotiations concerning the

4    date of hearing of certification-related motions and the date to which the statute of limitations on

5    Fair Labor Standards Act (FLSA) claims will be tolled.  Based on those negotiations, Plaintiffs,

6    on behalf of themselves and all persons they purport to represent, and Defendants stipulate as set

7    forth below.  This stipulation is without prejudice to any motion by any party to extend the

8    tolling of the FLSA claims beyond the tolling provided for herein, or to preclude the extension of

9    the tolling of the FLSA claims beyond the tolling provided for herein.

10                                    STIPULATION

11           IT IS STIPULATED that the Court order as follows:

12    1.      The hearing on the Certification-Related Motions shall be thirteen (13) calendar

13    weeks after the June 16, 2008 hearing on the parties' upcoming cross-motions for summary

14    judgment.  The "Certification-Related Motions" are the following: (a) Defendants' Motion to

15    Decertify Plaintiffs' Claims Under the Fair Labor Standards Act: (b) Defendants' Motion for an

16    Order That Action Cannot Be Maintained as a Class Action; and (a) Plaintiffs' Motion for Class

17    Certification under Fed. Rule of Civ. Pro. 23.  If hearing of the cross-motions for summary

18    judgment is continued, the hearing of the Certification-Related Motions shall be thirteen (13)

19    calendar weeks after the continued date of hearing on the cross-motions for summary judgment.

20    2.      The statute of limitations on the FLSA claims of the Conditional FLSA Class

21    shall continue to be tolled until the hearing on the Certification-Related Motions.  The

22    "Conditional FLSA Class," as used herein, means all current and former California employees of

23    Bimbo Bakeries USA and/or Bestfoods Baking Company, Inc, who were or are employed as

24    "Driver-Salesman" or "Route Sales Representative" any time on or after February 25, 2002.

25    3.      However, if for any reason no motions for summary judgment are filed or heard

26    hereafter, then the tolling of the statute of limitations on the FLSA claims of the Conditional

STIPULATION AND [PROPOSED] ORDER RE CERTIFICATION RELATED MOTIONS AND TOLLING OF FLSA
STATUTE OF LIMITATIONS

A/72441977.6

1   FLSA Class shall expire thirteen (13) weeks after the date it is determined that there will be no

2   motions for summary judgment or partial summary judgment filed or heard unless the reason

3   there is no hearing is that the Court decides to decide the motion or motions without a hearing.

4   In the event the Court decides the motion or motions without a hearing, the tolling of the statute

5   of limitations on the FLSA claims of the Conditional FLSA Class shall expire thirteen (13)

6   weeks after the Court gives notice to the parties that the motion or motions will be decided

7   without a hearing.

8        4.      Plaintiffs, and those they purport to represent in this action, shall not seek an

9   extension of time to file the Certification-Related Motions or seek by any means to extend the

10  date for the hearing on the Certification-Related Motions.  If plaintiffs, or those they purport to

11  represent in this action, should engage in such efforts, then the statute of limitations tolling

12  provided for above shall immediately cease at the time such efforts commence.

13       5.      The briefing on Certification-Related Motions shall be pursuant to Civil Local

14  Rules 7-2 and 7-3.

15  Dated: April 17, 2008                    SPIRO MOSS BARNESS LLP

16

17                                          By: _/s/_____

18                                               IRA SPIRO
                                                Attorneys for Plaintiffs

19  Dated: April 17, 2008                    BINGHAM McCUTCHEN LLP

20

21                                          By: _/s/_____

                                                WENDY M. LAZERSON
22                                              Attorneys for Defendants

23  Additional attorneys for Plaintiffs are listed on the following page.

24

25

26

1

2 LANGFORD & LANGFORD, a PLC          GIGLIOTTI & GIGLIOTTO, L.L.P
Michael S. Langford (SBN 125756)    Joseph J. Gigliotti (SBN 144979)
3 24681 La Plaza, Suite 220           gigliottilaw@msn.com
Dana Point, California 92629        434 East Chapman Avenue
4 mklangford@aol.com                  Fullerton, California  92832
Telephone:  (949)545-6540           Telephone:     (714) 879-1712
5 Fax:  (949) 545-6541                Fax:           (714) 879-3429
Attorneys for Kathleen Morrison *et al.*   Attorneys for Kathleen Morrison *et al.*

6 WALSH & WALSH, PC                   GINEZ, STEINMETZ & ASSOCIATES
Michael J. Walsh (SBN 155401)       Rudy Ginez, Jr. (SBN 84978)
7 michaeljwalshesq@aol.com,           926 North Flower Street
420 Exchange, Suite 270             Santa Ana, California  92703
8 Irvine, California  92602           Telephone:     (714) 541-2251
Telephone:     (714) 544-6609       Fax:           (714) 541-5807
9 Fax:           (714) 544-6621       Attorneys for Kathleen Morrison *et al.*
Attorneys for Kathleen Morrison *et al.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER RE CERTIFICATION RELATED MOTIONS AND TOLLING OF FLSA
STATUTE OF LIMITATIONS

A/72441977.6

1   **[PROPOSED] ORDER**

2   Good cause appearing, IT IS HEREBY ORDERED AS SET FORTH IN

3   PARAGRAPHS 1 THROUGH 5 ABOVE, to wit:

4       1.     The hearing on the Certification-Related Motions shall be **set by the Court in its**

5   **Order addressing the parties' cross-motions for summary judgment.**

6          The "Certification-Related Motions" are the following: (a) Defendants' Motion to

7   Decertify Plaintiffs' Claims under the Fair Labor Standards Act; (b) Defendants' Motion for an

8   Order That Action Cannot Be Maintained as a Class Action; and (c) Plaintiffs' Motion for Class

9   Certification under Fed. Rule of Civ. Pro. 23.  If hearing of the cross-motions for summary

10   judgment is continued, hearing of the Certification-Related Motions shall be thirteen (13)

11   calendar weeks after the continued date of hearing on the cross-motions for summary judgment.

12       2.     The statute of limitations on the FLSA claims of the Conditional FLSA Class

13   shall continue to be tolled until the hearing on the Certification-Related Motions. The

14   "Conditional FLSA Class," as used herein, means all current and former California employees of

15   Bimbo Bakeries USA and/or Bestfoods Baking Company, Inc. who were or are employed as

16   "Driver-Salesman" or "Route Sales Representative" any time on or after February 25, 2002.

17

18   Dated:  April 25, 2008          _____
                                     JAMES WARE

19                                      United States District Judge

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER RE CERTIFICATION RELATED MOTIONS AND TOLLING OF FLSA
STATUTE OF LIMITATIONS

A/72441977.6