IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Bimbo Bakeries USA FLSA Actions | No. C 05-00829 JW |
| | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING SCHEDULE FOR CLASS CERTIFICATION AND RELATED MOTIONS** |

This case was scheduled for a case management conference on November 17, 2008. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted separate Case Management Statements. Based on their submissions, it appears that a supplemental schedule for the case can be set without the necessity of an appearance at this time. Accordingly, the case management conference is VACATED and the parties are ordered to comply with the following:

(1) Plaintiffs have expressed an intent to file a motion for a certification to file an interlocutory appeal of the Court's October 24, 2008 Order on the issue of claims for overtime pay under California state law. The Court sets **January 26, 2009 at 9 a.m.** as a hearing date for this anticipated motion. Plaintiffs shall notice and file their motion in accordance with the Civil Local Rules of the Court.

(2) The Court sets **March 2, 2009 at 9:00 A.M.** as a hearing date for Plaintiffs' anticipated Motion for Class Certification and Defendants' anticipated (a) Motion to Decertify the conditionally-certified FLSA collective action and (b) Motion for an

Order that this action cannot be maintained as a class action. The parties shall notice and file their motions in accordance with the Civil Local Rules of the Court.

(3) All discovery disputes with respect to class certification are referred to the assigned Magistrate Judge.

Dated: November 13, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carolyn Blecha Hall carolyn.hall@bingham.com
Dennis Frank Moss dennisfmoss@yahoo.com
Elizabeth Jean Carroll betsy.carroll@bingham.com
Joseph J. Gigliotti gigliottilaw@msn.com
Joseph J. Gigliotti gigliottilaw@msn.com
Katherine J. Odenbreit kjodenbreit@class-action-attorneys.com
Kristen Pezone kristen.pezone@bingham.com
Michael James Walsh michaeljwalshesq@aol.com
Michael Scott Langford mklangford@aol.com
Rebecca Sobie rsobie@smbhblaw.com
Robert Ira Spiro ira@spiromoss.com
Rudolfo Ginez ginez@sbcglobal.net
Rudolfo Ginez ginez@sbcglobal.net
Wendy M. Lazerson wendy.lazerson@bingham.com

**Dated: November 13, 2008**                    **Richard W. Wieking, Clerk**

                                                **By:  /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**