1  Spiro Moss Barness LLP
   Ira Spiro (SBN 67641)
2  ira@spiromoss.com
   11377 W. Olympic Blvd., 5th Floor
3  Los Angeles, CA 90064
   Telephone:    310-235-2468
4  Fax:          310-235-2456

5  Attorneys for Plaintiffs

6

7

*IT IS SO ORDERED*
*[Signature] Judge James Ware*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12                                              No.  C 05 00829 JW (HRL)

13  In re BIMBO BAKERIES FLSA ACTIONS           [PROPOSED] ORDER REMOVING
                                                CASE FROM COURT'S EARLY
14                                              NEUTRAL EVALUATION
                                                PROGRAM
15

16                                              Judge:    Hon. James Ware

17      Good cause appearing, IT IS HEREBY ORDERED that these consolidated actions are

18  removed from the Court's Early Neutral Evaluation program.

19

20  DATED: January 9, 2009                      _____
                                                [Signature]
21                                              The Honorable James Ware
                                                United States District Judge
22

23

24

25

26

[PROPOSED] ORDER REMOVING CASE FROM EARLY NEUTRAL EVALUATION PROGRAM