| | |
|---|---|
| 1 | SPIRO MOSS BARNESS LLP |
|   | Ira Spiro, State Bar No. 67641 |
| 2 | ira@spiromoss.com |
|   | 11377 W. Olympic Blvd. Fifth Floor |
| 3 | Los Angeles, CA  90064 |
|   | Tel (310) 235-2468, Fax (310) 235-2456 |
| 4 | |
|   | Attorneys for Plaintiffs Thomas Leonard *et al*. |
| 5 | (Additional Attorneys for Plaintiffs at End of Document) |
| 6 | BINGHAM MCCUTCHEN LLP |
|   | WENDY M. LAZERSON (SBN 97285) |
| 7 | CAROLYN B. HALL (SBN 212311) |
|   | 1900 University Avenue |
| 8 | East Palo Alto, CA  94303-2223 |
|   | Telephone:     (650) 849-4400 |
| 9 | Facsimile:       (650) 849-4800 |
|   | wendy.lazerson@bingham.com |
| 10 | carolyn.hall@bingham.com |
| 11 | Attorneys for Defendants |
|   | BIMBO BAKERIES USA., INC. |
| 12 | and GEORGE WESTON BAKERIES, INC. |

**[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED /s/ James Ware, Judge James Ware]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BIMBO BAKERIES USA FLSA ACTIONS, | No.  C 05 00829 (JW) <br><br> **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING DATE AND ENLARGEMENT OF PAGES FOR CERTIFICATION-RELATED MOTIONS** |

---

STIPULATION FOR CONTINUANCE OF HEARING DATE AND ENLARGEMENT OF PAGES FOR CERTIFICATION
RELATED MOTIONS

A/72817296.2/3003187- 0000313787

# [PROPOSED] ORDER

For good cause shown, the Court GRANTS the parties' Stipulation as MODIFIED below:

1. The hearing on the Certification-Related Motions shall take place on Monday, **May 4, 2009 at 9 a.m.**

2. The Certification-Related Motions shall be filed on before February 23, 2009.

3. Oppositions to said motions shall be filed on or before March 16, 2009

4. Replies to the oppositions to said motions shall be filed on or before April 6, 2009.

5. The points and authorities on said motions, and oppositions *only,* shall be no longer than **30 pages.**

6. Plaintiffs Motion for Interim Appeal (F.R.Civ.P. 54(b)) and Stay is taken under submission without oral argument. See Civil L.R. 7-1(b). The January 26, 2009 hearing on the motion is hereby VACATED.

Dated: January 21, 2009

_____
HON. JAMES WARE
United States District Judge