Spiro Moss LLP
Ira Spiro, State Bar No. 67641
ira@spiromoss.com
11377 W. Olympic Blvd. Fifth Floor
Los Angeles, CA  90064
Tel (310) 235-2468, Fax (310) 235-2456

Attorneys for Plaintiffs Thomas Leonard *et al.*
(Additional Attorneys for Plaintiffs at End of Document)

BINGHAM MCCUTCHEN LLP
WENDY M. LAZERSON (SBN 97285)
CAROLYN B. HALL (SBN 212311)
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:     (650) 849-4400
Facsimile:      (650) 849-4800
wendy.lazerson@bingham.com
carolyn.hall@bingham.com

Attorneys for Defendants
BIMBO BAKERIES USA., INC.

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BIMBO BAKERIES USA FLSA ACTIONS, | No.  C 05 00829 (JW) **/s/ James Ware**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITHHOLDING DECISION ON CERTIFICATION-RELATED MOTIONS** |

1      Plaintiffs Leonard, Bradaric, Hoskins, Newman, Herr, Harrison, Jeter, Motte, Morrison,
2  Castro and Terusa, and Defendant Bimbo Bakeries USA, Inc., being all the parties of record in
3  this action, stipulate as set forth in the "STIPULATION" portion of this document below, based
4  on the following circumstances:
5      The Court has under submission three certification-related motions, namely (a)
6  Defendants' Motion to Decertify Plaintiffs' Claims Under the Fair Labor Standards Act: (b)
7  Defendants' Motion for an Order That Action Cannot Be Maintained as a Class Action; and (c)
8  Plaintiffs' Motion for Class Certification under Fed. Rule of Civ. Pro. 23.
9      The parties have agreed to mediate.  They have selected a mediator, Hon. William J.
10 Cahill, retired from the San Francisco Superior Court.  Mediation has been scheduled for August
11 5, 2009.
12     In order to prepare for and participate in the mediation, the parties agree that deferral of a
13 ruling on the pending certification-related motions would be beneficial to the mediation process.
14 Therefore, by this stipulation the parties request that the Court withhold decision on the
15 certification-related motions until after mediation and execution of a settlement agreement,  if
16 any, as stated below.
17                              STIPULATION
18     Wherefore, ALL PARTIES OF RECORD STIPULATE that the Court order as follows
19 with respect to the three Certification-Related Motions, namely (a) Defendants' Motion to
20 Decertify Plaintiffs' Claims Under the Fair Labor Standards Act: (b) Defendants' Motion for
21 an Order That Action Cannot Be Maintained as a Class Action; and (a) Plaintiffs' Motion for
22 Class Certification under Fed. Rule of Civ. Pro. 23:
23     1.   The Court will not issue a decision on any of the Certification-Related Motions
24 until after Monday, August 12, 2009 (which is one week after the scheduled mediation).  The
25 Certification-Related Motions are: (a) Defendants' Motion to Decertify Plaintiffs' Claims Under
26 the Fair Labor Standards Act: (b) Defendants' Motion for an Order That Action Cannot Be

1  Maintained as a Class Action; and (c) Plaintiffs' Motion for Class Certification under Fed. Rule

2  of Civ. Pro. 23

3      2.    HOWEVER if the parties notify the Court on or before August 12, 2009, that a

4  settlement was reached at the mediation or that they are continuing settlement discussions as a

5  result of progress made at the mediation, that they need additional time to negotiate and/or

6  prepare and execute a definitive settlement agreement, and that they wish the Court to not to

7  issue any decision on the Certification-Related Motions for an additional period of time, the

8  Court will consider that request.

9  July 1, 2009                                     Spiro Moss LLP

11                                            By: _____/s/_____
                                              IRA SPIRO

12                                                Attorneys for Plaintiffs

13  July 1, 2009                                       BINGHAM McCUTCHEN LLP

15                                            By: _____/s/_____
                                              WENDY M. LAZERSON
                                              Attorneys for Defendants

17  LANGFORD & LANGFORD, a PLC        GIGLIOTTI & GIGLIOTTO, L.L.P
Michael S. Langford (SBN 125756)         Joseph J. Gigliotti (SBN 144979)
24681 La Plaza, Suite 220                       gigliottilaw@msn.com
Dana Point, California 92629                434 East Chapman Avenue
mklangford@aol.com                           Fullerton, California  92832
Telephone:  (949)545-6540                  Telephone:    (714) 879-1712
Fax:  (949) 545-6541                           Fax:               (714) 879-3429
Attorneys for Kathleen Morrison *et al.*     Attorneys for Kathleen Morrison *et al.*

21  WALSH & WALSH, PC                      GINEZ, STEINMETZ & ASSOCIATES
Michael J. Walsh (SBN 155401)            Rudy Ginez, Jr. (SBN 84978)
michaeljwalshesq@aol.com,                926 North Flower Street
420 Exchange, Suite 270                    Santa Ana, California  92703
Irvine, California  92602                   Telephone:    (714) 541-2251
Telephone:    (714) 544-6609             Fax:               (714) 541-5807
Fax:               (714) 544-6621             Attorneys for Kathleen Morrison *et al.*
Attorneys for Kathleen Morrison *et al.*

# [PROPOSED] ORDER

Good cause appearing, IT IS HEREBY ORDERED AS SET FORTH IN PARAGRAPHS 1 AND 2 ABOVE, which paragraphs are duplicated below, to wit:

1. The Court will not issue a decision on any of the Certification-Related Motions until after Monday, August 12, 2009 (which is one week after the scheduled mediation). The Certification-Related Motions are: (a) Defendants' Motion to Decertify Plaintiffs' Claims Under the Fair Labor Standards Act: (b) Defendants' Motion for an Order That Action Cannot Be Maintained as a Class Action; and (c) Plaintiffs' Motion for Class Certification under Fed. Rule of Civ. Pro. 23.

2. HOWEVER if the parties notify the Court on or before August 12, 2009, that a settlement was reached at the mediation or that they are continuing settlement discussions as a result of progress made at the mediation, that they need additional time to negotiate and/or prepare and execute a definitive settlement agreement, and that they wish the Court to not to issue any decision on the Certification-Related Motions for an additional period of time, the Court will consider that request.

On or before **August 12, 2009**, the parties shall file a Joint Status Statement informing the Court as to their mediation efforts. If additional time is requested for the purposes of negotiating or preparing a definitive settlement agreement, the Court reserves the right to terminate these pending Motions to clear its docket.

Dated: July 14, 2009

_____
JAMES WARE
United States District Judge