SPIRO MOSS LLP
Ira Spiro, State Bar No. 67641
ira@spiromoss.com
Dennis F. Moss
dennisfmoss@yahoo.com
11377 W. Olympic Blvd. Fifth Floor
Los Angeles, CA  90064
Tel (310) 235-2468, Fax (310) 235-2456

Attorneys for Plaintiffs Thomas Leonard *et al.*
(Additional Attorneys for Plaintiffs at End of Document)

BINGHAM MCCUTCHEN LLP
WENDY M. LAZERSON (SBN 97285)
CAROLYN B. HALL (SBN 212311)
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:     (650) 849-4400
Facsimile:     (650) 849-4800
wendy.lazerson@bingham.com
carolyn.hall@bingham.com

Attorneys for Defendants
BIMBO BAKERIES USA., INC.
and GEORGE WESTON BAKERIES, INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BIMBO BAKERIES USA FLSA ACTIONS, | No.  C 05 00829 (JW)<br><br>**JOINT REPORT RE MEDIATION; PROPOSAL FOR FURTHER PROCEEDINGS** |

The Court ordered the parties to report on the results of the mediation by August 12, 2009.  Pursuant to stipulation, to allow the parties an opportunity to mediate, the Court stayed its decision regarding the three pending certification-related motions, which include the parties' cross-motions regarding class certification under Rule 23 of the Federal Rules of Civil Procedure and defendants' motion for decertification of the conditionally-certified FLSA class.

No.  C 05 00829 (JW)

1    The parties participated in a full-day mediation in San Francisco on August 5, 2009
2    presided over by retired Superior Court Judge William J. Cahill at JAMS.  The parties are
3    continuing to discuss further negotiations and to exchange information pertinent to the mediation
4    effort.  To enable the parties to complete the exchange of additional information, to
5    accommodate travel out of the country by Defendant's general counsel through August 24, 2009,
6    and to accommodate previously scheduled out of state travel by lead counsel for plaintiffs, Ira
7    Spiro, who has a mediation in New York City during the week of August 10, 2009, the parties
8    jointly request an opportunity to resume and complete discussions, and to report back to the
9    Court no later than August 31, 2009.
10   Therefore, the parties propose the following:
11   1.    That by Monday, August 31, 2009, the parties report to the Court concerning the
12   status of settlement negotiations.
13   2    That the Court continue to withhold decision on the three certification-related
14   motions until Wednesday, September 2, 2009.

15   Dated: August 11, 2009            SPIRO MOSS LLP

                                       By:  /s/
                                            IRA SPIRO
                                       Attorneys for Plaintiffs

19   Dated: August 11, 2009            BINGHAM McCUTCHEN LLP

                                       By:  /s/
                                            WENDY M. LAZERSON
                                       Attorneys for Defendant