SPIRO MOSS LLP
Ira Spiro, State Bar No. 67641
ira@spiromoss.com
Dennis F. Moss
dennisfmoss@yahoo.com
11377 W. Olympic Blvd. Fifth Floor
Los Angeles, CA  90064
Tel (310) 235-2468, Fax (310) 235-2456

Attorneys for Plaintiffs Thomas Leonard *et al.*

BINGHAM MCCUTCHEN LLP
WENDY M. LAZERSON (SBN 97285)
CAROLYN B. HALL (SBN 212311)
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:    (650) 849-4400
Facsimile:    (650) 849-4800
wendy.lazerson@bingham.com
carolyn.hall@bingham.com

Attorneys for Defendants
BIMBO BAKERIES USA., INC.

IT IS SO ORDERED
[signature]
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re BIMBO BAKERIES USA FLSA ACTIONS,

No.  C 05 00829 (JW)

**FURTHER JOINT REPORT RE MEDIATION; PROPOSAL FOR FURTHER PROCEEDINGS**
**ORDER SETTING FURTHER STATUS REPORT**

   The Court ordered the parties to report on the results of the mediation by August 12, 2009 and granted an extension to August 31, 2009 by order dated August 20, 2009.  Pursuant to stipulation, to allow the parties an opportunity to mediate, the Court stayed its decision regarding the three pending certification-related motions, which include the parties' cross-motions

1. regarding class certification under Rule 23 of the Federal Rules of Civil Procedure and
2. defendants' motion for decertification of the conditionally-certified FLSA class.
3.     The parties participated in a full-day mediation in San Francisco on August 5, 2009
4. presided over by retired Superior Court Judge William J. Cahill at JAMS. The parties are
5. continuing to discuss further negotiations and to exchange information pertinent to the mediation
6. effort, with the continued assistance of Judge Cahill. Counsel for the parties spent long hours
7. negotiating and exchanging settlement-related information during this past weekend, August 29
8. and 30, 2009, and many hours today, August 31, 2009. Counsel spoke by telephone with the
9. mediator today. The parties agree that additional time to negotiate would be beneficial and thus
10. jointly request a further opportunity to continue discussions, and to report back to the Court no
11. later than September 9, 2009.
12.     Therefore, the parties propose the following:
13.     1.    That by Wednesday, September 9, 2009, the parties report to the Court
14. concerning the status of settlement negotiations.
15.     2    That the Court continue to withhold decision on the three certification-related
16. motions until Friday, September 11, 2009.

17. Dated: August 31, 2009        SPIRO MOSS LLP

19.            By:  /s/
              IRA SPIRO
20.            Attorneys for Plaintiffs

21. Dated: August 31, 2009        BINGHAM McCUTCHEN LLP

23.            By:  /s/
              WENDY M. LAZERSON
            Attorneys for Defendant