**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

SPIRO MOSS LLP
Ira Spiro, State Bar No. 67641
ira@spiromoss.com
Dennis F. Moss
dennisfmoss@yahoo.com
11377 W. Olympic Blvd. Fifth Floor
Los Angeles, CA  90064
Tel (310) 235-2468, Fax (310) 235-2456

Attorneys for Plaintiffs Thomas Leonard *et al*.

BINGHAM MCCUTCHEN LLP
WENDY M. LAZERSON (SBN 97285)
CAROLYN B. HALL (SBN 212311)
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:    (650) 849-4400
Facsimile:    (650) 849-4800
wendy.lazerson@bingham.com
carolyn.hall@bingham.com

Attorneys for Defendants
BIMBO BAKERIES USA., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BIMBO BAKERIES USA FLSA ACTIONS, | No.  C 05 00829 (JW)<br><br>**FURTHER JOINT REPORT RE MEDIATION; PROPOSAL FOR FURTHER PROCEEDINGS** |

     The Court ordered the parties to report on the results of the mediation by August 12, 2009 and granted an extension to August 31, 2009 by order dated August 20, 2009, and a further extension to September 9, 2009 by order dated September 3, 2009.  On September 9, 2009, counsel for the parties filed a Further Joint Report to inform the Court that the parties were discussing having another mediation session next week.

1   Pursuant to stipulation, to allow the parties an opportunity to mediate, the Court
2   stayed its decision regarding the three pending certification-related motions, which include the
3   parties' cross-motions regarding class certification under Rule 23 of the Federal Rules of Civil
4   Procedure and defendants' motion for decertification of the conditionally-certified FLSA class.
5   The parties participated in a full-day mediation in San Francisco on August 5,
6   2009 presided over by retired Superior Court Judge William J. Cahill at JAMS.
7   The parties have agreed to have another mediation session on Wednesday,
8   September 16, 2009.
9   Therefore, the parties propose the following:
10   1.   That by Friday, September 18, 2009, the parties report to the Court
11   concerning the status of settlement negotiations.
12   2.   That the Court continue to withhold decision on the three certification-
13   related motions until Monday, September 21, 2009.

14   Dated:  September 10, 2009            SPIRO MOSS LLP
15
16                                         By:  /s/
                                                 IRA SPIRO
17                                         Attorneys for Plaintiffs

18   Dated:  September 10, 2009            BINGHAM McCUTCHEN LLP
19
20                                         By:  /s/
                                                 WENDY M. LAZERSON
21                                         Attorneys for Defendant

22
23
24
25
26