SPIRO MOSS LLP
Ira Spiro, State Bar No. 67641
ira@spiromoss.com
Dennis F. Moss
dennisfmoss@yahoo.com
11377 W. Olympic Blvd. Fifth Floor
Los Angeles, CA  90064
Tel (310) 235-2468, Fax (310) 235-2456

Attorneys for Plaintiffs Thomas Leonard *et al*.

BINGHAM MCCUTCHEN LLP
WENDY M. LAZERSON (SBN 97285)
CAROLYN B. HALL (SBN 212311)
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:     (650) 849-4400
Facsimile:      (650) 849-4800
wendy.lazerson@bingham.com
carolyn.hall@bingham.com

Attorneys for Defendants
BIMBO BAKERIES USA., INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re BIMBO BAKERIES USA FLSA ACTIONS,

No.  C 05 00829 (JW)

**ORDER TERMINATION MOTIONS; SETTING STATUS CONFERENCE RE: SETTLEMENT**

      The Court ordered the parties to report on the results of the mediation by August 12, 2009 and granted an extension to August 31, 2009 by order dated August 20, 2009; a further extension to September 9, 2009 by order dated September 3, 2009; and a further extension to September 18, 2009 by order dated September 11, 2009.

      Pursuant to stipulation, to allow the parties an opportunity to mediate, the Court stayed its decision regarding the three pending certification-related motions, which include the

No.  C 05 00829 (JW)

FURTHER JOINT REPORT RE MEDIATION

A/73148470.1

1  parties' cross-motions regarding class certification under Rule 23 of the Federal Rules of Civil

2  Procedure and defendants' motion for decertification of the conditionally-certified FLSA class.

3        The parties participated in a full-day mediation in San Francisco on August 5,

4  2009 presided over by retired Superior Court Judge William J. Cahill at JAMS.  The parties

5  participated in another full-day mediation in San Francisco on September 16, 2009 presided over

6  by mediator Mark S. Rudy, Esq.

7        The parties report the following to the Court:

8        1.    The parties have reached an agreement as a result of mediation.

9        2.    The parties request that the Court not rule on the three certification-related

10 motions.

11       3.    The parties will submit a stipulation to settlement within thirty days.

12 Dated:  September 18, 2009      SPIRO MOSS LLP

13

14       By:   /s/
         IRA SPIRO

15       Attorneys for Plaintiffs

16 Dated:  September 18, 2009      BINGHAM McCUTCHEN LLP

17

18       By:   /s/
         WENDY M. LAZERSON
      Attorneys for Defendant

19

20 *** ORDER ***

21 In light of the parties' representation, the Court finds good cause to vacate all pretrial and trial

22 conferences and deadlines.  In addition, the Court deems all pending Motions as withdrawn and orders the Clerk of Court to terminate them from the docket. (Docket Item Nos. 421, 424, 428.)  The Court

23 sets a Status Conference re: Settlement for **October 26, 2009 at 10 a.m.**  On or before **October 16, 2009**, the parties shall either file a Joint Status Report or Motion for Approval of Settlement.

24

25 Dated: September 30, 2009      *[signature]*
      JAMES WARE

26       United States District Judge

A/73148470.1