1  SPIRO MOSS LLP
   Ira Spiro, State Bar No. 67641
2  ira@spiromoss.com
   11377 W. Olympic Blvd. Fifth Floor
3  Los Angeles, CA 90064
   Telephone:    (310) 235-2468,
4  Facsimile:    (310) 235-2456
   Attorneys for Plaintiffs Thomas Leonard *et al.*
5
   WALSH & WALSH, PC
6  Michael J. Walsh, State Bar No. 155401
   michaeljwalshesq@aol.com
7  420 Exchange, Suite 270
   Irvine, California 92602
8  Telephone:    (714) 544-6609
   Facsimile:    (714) 544-6621
9  Attorneys for plaintiffs Kathleen Morrison *et al.*
   (Additional Attorneys for Plaintiffs at End of Document)
10
   Wendy M. Lazerson (SBN 97285)
11 wendy.lazerson@bingham.com
   Carolyn B. Hall (SBN 212311)
12 carolyn.hall@bingham.com
   BINGHAM MCCUTCHEN LLP
13 1900 University Avenue
   East Palo Alto, CA 94303-2223
14 Telephone:    (650) 849-4400
   Facsimile:    (650) 849-4800
15
   Attorneys for Defendant
16 BIMBO BAKERIES USA, INC.

17              UNITED STATES DISTRICT COURT

18      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20                                    No. C 05 00829 (JW)

21 In re BIMBO BAKERIES USA FLSA       **JOINT REPORT ON STATUS OF**
   ACTIONS                             **SETTLEMENT AND PROPOSED**
22                                     **ORDER RE FURTHER**
                                       **PROCEEDINGS**
23                                     **ORDER CONTINUING STATUS**
                                       **CONFERENCE**
24

25

26

IT IS SO ORDERED
AS MODIFIED

*James Ware*

Judge James Ware

1        The Court previously ordered the parties to report on the results of the mediation by

2   August 12, 2009 and granted an extension to August 31, 2009 by order dated August 20, 2009; a

3   further, extension to September 9, 2009 by order dated September 3, 2009; and a further

4   extension to September 18, 2009 by order dated September 11, 2009. Pursuant to stipulation, to

5   allow the parties an opportunity to mediate, the Court stayed its decision regarding the three

6   pending certification-related motions, which include the parties' cross-motions regarding class

7   certification under Rule 23 of the Federal Rules of Civil Procedure and defendants' motion for

8   decertification of the conditionally-certified FLSA class.

9        The parties participated in a full-day mediation in San Francisco on August 5, 2009

10  presided over by retired Superior Court Judge William J. Cahill at JAMS. The parties

11  participated in another full-day mediation in San Francisco on September 16, 2009 presided over

12  by mediator Mark S. Rudy, Esq. As a result of the mediation process, the parties reached an

13  agreement on the material terms of a settlement and began to work on a proposed written

14  stipulation for settlement. The parties originally estimated that such an agreement could be ready

15  to be submitted to the court within 30 days from the date of their most recent submission to the

16  Court on September 18, 2009. In light of the parties' representation, the Court set a Status

17  Conference re: Settlement for October 26, 2009 at 10 a.m. and further ordered that, on or before

18  October 16, 2009, the parties were to file a Joint Status Report or Motion for Approval of

19  Settlement.

20       Since September 18, 2009, a written settlement agreement has been drafted and circulated

21  by defense counsel for comment by plaintiffs' counsel. The plaintiffs have prepared several

22  proposed changes to the original draft, which counsel are now reviewing. The parties are

23  optimistic that they can reconcile the remaining disputes within the next two weeks, and that a

24  final agreement can be ready for execution and submission to the court no later than the first

25  week of November 2009.

26  */ /*

**JOINT REPORT ON STATUS OF SETTLEMENT AND PROPOSED ORDER**

1      Therefore, the parties propose the following:

2      That the parties provide an updated report to the Court concerning the status of drafting

3  and execution of the written settlement agreement no later than October 23, 2009 and, in the

4  event the parties are unable to resolve issues regarding settlement documents, appear at the

5  scheduled status conference on October 26, 2009, or plaintiffs could file a motion for preliminary

6  approval prior to that date if the parties do reach agreement as to the terms of the settlement

7  documents.

8

9  DATED:  October 16, 2009         BINGHAM MCCUTCHEN LLP

10

11                          By: /s/ _____

12                               Wendy M. Lazerson
                                Attorneys for Defendant

13  DATED:  October 16, 2009         SPIRO MOSS LLP

14

15                          By: /s/ _____

16                                 Ira Spiro
                               Attorneys for Plaintiffs

17  DATED:  October 16, 2009         WALSH & WALSH, P.C.

18

19

20                          By: /s/ _____

                                 Michael J. Walsh

21                                 Attorneys for Plaintiffs

22

23

24

25

26

**JOINT REPORT ON STATUS OF SETTLEMENT AND PROPOSED ORDER**

1                            **<u>ORDER</u>**

2         Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

3         In light of the parties' representation, the parties shall provide an updated Joint Status

4 Report to the Court concerning the status of drafting and execution of the written settlement

5 agreement no later than October 23, 2009.

6         Based the parties' representation, the Court continues the Status Conference from

7 October 26, 2009 to **November 16, 2009 at 10 a.m.** to provide the parties with additional time to reduce their settlement into a writing.  On or before **November 6, 2009**, the parties

8 shall file a Joint Status Statement to update the Court or file the appropriate Joint Motion for Approval of Settlement Agreement.

9

10 Dated:  October 23, 2009            _____

                                HON. JAMES WARE

11                                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                          No. C 05 00829 (JW)

**JOINT REPORT ON STATUS OF SETTLEMENT AND PROPOSED ORDER**