| | |
|---|---|
| 1 | SPIRO MOSS LLP |
| | Ira Spiro, State Bar No. 67641 |
| 2 | ira@spiromoss.com |
| | 11377 W. Olympic Blvd. Fifth Floor |
| 3 | Los Angeles, CA  90064 |
| | Telephone:     (310) 235-2468, |
| 4 | Facsimile:      (310) 235-2456 |
| | Attorneys for Plaintiffs Thomas Leonard *et al.* |
| 5 | |
| | WALSH & WALSH, PC |
| 6 | Michael J. Walsh, State Bar No. 155401 |
| | michaeljwalshesq@aol.com |
| 7 | 420 Exchange, Suite 270 |
| | Irvine, California  92602 |
| 8 | Telephone:     (714) 544-6609 |
| | Facsimile:      (714) 544-6621 |
| 9 | Attorneys for plaintiffs Kathleen Morrison *et al*. |
| | (Additional Attorneys for Plaintiffs at End of Document) |
| 10 | |
| | Wendy M. Lazerson (SBN 97285) |
| 11 | wendy.lazerson@bingham.com |
| | Carolyn B. Hall (SBN 212311) |
| 12 | carolyn.hall@bingham.com |
| | BINGHAM MCCUTCHEN LLP |
| 13 | 1900 University Avenue |
| | East Palo Alto, CA  94303-2223 |
| 14 | Telephone:     (650) 849-4400 |
| | Facsimile:      (650) 849-4800 |
| 15 | |
| | Attorneys for Defendant |
| 16 | BIMBO BAKERIES USA, INC. |

Stamp: IT IS SO ORDERED AS MODIFIED — [signature] Judge James Ware

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re BIMBO BAKERIES USA FLSA ACTIONS, | No. C 05 00829 (JW)<br><br>**JOINT REPORT ON STATUS OF SETTLEMENT AND PROPOSED ORDER RE FURTHER PROCEEDINGS**<br><br>Complaint filed:   February 25, 2005<br>Judge:                 Hon. JAMES WARE |

1   The Court previously ordered the parties to report on the results of the mediation by
2   August 12, 2009 and granted an extension to August 31, 2009 by order dated August 20, 2009; a
3   further, extension to September 9, 2009 by order dated September 3, 2009; and a further
4   extension to September 18, 2009 by order dated September 11, 2009. Pursuant to stipulation, to
5   allow the parties an opportunity to mediate, the Court stayed its decision regarding the three
6   pending certification-related motions, which include the parties' cross-motions regarding class
7   certification under Rule 23 of the Federal Rules of Civil Procedure and defendants' motion for
8   decertification of the conditionally-certified FLSA class.
9   The parties participated in a full-day mediation in San Francisco on August 5, 2009
10  presided over by retired Superior Court Judge William J. Cahill at JAMS. The parties
11  participated in another full-day mediation in San Francisco on September 16, 2009 presided over
12  by mediator Mark S. Rudy, Esq. As a result of the mediation process, the parties reached an
13  agreement on the material terms of a settlement and began to work on a proposed written
14  stipulation for settlement. The parties originally estimated that such an agreement could be
15  ready to be submitted to the court within 30 days from the date of their most recent submission to
16  the Court on September 18, 2009. In light of the parties' representation, the Court set a Status
17  Conference re: Settlement for October 26, 2009 at 10 a.m. and further ordered that, on or before
18  October 16, 2009, the parties were to file a Joint Status Report or Motion for Approval of
19  Settlement. On October 23, 2009, the Court issued an order continuing the Status Conference to
20  November 16, 2009 at 10 a.m. with a Joint Status Report or Motion for Approval of Settlement
21  Agreement to be filed by November 6, 2009.
22  Since September 18, 2009, a written settlement agreement has been drafted and circulated
23  by defense counsel for comment by plaintiffs' counsel. Counsel for the parties have continued to
24  meet and confer to resolve issues in connection with the settlement agreement. On November 4,
25  2009, counsel for the parties participated in a conference call with the mediator, Mark Rudy,
26  resulting in significant progress in moving toward resolution of those issues. The parties remain

**JOINT REPORT ON STATUS OF SETTLEMENT AND PROPOSED ORDER**

optimistic that they can reconcile the remaining disputes within the next two weeks, and anticipate that a final agreement can be ready for execution and submission to the court by the week of November 16, 2009.

Therefore, the parties propose the following:

That the parties provide an updated Joint Status Statement to update the Court regarding the status of settlement negotiations or file a motion for preliminary approval of the settlement agreement no later than November 16, 2009 and that the Court continue the Status Conference from November 16, 2009 to November 23, 2009 at 10:00 a.m.

DATED: November 6, 2009          BINGHAM MCCUTCHEN LLP

By: /s/
Wendy M. Lazerson
Attorneys for Defendant

DATED: November 6, 2009          SPIRO MOSS LLP

By: /s/
Ira Spiro
Attorneys for Plaintiffs

DATED: November 6, 2009          WALSH & WALSH, P.C.

By: /s/
Michael J. Walsh
Attorneys for Plaintiffs

1 **Additional Attorneys for Plaintiffs:**

2  LANGFORD & LANGFORD, a PLC           GIGLIOTTI & GIGLIOTTO, L.L.P
   Michael S. Langford (SBN 125756)     Joseph J. Gigliotti (SBN 144979)
3  24681 La Plaza, Suite 220            gigliottilaw@msn.com
   Dana Point, California 92629         434 East Chapman Avenue
4  mklangford@aol.com                   Fullerton, California 92832
   Telephone: (949)545-6540             Telephone:   (714) 879-1712
5  Fax: (949) 545-6541                  Fax:         (714) 879-3429
   Attorneys for Kathleen Morrison *et al.*   Attorneys for Kathleen Morrison *et al.*

6
   GINEZ, STEINMETZ & ASSOCIATES
7  Rudy Ginez, Jr. (SBN 84978)
   926 North Flower Street
8  Santa Ana, California 92703
   Telephone:   (714) 541-2251
9  Fax:         (714) 541-5807
   Attorneys for Kathleen Morrison *et al.*

10  / /
11  / /
12  / /
13  / /
14  / /
15  / /
16  / /
17  / /
18  / /
19  / /
20  / /
21  / /
22  / /
23  / /
24  / /
25  / /
26

1 **ORDER**

2 Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

3 In light of the parties' representation, the Court finds good cause to vacate the
4 Status Conference re: Settlement set for November 16, 2009 at 10 a.m. The Court sets a Status
5 Conference re: Settlement for **December 7, 2009 at 10 a.m.** On or before November 16, 2009,
6 the parties shall either file a Joint Status Report to update the Court or file the appropriate
7 Motion for Approval of Settlement Agreement.

8
9 Dated: November 12, 2009 _____
HON. JAMES WARE
10 United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

4   Case No. 00829 (JW)
**JOINT REPORT ON STATUS OF SETTLEMENT AND PROPOSED ORDER**

A/73191393.1