| | |
|---|---|
| 1 | SPIRO MOSS LLP |
| | Ira Spiro, State Bar No. 67641 |
| 2 | ira@spiromoss.com |
| | 11377 W. Olympic Blvd. Fifth Floor |
| 3 | Los Angeles, CA  90064 |
| | Telephone:    (310) 235-2468, |
| 4 | Facsimile:    (310) 235-2456 |
| | Attorneys for Plaintiffs Thomas Leonard *et al.* |
| 5 | |
| | WALSH & WALSH, PC |
| 6 | Michael J. Walsh, State Bar No. 155401 |
| | michaeljwalshesq@aol.com |
| 7 | 420 Exchange, Suite 270 |
| | Irvine, California  92602 |
| 8 | Telephone:    (714) 544-6609 |
| | Facsimile:    (714) 544-6621 |
| 9 | Attorneys for plaintiffs Kathleen Morrison *et al.* |
| | (Additional Attorneys for Plaintiffs at End of Document) |
| 10 | |
| | Wendy M. Lazerson (SBN 97285) |
| 11 | wendy.lazerson@bingham.com |
| | Carolyn B. Hall (SBN 212311) |
| 12 | carolyn.hall@bingham.com |
| | BINGHAM MCCUTCHEN LLP |
| 13 | 1900 University Avenue |
| | East Palo Alto, CA  94303-2223 |
| 14 | Telephone:    (650) 849-4400 |
| | Facsimile:    (650) 849-4800 |
| 15 | |
| | Attorneys for Defendant |
| 16 | BIMBO BAKERIES USA, INC. |

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re BIMBO BAKERIES USA FLSA ACTIONS, | No. C 05 00829 (JW) <br><br> **JOINT REPORT ON STATUS OF SETTLEMENT** <br><br> **AND ORDER SETTING HEARING ON PRELIMINARY APPROVAL OF SETTLEMENT** |

The parties believe they have resolved their remaining disputes over language in the settlement agreement they have been negotiating since September.

The Court previously ordered the parties to report on the results of the mediation by August 12, 2009 and granted an extension to August 31, 2009 by order dated August 20, 2009; a further, extension to September 9, 2009 by order dated September 3, 2009; and a further extension to September 18, 2009 by order dated September 11, 2009. Pursuant to stipulation, to allow the parties an opportunity to mediate, the Court stayed its decision regarding the three pending certification-related motions, which include the parties' cross-motions regarding class certification under Rule 23 of the Federal Rules of Civil Procedure and defendants' motion for decertification of the conditionally-certified FLSA class.

The parties participated in a full-day mediation in San Francisco on August 5, 2009 presided over by retired Superior Court Judge William J. Cahill at JAMS. The parties participated in another full-day mediation in San Francisco on September 16, 2009 presided over by mediator Mark S. Rudy, Esq. As a result of the mediation process, the parties reached an agreement on the material terms of a settlement and began to work on a proposed written stipulation for settlement. The parties originally estimated that such an agreement could be ready to be submitted to the court within 30 days from the date of their most recent submission to the Court on September 18, 2009. In light of the parties' representation, the Court set a Status Conference re: Settlement for October 26, 2009 at 10 a.m. and further ordered that, on or before October 16, 2009, the parties were to file a Joint Status Report or Motion for Approval of Settlement. Most recently, the Court issued an order continuing the Status Conference to December 7, 2009 at 10 a.m. with a Joint Status Report or Motion for Approval of Settlement Agreement to be filed by November 16, 2009.

Since September 18, 2009, a written settlement agreement has been drafted and revised several times. Counsel for the parties continued to meet and confer diligently to resolve certain issues in connection with the settlement agreement. On November 4, 2009, the parties sought

Case No. 00829 (JW)

**JOINT REPORT ON STATUS OF SETTLEMENT**

A/73191393.1

further assistance from the mediator, Mark Rudy, and participated in a conference call with Mr. Rudy that resulted in significant progress toward the resolution of those issues. Since then, counsel for all parties have conferred repeatedly by telephone and have now reached an agreement in principle on the remaining disputes. The parties expect to finalize their written agreement within the next few days, and to have the final agreement executed and submitted to the court for preliminary approval prior to the December 7, 2009 status conference.

DATED: November 16, 2009  BINGHAM MCCUTCHEN LLP

By: /s/
Wendy M. Lazerson
Attorneys for Defendant

DATED: November 16, 2009  SPIRO MOSS LLP

By: /s/
Ira Spiro
Attorneys for Plaintiffs

DATED: November 16, 2009  WALSH & WALSH, P.C.

By: /s/
Michael J. Walsh
Attorneys for Plaintiffs

**\*\*\* ORDER \*\*\***

In light of the parties' representation, the Court VACATES the December 7, 2009 Conference and set a hearing on the anticipated Joint Motion for Preliminary Approval of Settlement for **December 14, 2009 at 9 a.m.** On or before **December 7, 2009**, the parties shall file all necessary briefs and proposed orders for the Court's consideration.

Dated: December 2, 2009

JAMES WARE
United States District Judge