| | |
|---|---|
| 1 | Wendy M. Lazerson (SBN 97285)<br>Carolyn B. Hall (SBN 212311) |
| 2 | BINGHAM MCCUTCHEN LLP<br>1900 University Avenue |
| 3 | East Palo Alto, CA  94303-2223<br>Telephone:     (650) 849-4400 |
| 4 | Facsimile:     (650) 849-4800 |
| 5 | Attorneys for Defendant<br>BIMBO BAKERIES USA, INC. |
| 6 | |
| 7 | |
| 8 | SPIRO MOSS BARNESS LLP<br>Ira Spiro, State Bar No. 67641 |
| 9 | ira@spiromoss.com<br>11377 W. Olympic Blvd. Fifth Floor<br>Los Angeles, CA  90064 |
| 10 | Tel (310) 235-2468, Fax (310) 235-2456 |
| 11 | Attorneys for Plaintiffs Thomas Leonard *et al.*<br>(Additional Attorneys for Plaintiffs at End of Document) |
| 12 | |

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 17 | | No. C 05 00829 (JW) |
| 18 | In re BIMBO BAKERIES USA FLSA ACTIONS | **AMENDED STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DECEMBER 21, 2009 HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| 22 | | Complaint filed:    February 25, 2005<br>Judge:                 Hon. JAMES WARE |

CASE NO. 05-00829

AMENDED STIPULATION & [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

A/73242548.2

Plaintiffs Leonard, Bradaric, Hoskins, Newman, Herr, Harrison, Jeter, Motte, Morrison, Castro and Terusa, and defendant Bimbo Bakeries USA, Inc. ("BBU"), being all the parties of record in this action, by and through their respective attorneys, stipulate as set forth in the "STIPULATION" portion of this document below, based on the following circumstances:

As the parties have previously jointly reported to the Court, the parties participated in two full-day mediations, on August 5, 2009 and September 16, 2009, respectively, which resulted in agreement on the material terms of a settlement, and the parties have been working on drafting and revising the written settlement agreement. Based on the parties' representation as to the progress in resolving their remaining disputes over language in the settlement agreement, the Court continued the Status Conference several times, most recently setting it for December 7, 2009. On December 3, 2009, the Court issued an order vacating the December 7, 2009 Status Conference and setting a hearing on the anticipated Motion for Preliminary Approval of Settlement for December 14, 2009, ordering the parties to file by December 7, 2009 all necessary briefs and proposed orders for the Court's consideration. On December 3, 2009, the parties requested a further continuance to December 21, 2009. On December 7, 2009, the Court issued an order continuing the hearing to December 21, 2009, ordering the parties to file all necessary briefs and proposed orders on December 14, 2009.

The parties have been working a great deal on the settlement documents, and counsel for plaintiffs report they have worked a great deal on the motion for preliminary approval. Counsel for plaintiffs and defendant were e-mailing each other during this past weekend concerning settlement documents. The parties are very close to finalizing the settlement documents, but they are not finalized and ready to be filed by December 14, 2009. Plaintiffs expect to distribute the draft motion for approval promptly upon the full execution of the agreement, and defendant wishes to review the draft motion for preliminary approval before it is filed. Accordingly, the parties respectfully request a further continuance of the hearing on the Motion for Preliminary Approval of Settlement.

# STIPULATION

In view of the foregoing:

IT IS THEREFORE STIPULATED BY ALL PARTIES as follows:

The parties stipulate that the hearing on the Motion for Preliminary Approval of Settlement shall be continued from December 21, 2009 at 9:00 a.m. to the Court's next available hearing date. The parties further stipulate that the Motion for Preliminary Approval and all necessary briefs and proposed orders shall be filed on or before the date the Court sets corresponding to the continued hearing date.

DATED: December 15, 2009  BINGHAM MCCUTCHEN LLP

By: /s/
Carolyn B. Hall
Attorneys for Defendant

DATED: December 15, 2009  SPIRO MOSS BARNESS HARRISON & BARGE LLP

By: /s/
Ira Spiro
Attorneys for Plaintiffs

**Additional Attorneys for Plaintiffs are listed below:**

LANGFORD & LANGFORD, a PLC
Michael S. Langford (SBN 125756)
24681 La Plaza, Suite 220
Dana Point, California 92629
mklangford@aol.com
Telephone: (949)545-6540
Fax: (949) 545-6541
Attorneys for Kathleen Morrison *et al*.

GIGLIOTTI & GIGLIOTTO, L.L.P
Joseph J. Gigliotti (SBN 144979)
gigliottilaw@msn.com
434 East Chapman Avenue
Fullerton, California 92832
Telephone: (714) 879-1712
Fax: (714) 879-3429
Attorneys for Kathleen Morrison *et al*.

WALSH & WALSH, PC
Michael J. Walsh (SBN 155401)
michaeljwalshesq@aol.com
420 Exchange, Suite 270
Irvine, California 92602
Telephone: (714) 544-6609
Fax: (714) 544-6621
Attorneys for Kathleen Morrison *et al*.

GINEZ, STEINMETZ & ASSOCIATES
Rudy Ginez, Jr. (SBN 84978)
926 North Flower Street
Santa Ana, California 92703
Telephone: (714) 541-2251
Fax: (714) 541-5807
Attorneys for Kathleen Morrison *et al*.

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The hearing on the Motion for Preliminary Approval of Settlement continued from December 21, 2009 to **January 25, 2010 at 9 a.m.** On or before **January 15, 2009**, the parties shall file all the necessary briefs and proposed orders for the Court's consideration.

Dated: December 16, 2009

_____
HON. JAMES WARE
United States District Judge