1  BINGHAM MCCUTCHEN LLP
   WENDY M. LAZERSON (SBN 97285)
2  CAROLYN B. HALL (SBN 212311)
   1900 University Avenue
3  East Palo Alto, CA  94303-2223
   Telephone:     (650) 849-4400
4  Facsimile:      (650) 849-4800
   wendy.lazerson@bingham.com
5  carolyn.hall@bingham.com

6  Attorneys for Defendants
   BIMBO BAKERIES USA, INC.
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

| | |
|---|---|
| 12  In re BIMBO BAKERIES USA FLSA ACTIONS | No.  C 05 00829 (JW) |
| 13 | Assigned to the Honorable James Ware |
| 14 | **DECLARATION OF WENDY M. LAZERSON REGARDING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| 15 | |
| 16 | Complaint Filed:  February 25, 2005 |

17

18         I, Wendy M. Lazerson, declare:

19         1.      I am a partner in the law firm of Bingham McCutchen LLP, attorneys for

20  Defendant Bimbo Bakeries USA, Inc. ("BBU") in this action.  I have personal knowledge of the

21  facts set forth in this declaration and would be competent to testify to the truth thereof if called to

22  do so.

23         2.      On December 16, 2009, the Court issued an order continuing the hearing

24  on the Motion for Preliminary Approval of Settlement to January 25, 2010 and ordering the

25  filing of all necessary briefs and proposed orders by January 15, 2010.

26

1      3.      Counsel for plaintiffs agreed to draft the Motion for Preliminary Approval

2  of Settlement and agreed to provide it for defendant's review and comment well in advance of

3  the January 15, 2010 filing date.  On December 21, 2009, the parties reached agreement on the

4  form of the settlement documents.  On December 31, 2009, plaintiff's counsel, Michael Walsh,

5  sent an e-mail to defense counsel indicating that he expected to forward the draft motion by mid-

6  week of the week of January 4, 2010.  On January 7, 2010, Mr. Walsh sent an e-mail to defense

7  counsel that he had been out ill but that he expected to be able to forward the draft in a day or

8  two.  On January 12, 2010, I sent an e-mail to Mr. Walsh asking when he would be sending the

9  draft.  Mr. Walsh did not reply to that e-mail.  On January 14, 2010, in response to additional e-

10  mails and phone messages from defense counsel, Mr. Walsh sent an e-mail that the motion was

11  completed but that he was in Sacramento for the day.  As of the filing of this declaration on

12  January 15, 2010, the draft motion has not been received for defendant's review and comment.

13      4.      I respectfully request that the Court set a continued date for hearing on the

14  Motion for Preliminary Settlement and set a deadline for plaintiffs to circulate the draft motion

15  for defendant's review and approval.

16      I declare under penalty of perjury under the laws of the United States of America

17  that the foregoing is true and correct.

18      Executed this 15th day of January, 2010, in East Palo Alto, California.

19

20                                    /s/
                                  Wendy M. Lazerson

21

22

23

24

25

26

2

LAZERSON DECLARATION REGARDING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

A/73268668.1