1
2
3
4
5
6
7                          IN THE UNITED STATES DISTRICT COURT

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                  SAN JOSE DIVISION

10   In re Bimbo Bakeries USA, FLSA Actions        NO. C 05-00829 JW

11                                                 **ORDER CONTINUING HEARING ON**
                                                   **MOTION FOR PRELIMINARY**
12                                                 **APPROVAL OF SETTLEMENT;**
                                                   **SETTING DEADLINES FOR THE**
13                                                 **PARTIES TO EXCHANGE DOCUMENTS**
                                                   **AND TO FILE JOINT MOTION**
14   _____/

15          This case is currently scheduled for a hearing on Preliminary Approval of Settlement on

16   January 25, 2010.  The parties were to file their Joint Motion for Approval on or before January 15,

17   2010.  To date, no such Motion has been filed.  Instead, each side has filed separate affidavits in an

18   attempt to explain that, in light of multiple continuances, the parties have not been able to file their

19   Joint Motion to have the Court approve this settlement involving FLSA claims.  (Docket Item Nos.

20   479, 480.)

21          Accordingly, the Court ORDERS as follows:

22          (1)    The January 25, 2010 hearing is continued to **February 8, 2010 at 9 a.m.**

23          (2)    On or before **January 22, 2010**, Defendants shall send Plaintiffs a "fully executed

24                 copy of the Settlement Agreement."

25          (3)    On or before **January 26, 2010**, Plaintiffs shall send a proposed "Joint Motion for

26                 Approval of Settlement" to Defendants for review.

27          (4)    On or before **January 29, 2010**, the parties shall sign off and file their Joint Motion

28                 for Approval of Settlement and Proposed Order.

**United States District Court**
For the Northern District of California

1    Failure to adhere to these deadlines may result in appropriate sanctions for all parties.  In

2  light of the multiple extensions, the Court will not entertain further requests to delay the hearing.

3

4  Dated:  January 19, 2010

_____

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Carolyn Blecha Hall carolyn.hall@bingham.com
Dennis Frank Moss dennisfmoss@yahoo.com

3

Elizabeth Jean Carroll betsy.carroll@bingham.com
Joseph J. Gigliotti gigliottilaw@msn.com

4

Joseph J. Gigliotti gigliottilaw@msn.com
Katherine J. Odenbreit kjodenbreit@class-action-attorneys.com

5

Kristen Pezone kristen.pezone@bingham.com
Michael James Walsh michaeljwalshesq@aol.com

6

Michael Scott Langford mklangford@aol.com
Michael Scott Langford mklangford@aol.com

7

Rebecca Sobie rsobie@smbhblaw.com
Robert Ira Spiro ira@spiromoss.com

8

Rudolfo Ginez ginez@sbcglobal.net
Rudolfo Ginez ginez@sbcglobal.net

9

Wendy M. Lazerson wendy.lazerson@bingham.com

10

11

**Dated:  January 19, 2010**                    **Richard W. Wieking, Clerk**

12

13                                                              **By:      /s/ JW Chambers**
                                                                    **Elizabeth Garcia**

14                                                              **Courtroom Deputy**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California