

Class Action Settlement Administration

# CORPORATE BIO

ORANGE COUNTY
3176 Pullman St, #123 / Costa Mesa, CA 92626
ORLANDO
7205 Aloma Ave. / Winter Park, FL 32792

800-779-2104 / FX- 714-824-8591
WWW.SIMPLURIS.COM

Simpluris focuses exclusively on class action cases, providing a wide range of services including case planning, database management, pre-certification mailings, case notification, case administration, disbursement and tax reporting. Our experienced team has administered hundreds of class action settlements throughout the years. We pride ourselves in offering the most technologically advanced services in the industry and are committed to developing innovative customized approaches to meet your specific needs.

## AREAS OF PRACTICE

- Antitrust
- Banking
- Civil Rights
- Consumer / Product
- Coupon
- Discrimination
- Employment / ADA
- Environmental
- Finance
- Healthcare
- Insurance
- Mass Tort
- Personal Injury
- Product Liability
- Securities
- Specialty Areas
- Trade
- Wage and Hour

## WE ARE COMMITTED TO THE FOLLOWING:

- Cost-Effective Settlement Solutions
- Detail Oriented Case Administration
- Enhanced Case Efficiency via Continuous System Innovations
- Outstanding Customer Service
- Exemplary Character and Integrity

## ABOUT SIMPLURIS

Troy Hoffman is the president and founder of Simpluris, Inc., a California based class action settlement administration company established in 2007. Mr. Hoffman founded Simpluris along with a few select professionals with expertise in class action settlement administration, marketing, direct mail development, database design, web technologies and other integral areas.

Mr. Hoffman focuses on developing comprehensive information technology structures. These models provide clients with improved case management tools and offer cost-effective administrative solutions. Over the years, Mr. Hoffman and his team of professionals have shaped Simpluris into a "client centric" firm.

Before founding Simpluris, Mr. Hoffman acted as the Director of Class Action Services at a nationally known settlement administration company. During his tenure, he created case administration systems, comprehensive data tracking technology and core training processes. Under Mr. Hoffman's leadership, the company emerged as a recognized leader in settlement administration.

Mr. Hoffman is a frequent guest lecturer on class action-related topics including online claims filing, class notice campaigns and other timely issues within class action administration. He has recently spoken at the following seminars:

- California 17200 Conference (Los Angeles, San Diego, San Francisco, Orange County)
- Class Action & UCL Conference (Los Angeles, San Diego, San Francisco, Orange County)
- Beverly Hills Bar Association-Labor & Employment Section
- Nixon Peabody Luncheon
- Class Action Litigation Summit

## SIMPLEADMIN™

We designed our SimpleAdmin™ program to provide a single gateway to manage the entire administration process and offer our clients one place to view comprehensive information about their cases. From the initial mailing through distribution of settlement funds and reconciliation of distributed payments, Simpluris' SimpleAdmin™ captures and centralizes all the core information, 24/7.

*SimpleAdmin™ policies and procedures comply with the most stringent of federal government standards relating to data security and integrity.

# OUR ADMINISTRATION SOLUTIONS

## CASE PLANNING

Our case administration specialists will assist you in detailing out all of the functional aspects of administering your case in the most cost effective manner possible. We will create a Master Administration Plan (MAP) that includes every aspect of the administration process and ensures that all objectives have been identified and agreed upon by all parties.

*The Master Administration Plan includes:*
- Milestone timeline, including court dates, response deadlines, and disbursement dates
- Mailing specifications, such as the type of class member locating services to be used and issue follow up procedures
- Confidential Information Release Agreement, identifying what information is to be released to which parties and when
- Qualified Settlement Fund procedures, outlining everything from tax allocations to uncashed check follow up

## DATABASE MANAGEMENT

Our technical experts will assist you in compiling your class member data, whether it is raw data or new data files from hard copies. We will create customized interactive data management systems that are user friendly and can be used in settlement negotiations.

*Database Management includes:*
- Data analysis to ensure that only information pertinent to case is compiled
- Identification of data discrepancies or issues that may affect the case
- Compilation and design of customized, searchable database from multiple information sources

## PRE-CERTIFICATION MAILINGS

Simpluris provides third-party data hosting and mailing solutions that are cost effective and ensure that potential class member records are maintained with confidentiality.

*Pre-certification Mailing Services include:*
- Postcard/response form design
- Response tracking and compiling of data for immediate reporting
- Secure data management and data transfers
- Undeliverable class members locating services

## CASE NOTIFICATION

We offer various methods for notifying class members to meet your specific needs. We can assist you in preparing "plain language" documents to assist class member comprehension.

*Case Notification Services include:*
- Notice and Claim Form design available in a wide variety of formats
- Translation services available to reach class members in other languages
- Updating of class member data through reliable sources in the U.S. Postal Service, U.S. Census Bureau and other credit sources
- Bulk e-mail notification
- Media placement based on demographic and psychographic characteristics of target audience
- Website design, set up and maintenance for case notification and response filing

## CASE ADMINISTRATION

Our Case Managers are dedicated to providing you with personalized service and keeping you abreast of all important details as the case progresses. Up to date information regarding the status of your case is available because of our commitment to 24 hour processing and the SimpleAdmin reporting features.

*Case Administration Services include:*
- Master Administration Plan created at beginning of case, ensuring that all aspects of case are administered exactly how both parties agree
- Response processing, including verification of class member identity and claims issues follow-up
- Toll-Free number assignments to each case with highly trained call center representative ready to answer any questions on the details your case
- Weekly reporting to keep you informed of case status

## DISBURSEMENT AND TAX REPORTING

Our disbursement and CPA team will manage all the details of the Qualified Settlement Fund, managing the settlement fund accounts, tax reporting and keeping you informed on the status of the disbursement.

*Our disbursement and tax reporting department will*
- Accumulate and reconcile to valid claimant data,
- Calculate valid claimant settlement amounts and tax liabilities
- Print and mail disbursement items, such as checks, coupons, phone cards, rebates
- Manager accounts with Positive Pay Services to reduce fraud
- Reconcile disbursement accounts and provide monthly reporting
- Provide special fund management, including financial institutional investing
- Perform residual fund disbursement, including reversion back to Defendant, Charity or State Controller
- Provide Federal and State W-2 and 1099 reporting, as well as QSF yearly reporting and income tax filings
- Print and mail W-2's & 1099's
- Run IRS TIN Matching Service

Questions? Call **800-779-2104** to discuss your class action settlement needs
Visit www.simpluris.com for more information about the Simpluris Team

# Simpluris
## current CASE LIST
Class Action Settlement Administration

### Acheson v Giorgio Armani
Case Number: 107 CV 099461
PLAINTIFF - *Initiative Legal Group LLP*
*Mónica Balderrama, Esq., Shawn Westrick, Esq.*
DEFENSE - *Jackson Lewis LLP*
*Punam Sarad, JoAnna Brooks*

### Alberto v GMRI, Olive Garden
Case No: 2:07-CV-01895-WBS-DAD
PLAINTIFF - *Westrup Klick*
*Phillip R. Poliner*
DEFENSE – *Paul, Hastings, Janofsky & Walker LLP*
*Jan E. Eakins*

### Alvarez v Malibu Restaurant
Case No: BC 376311
PLAINTIFF – *Hamner Law Offices PC*
*Christopher J. Hamner*
DEFENSE – *Landegger Baron Lavenant*
*Brian E. Ewing*

### Anderson v DriveTime
Case No: BC398475
PLAINTIFF – *Initiative Legal Group*
*Mark Yablonovich, Marc Primo*
DEFENSE – *Paul Hastings Janofsky & Walker*
*Elena Baca, Ryan Derry*

### Arias v Praxair Distribution
Case No: CGC 08-474506
PLAINTIFF – *Keller Grover LLP*
*Eric A. Grover, Esq., Jade Butman, Esq.*
DEFENSE – *Littler Mendelson, P.C.*
*Marlene S. Muraco, Esq.*

### Arnall v North American Merchandising Service, Inc.
Case No: 06AS01439
PLAINTIFF - *Shimoda Law Corp.*
*Galen T. Shimoda*
DEFENSE - *Jackson Lewis LLP*
*Dale R. Kuykendall, Nathan W. Austin*
*Dillingham & Murphy, LLP*
*William Gaus*

### Balint v Chico's Fas, Inc.
Case No: BX369191
PLAINTIFF - *Jennifer Kramer Legal*
*Judith Wiederhorn, Jennifer Kramer*
DEFENSE - *Jackson Lewis LLP*
*David S. Bradshaw*

### Blackner v Ameripark
Case No: BC363075
PLAINTIFF – *Initiative Legal Group*
*Mark Yablonovich*
DEFENSE - *Littler Mendelson*
*Tony Ray Skogen*

### Bodiford v GMRI, Red Lobster
Case No: HG 08407051
PLAINTIFF – *Westrup Klick, LLP*
*Phillip Poliner, Esq*
DEFENSE – *Paul, Hastings, Janofsky & Walker LLP*
*Jan E. Eakins, Esq*

### Booker v Tanintco
Case No: BC 349267
PLAINTIFF – *Law Offices of Jared E. Peterson*
*Jared E. Peterson, Esq.*
*Aiman-Smith & Marcy*
*Reed W.L. Marcy, Esq.*
DEFENSE – *Sedgwick, Detert, Moran & Arnold LLP*
*Leonora M. Schloss, Esq., Aaron N. Colby, Esq.*

### Boyce v Michael Kors
Case Number: 37-2008-00093848-CU-BT-CTL
PLAINTIFF - *Fineman & Associates*
*Neil B. Fineman*
DEFENSE - *Proskauer Rose LLP*
*Lary Alan Rappaport*

### Boydston v ExxonOil
Case Number: 1267419
PLANITIFF - *Gilbert & Sackman, A Law Corporation*
*Robert A. Cantore, Adrian Barnes*
DEFENSE - *Sheppard, Mullin, Richter & Hampton, LLP*
*Jeffrey A. Dinkin, Aaron W. Heisler*

### Brentwood Travel Services v DCT
Case No: 03CC-002857
PLAINTIFF – *Korein Tillery LLC*
*Christopher A. Hoffman, Steven Katz, Douglas R. Sprong*
DEFENSE – *not disclosed*

### Brior v AE Retail West, LLC
Case No: CGC 06-455422
PLAINTIFF – *Keller Grover, LLP*
*Eric Grover, Jade Butman*
DEFENSE – *Rutan & Tucker, LLP*
*Brian C. Sinclair*

1

### Broome v Google
Case No: 108CV112386
**PLAINTIFF** – *Rukin, Hyland, Doria & Tindall LLP*
Peter Rukin
**DEFENSE** – *Paul, Hastings, Janofsky & Walker LLP*
Thomas E. Geidt

### Butcher v Westport Insurance Corp.
Case No: BC 335874
**PLAINTIFF** - *Kroll Law Corporation*
Gerald Kroll
**DEFENSE** - *Harrington, Fox, Dubrow & Canter*
Mark Flory, James Lo

### Cabrera v HVACExchange
Case No: 37-2008-00084851-CU-OE-CTL
**PLAINTIFF** - *Cadena Churchill LLP*
Raul Cadena
**DEFENSE** - *Law Offices of Roy R. Withers, Esq.*
Roy Withers

### Camacho v Herbalife
Case No: BC376236
**PLAINTIFF** - *Diversity Law Group, A.P.C.*
Larry Lee
**DEFENSE** - *Sheppard Mullin Richter & Hampton, LLP*
Richard J. Simmons, Jason W. Kearnaghan

### Campos v HWBCarwash
Case No: BC378990
**PLAINTIFF** – *Lavi & Ebrahimian, LLP*
N. Nick Ebrahimian, Joseph Lavi, Jordan D. Bello
**DEFENSE** - *Jackson Lewis LLP*
Mia Farber, Chad Bernard

### Caponera v Knox & Associates
Case No: 06AS03693
**PLAINTIFF** – *Wynne Law Firm*
Edward J. Wynne
**DEFENSE** – *Jackson Lewis LLP*
Cary G. Palmer

### Casanova v Gregg Industries, Inc
Case No: BC 337037
**PLAINTIFF** - *Appleton, Blady & Magnanimo*
Benjamin Blady
**DEFENSE** - *Berry & Perkins*
Kevin Lussier

### Cash v McCormick
Case No: BC 374352
**PLAINTIFF** – *Kingsley & Kingsley*
George Kingsley, Eric Kingsley, Gregory Givens
**DEFENSE** – *Atkinson, Andelson, Loya, Ruud & Romo*
Ann K. Smith

### Castro v White Cap
Case Number: CGC 05-446144
**PLAINTIFF** - *Vinick Law Firm*
Sharon Vinick
*Kletter & Peretz*
Yosef Peretz
**DEFENSE** - *Orrick, Herrington & Sutcliffe LLP*
Joseph C Liburt, Amira Day

### Cavanaugh v SCPMG
Case No: BC 354246
**PLAINTIFF** - *Appleton, Blady & Magnanimo, LLP*
I. Benjamin Blady
**DEFENSE** - *Seyfarth Shaw*
Thomas R. Kaufman

### Centurioni v City and County of San Francisco
Case No: C0701016JSW
**PLAINTIFF** - *Vinick Law Offices*
Sharon Vinick
*Shea Law Offices*
Mary J. Shea
*Boxer & Gerson LLP*
Leslie F. Levy and Darci Burrell
**DEFENSE** – *City Attorney's Office*
Dennis J. Herrera, Elizabeth Salveson, Jonathan Rolnick, Rose-Ellen H. Fairgrieve

### Chandler v Mi Piace
Case No: BC 337780
**PLAINTIFF** - *Hawkins & Sofonio*
Greg Mauro
**DEFENSE** - *Sheppard, Mullin, Richter & Hampton*
Daniel J. McQueen

### Chavez v CEC Entertainment, Inc
Case Number: BEC380996
**PLAINTIFF** - *Lavi & Ebrahimian*
Joseph Lavi
**DEFENSE** -*Bander Law Firm*
Cathe Caraway-Howard

### Chiaramonte v Pitney Bowes
Case No: 06CV1507RNL5
**PLAINTIFF** - *Cohelan & Khoury*
Michael Singer, Diana Khoury
**DEFENSE** - *Seyfarth Shaw*
Raymond Kepner, Tom Kaufman, Ayesha Attoh

### Clark v Commerce West Insurance
Case No: RG06269869
**PLAINTIFF** – *Duckworth Peters Lebowitz, LLP*
Mark Peters
**DEFENSE** – *Sheppard Mullin Richter & Hampton*
Jennifer Redmond

### Clymer v Candle Acquisition
Case No: BC328765
PLAINTIFF – *Initiative Legal Group, LLP*
*Mark Yablonovich, Marc Primo, Payam Shahian*
DEFENSE – *Carter Carter Fries & Grunschlag*
*Dov M. Grunschlag*

### Colbert v American Home Craft Inc.
Case No: 05AS05012
PLAINTIFF - *Shimoda Law Group*
*Galen T. Shimoda*
DEFENSE - *Johanson Berenson LLP*
*Douglas Rubel*

### Cook v TwentyNinthStreetCafe
Case Number: LASC BC384829
PLAINTIFF - *The Law Offices of Stephen Glick*
*Stephen Glick; Anthony Jenkins*
DEFENSE - *Musick, Peeler & Garrett, LLP*
*Elaine M. Vukadinovich*

### Corado v Goodyear
Case No: RCV 095476
PLAINTIFF - *Spiro Moss Barness, LLP*
*Justian Jusuf, Dennis Moss*
*Law Offices of Sahag Majarian II*
*Sahag Majarian II*
DEFENSE - *Non-Disclosed*

### Cota v Las Olas
Case No: 37-2007-00055931-CU-OE-NC
PLAINTIFF – *Hamner Law Offices*
*Christopher Hamner, Kimberly Westmoreland*
DEFENSE – *Seyfarth Shaw*
*Kimberly M. Foster*

### Crosby v Chevy's, Inc.
Case No: 06AS02420
PLAINTIFF - *Law Offices of Michael Carver*
*Michael Carver*
DEFENSE - *Morgan, Lewis, Bockius*
*Barbara Miller*

### Cuevas v Vasquez Company
Case No: RIC 497307
PLAINTIFF – *Gould & Associates*
*Michael A. Gould*
DEFENSE – *Hodel, Briggs, Winter LLP*
*Glenn L. Briggs*

### D'Asero v Home Loan Center
Case No: SACV 08-0384 RSWL (JWJx)
PLAINTIFF – *Mower, Carreon, & Desai, LLP*
*Jon R. Mower, James A. Burton*
DEFENSE – *Sheppard, Mullin, Richter, & Hampton, LLP*
*Greg S. Labate, Matthew M. Sonne*

### Dao v 3M Company
Case No: CV-08-04554 VBF (AGRx)
PLAINTIFF - *James Hawkins*
*Gregory Mauro*
DEFENSE - *Shea Stokes Roberts & Wagner*
*Maria Roberts*

### Davenport v Union Bank of CA
Case No:2:07-CV-00001 FMC
PLAINTIFF – *Keller Grover*
*Eric Grover*
*Thierman Law Firm*
*Mark R. Thierman*
DEFENSE – *Morgan, Lewis, & Bockius*
*Rebecca Eisen, John Battenfeld*

### Davilla v Beckman Coulter
Case Number: 07CC01347
PLAINTIFF - *James Hawkins*
*Greg Mauro*
DEFENSE -*Sheppard Mullin*
*Greg Labate*

### Davis v Kohls Department Stores, Inc
Case No: BC327426/BC341954
PLAINTIFF – *Righetti Law Firm, PC*
*John Glugoski, Matt Righetti*
*Scott Cole & Associates*
*Kevin R. Allen, Scott Edward Cole*
DEFENSE – *Jackson Lewis, LLP*
 *Scott Lacunza, Frank Liberatore*

### Dibel v Jenny Craig
Case No: 06cv2533
PLAINTIFF - *Class Action Litigation Group*
*Rene Barge, Katie Odenbreit*
DEFENSE - *Jackson DeMarco Tidus Petersen & Peckenpaugh*
*Paul Van Hoomissen, Gregory G. Petersen, Joshua Rittenberg*

### DLSE v CAM Commerce Solutions
Case No: N/A
PLAINTIFF - *DLSE*
*David Gurley*
DEFENSE - *Proskauer Rose LLP*
*Art Silbergeld*

### DLSE v SierraCascade
Case No: 35-65292/225
PLAINTIFF - *DLSE*
*Deborah Graves*
DEFENSE - *DLA Piper US LLP*
*Amy Beckstead*

### Ellerd v County Of LA
Case No: CV 05-122/cv 05-4200
PLAINTIFF – *Megan Richmond*
DEFENSE – *Sheppard, Mullin, Richter, & Hampton, LLP*
*Geoffrey D. Deboskey*

### Eng v PQBeverlyHills
Case No: BC391451
PLAINTIFF - *Nunes Law Group*
*Glenn Nunes*
*Hamner Law Offices*
*Chris Hamner, Kimberly Westmoreland, Marie Bolanos*
DEFENSE - *Snell & Wilmer*
*Christy Joseph, Tiffanny Brosnan*

### Faris v Bal Seal
Case Number: 30-2008-00180022
PLAINTIFF - *Spiro, Moss, Barness, LLP*
*Dennis Moss*
*The Law Office of Justian Jusuf*
*Justian Jusuf*
DEFENSE -*Tredway, Lumsdaine & Doyle*
*Shannon Marie Jenkins*

### Farrell v Hamlet Group, Inc.
Case No: BC 378411
PLAINTIFF - *Hamner Law Offices, LLC*
*Christopher J. Hamner*
DEFENSE - *Garrett & Tully, LLP*
*Efren Compean*

### Flores v CVS
Case No: 2:07-cv-05326-FMC-Ex
PLAINTIFF – *Initiative Legal Group, LLP*
*Monica Balderrama, Marc Primo, Linh Hua, Shawn Westrick, Mark Yablanovich*
DEFENSE – *Sheppard, Mullin, Richter & Hampton, LLP*
*Jennifer Zargarof & Douglas R Hart*

### Franco v Ecology Autoparts, Inc
Case No: GIC840600
PLAINTIFF - *Law Offices of Paul D. Jackson*
*Paul D. Jackson*
*Cadena Churchill, LLP*
*Raul Cadena*
DEFENSE - *Lewis Brisbois Bisgaard & Smith LLP*
*Paul F. Sorrentino*

### Frank v eCost
Case No: BC374820
PLAINTIFF – *Westrup Klick, LLP*
*Philip Poliner*
DEFENSE – *Jones Day*
*Steven M. Zadravez*

### Frost v Freeway Insurance
Case No: GIC874251
PLAINTIFF – *Cohelan & Khoury*
*Isam C. Khoury, Michael D. Singer, Diana M. Khoury, Alexander I. Dychter*
DEFENSE – *Michelman & Robinson, LLP*
*Sanford L. Michelman, Mona Z. Hanna, Todd H. Stitt*

### Fuller v Kelly Services
Case No: BC296800
PLAINTIFF – *Gould & Associates*
*Aarin Zeif, Michael L. Gould*
*Law Offices of Daniel G. Emilio*
*Daniel G. Emilio*
DEFENSE – *Sheppard, Mullin, Richter & Hampton*
*Geoff D. DeBoskey*

### Galicia v Pfinish Koncepts, Inc
Case Number: BC375293
PLAINTIFF - *Kesluk & Silverstein*
*Douglas N Silverstein*
DEFENSE - *Carlton DiSante & Freudenberger*
*Leigh A White & Dorothy A Black*

### Galtie v ARSNationalServices
Case No: 37-2007-00056871 CU OE NC
PLAINTIFF - *Initiative Legal Group*
*Linh Hua, Scott Leviant, Payam Shanian, Marc Primo*
DEFENSE - *Luce Forward Hamilton & Scripps*
*Kathryn A. Bernert*

### Garcia v Kao
Case No: 05CC05679
PLAINTIFF - *Gibson Dunn & Crutcher*
*Nicola Hanna, Kevin Roosevelt, Kelly Leggio, Lise Johnson*
*Public Law Center*
*Kenneth Babcock, Gary McGaha*
DEFENSE - *Law Offices of David S. W. Fang*
*David S. W. Fang*
*Law Offices of David Alan Cooper*
*David Alan Cooper*
*Law Offices of Stanley Friedman*
*Stanley Friedman*
*Howrey LLP*
*Russell B. Hill, Jesse D. Mulholland*
*Pasternak, Pasternak & Patton*
*David J. Pasternak*
*Theodora Oringher Miller & Richman*
*James Godes, Joseph Preis*

### Geerhart v California Insurance Guarantee Association
Case No: 357078BC
PLAINTIFF - *The Law Offices of Timothy B McCaffrey*
*Timothy McCaffrey Jr.*
DEFENSE – *Locke, Lord, Bissell & Liddell LLP*
*Nina Huerta, Eduardo Martorell, Guerry Collins*

### Ginsberg v Pinecrest Schools
Case No: BC 316722
PLAINTIFF - *Daniels, Fine, Israel, Schonbuch & Lebovits*
*Scott Brooks, Paul Fine*
*Law Offices of Stephen Glick*
*Stephen Glick*
DEFENSE - *Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP*
*Mark Lynch*

### Gonzalez v Home Loan Center
Case No: CV06-5007 RSWL (JWJx)
PLAINTIFF – *Initiative Legal Group, LLP*
*Marc Primo, Joseph Cho, Shawn Westrick*
DEFENSE – *Sheppard Mullin Richter & Hampton LLP*
*Greg S. Labate, Matthew M. Sonne*

### Granados v Dow Key
Case No: 56-2007-00304253-CU-OE-VTA
PLAINTIFF – *Gulledge Law Group*
*Linda J. Gulledge, Kelly Woody Gulledge*
DEFENSE – *Nordman, Cormany, Hair & Compton LLP*
*Karen L. Gabler*

### Guerra v L'Occitane
Case No: BC373587
PLAINTIFF – *Initiative Legal*
*Mark Yablonovich, Marc Primo, Matthew Theriault, Dina Livits*
DEFENSE - *Jackson Lewis LLP*
*David Bradshaw*

### Guerrero v Beacon Bay
Case No: 06CC00111
PLAINTIFF – *Law Offices of Jerry D. Underwood*
*Jerry D. Underwood Esq*
*Diefer Law Group, P.C.*
*Marcelo A. Dieguez, Esq*
DEFENSE – *Carlton DiSante & Freudenberger LLP*
*Timothy M. Fruedenberger LLP*

### Hall v Best Buy
Case No: 265-2005-02271
PLAINTIFF - *EEOC*
DEFENSE - *Robins Kaplan Miller & Ciresi LLP*
*Janet C. Evans, Kelly K. Pierce*

### Halawanji v Advantage Guard
Case No: 06CC00158
PLAINTIFF - *Gould & Associates*
*Michael Gould, Aarin Zeif*
DEFENSE - *Atkinson, Andelson, Loya, Ruud & Romo, APC*
*Susan Steward*

### Hansen v CeliteCorp
Case Number: 1250371
PLAINTIFF - *Gilbert & Sackman, A Law Corporation*
*Robert A. Cantore, Adrian Barnes*
DEFENSE - *Sheppard, Mullin, Richter & Hampton, LLP*
*Jeffrey A. Dinkin, Aaron W. Heisler*

### Hanzy v Mac Mall
Case No: BC373935
PLAINTIFF – *Westrup Klick, LLP*
*Phillip R. Poliner, Esq.*
DEFENSE – *Jones Day*
*Steven M. Zadravecz, Esq.*

### Hashimoto v Abercrombie & Fitch Co.
Case No: BC 354479
PLAINTIFF - *Khorrami, Pollard & Abir LLP*
*Robert (Bob) Drexler Jr*
*The Quinsberry Law Firm*
*John N. Quisenberry*
DEFENSE - *Vorys, Sater, Seymore and Pease, LLP*
*Mark Knueve*

### Harris v Kiddie Kandids
Case Number: C08-00852 MEJ
PLAINTIFF - *Law Office of Randall Crane*
*Randall Crane*
DEFENSE - *Desouza Law Offices*
*Jacqueline Desouza*

### Haywood v Tyler Restaurants, Inc.
Case No: 06CC00085
PLAINTIFF - *Gerald MacRae*
DEFENSE - *Stradling, Yocca, Carlson & Rauth*
*John Cannon, Amy Williams*

### Hernandez v Angeles ARC
Case No: BC347952
PLAINTIFF - *Law Offices of Ellyn Moscowitz*
*Ellyn Moscowitz, Sharon Seidenstein*
DEFENSE - *Law Offices of Steven Kramer*
*Steven Kramar*

### Hernandez v Brink's, Inc.
Case No: BC360488
PLAINTIFF – *The Cooper Law Firm P.C.*
*Scott Cooper*
*The Carter Law Firm*
*Roger L. Carter*
*Jose Garay A.P.C*
*Jose R. Garay*
DEFENSE – *Crowell & Morning LLP*
*Jeff Pagano, Ira Saxe, Stafford Woodley, Marc Romero, Stephan P. Rice*

### Herron v Cool Cuts 4 Kids
Case No: BC384527
PLAINTIFF – *Gould & Associates*
*Michael A. Gould*
*Aarin A. Zeif*
DEFENSE – *Littler Mendelson*
*Diane L. Kimberlin*

### Hill v SullivanAG
Case No: BC378222
PLAINTIFF - *Initiative Legal*
*Linh Hua, Scott Leviant*
DEFENSE - *Chavos and Rao*
*Laurie Rao*

### Hyatt v California Sullivan
Case No: INC 068594
PLAINTIFF – *James H. Cordes, Attorney at Law*
*James H. Cordes*
DEFENSE – *Carlton DiSante & Freudenberger, LLP*
*Leigh Ann White & Timothy Freudenberger*

### Ingraham v Orchard Supply Hardware
Case No: 457004
PLAINTIFF – *Scott Cole & Associates APC*
*Scott Edward Cole, Matthew Bainer & Clyde H. Charlton*
DEFENSE – *Littler Mendelson PC*
*Dennis M. Brown, Michelle B. Heverly & Erica H. Kelley*

### Janicki v Lane Bryant
Case No: BC 374877
PLAINTIFF - *Connor & Sargent PLLC*
*Stephen P. Connor*
*Anne-Marie E. Sargent*
DEFENSE - *Morgan Lewis & Bockius*
*John S. Battenfeld, Donna Mo, Albert Huang*

### Jones v Right Away Redy Mix
Case No:RG 07331067
PLAINTIFF – *Law Offices of Sohnen & Kelly*
*Harvey Sohnen, Esq., Patricia Kelly, Esq.*
Defense – *Wiley, Price, & Radulovich, LLP*
*Joseph E. Wiley, Esq., Ian O. Fellerman, Esq.*

### Kaplan v Siemens Maintenance Services
Case No: BC 328900
PLAINTIFF - *Initiative Legal Group, LLP*
*Joseph Cho, Greg Yu*
DEFENSE - *Morrison & Foerster*
*Samantha Goodman*

### Keo v North Coast Couriers
Case No: RG 06-0251806
PLAINTIFF - *Hinton, Alfert, and Sumner*
*Aaron Kaufman*
*Cohelan & Khoury*
*Christopher Olsen, Michael D. Singer*
*Liberation Law Group*
*Arlo G. Uriarte*
*Law Offices of Ricardo J. De Rosa*
*Ricardo J. De Rosa*
DEFENSE - *Law Office of Nina Yablok*
*Nina Yablok*
*Littler Mendelson*
*Theodora Lee*

### Keplinger v California Pizza LLC
Case No: 07CEGC01534
PLAINTIFF – *Law Office of Michael Carver*
*Michael Carver*
DEFENSE – *Fisher & Phillips, LLP*
*John Lattin*

### Kinz v SpencerGifts
Case Number: 07AS03539
PLAINTIFF - *Law Offices of Michael Carver*
*Michael Carver, Michelle Lunde*
DEFENSE - *Orrick, Herrington & Sutcliffe LLP*
*Allison Pitigoi, Julie Totten*

### Klostermann v OCE Business Services
Case No: BC311001
PLAINTIFF – *Graves & Associates*
*Allen Graves*
DEFENSE – *Jackson Lewis, LLP*
*Mia Farber, Dean Rocco*

### Koehler/Aho v BankoftheWest
Case Number: CGC-060 458611
PLAINTIFF - *Initiative Legal Group, LLP*
*Gregory Yu*
DEFENSE -*Orrick, Herrington & Sutcliffe, LLP*
*Andrew Livingston*

### Koehler v Honeywell
Case No: RG 05213466
PLAINTIFF - *McCurdy & Ku*
*Gregg L. McCurdy, Gaetano M. Fong*
DEFENSE - *Paul Hastings, Janofsky & Walker*
*M. Kirby C. Wilcox, Saidah M. Grayson*

### Krzesniak v Budget Rent A Car
Case No: C 05-5156 MEJ
PLAINTIFF – *Rukin Hyland Doria & Tindall LLP*
*Steven M. Tindall, Peter Rukin*
DEFENSE – *Littler Mendelson*
*Jody A. Landry*
*Arena Hoffman LLP*
*Michael Hoffman*

### Kunz v Sunset Cresent
Case No: BC382004
PLAINTIFF - *Jennifer Kramer Legal*
*Jennifer Kramer*
DEFENSE - *Proskauer Rose LLP*
*Robert H. Horn, Anthony J. Oncidi*

### Lakso v UHS of Delaware, Inc.
Case No: BC 342312
PLAINTIFF - *Law Office of Joseph Antonelli*
*Joseph Antonelli, Janelle Carney*
DEFENSE - *Cotkin, Collins & Ginsburg*
*William Naeve, Ellen Tipping, Robert Wilson*

### Lanzarone v WSA Security, Inc.
Case No: BC345891
PLAINTIFF - *Law Offices of Herbert Hafif*
*Gregg Hafif, Miguel Caballero, Farris Ain*
DEFENSE - *Loeb & Loeb*
*Mark Campbell, Allan Edmiston, Erin Smith*

### LaPlante v Pomeroy Investments
Case Number: BC 379692
PLAINTIFF - *Hamner Law Offices*
*Christopher Hamner*
DEFENSE - *Levinson Arshonsky & Kurtz*
*James Cooper*

### Lauzon v Club Monaco
Case No: CGC-06-449963
PLAINTIFF – *Keller Grover, LLP*
*Eric A. Grover Esq., Jade Butman Esq.*
DEFENSE – *Littler Mendelson*
*Margaret Hart Edwards, Phillip L. Ross*

### Little v Brinker
Case No: 02 CC-003965
PLAINTIFF – *Korien Tillery, LLC*
*Steven Katz, Christopher A. Hoffman*
DEFENSE – *McMahon Berger, PC*
*Robert Younger, McMahon Berger*

### Lopez v Little Caesars
Case Number: BC383640
PLAINTIFF - *Law Offices of Stephen Glick*
*Stephen Glick; Anthony Jenkins*
DEFENSE - *Winston & Straw LLP*
*Benjamin M. Gipson/Maria Rodriguez*

### Lopez v Louis Vuitton
Case No: BC361116
PLAINTIFF - *Gould & Associates*
*Michael Gould, Aarin Zeif*
DEFENSE - *Winston & Strawn LLP*
*Lee Paterson, Jessie Kohler, Emilie Woodhead*

### Mabry v Pete's Connection
Case No: 04CC00509
PLAINTIFF - *Cohelan & Khoury*
*Tim Cohelan, Michael Singer, Sam Khoury, Diana Khoury*
*Nicole Durant, Esq Attorney at Law*
DEFENSE - *Phillip Silverman, Esq. Attorney at Law*

### Mahoney v AT&T
Case No: BC385361
PLAINTIFF – *Goldstien Demchack Baller Borgen & Dardarian*
*Morris J. Baller, Joseph E. Jaramillo*
DEFENSE - *Pillsbury, Winthrop, Shaw, Pittman LLP*
*Paula M. Weber, Lara-Beye Molina*

### Mares v BFS
Case No: BC375967
PLAINTIFF - *Initiative Legal Group, LLP*
*Marc Primo, Matthew Theriault, Orlando Arellano*
DEFENSE - *Rutan & Tucker, LLP*
*Ernest W Klatte, III, Summer Young-Agriesti*

### Marino v PinkTaco
Case Number: BC384498
PLAINTIFF - *Hamner Law Offices, APC*
*Christopher J Hamner*
DEFENSE - *Proskauer Rose LLP*
*Robert H Horn*

### Martin v Home Savings Termite Control
Case No: BC372068
PLAINTIFF – *Jennifer Kramer Legal*
*Jennifer Kramer*
DEFENSE – *Freedman & Taitelman*
*David Marmorstein*

### Martinez v Bank of the West
Case No: CGC-06-454959
PLAINTIFF – *Rukin Hyland Doria & Tindall, LLP*
*Peter Rukin & John F. Hyland*
*Law Offices of Greg Mayeda*
*Greg Mayeda*
DEFENSE – *Orrick Herrington & Sutcliffe, LLP*
*Andrew Livingston, Kristen M. Jacoby & Patricia Gillette*

### Massie v Wild Oats
Case No:BC369633
PLAINTIFF – *Law Offices of Stephen Glick*
*Stephen Glick, Esq*.
*Daniels, Fine, Israel, Shonbuch & Lebovits LLP*
*Paul Fine, Scott Brooks, Craig Momita*
*Law Offices of Ian Herzog*
*Ian Herzog*
DEFENSE – *Jackson Lewis LLP*
*Frank M. Liberatore, Esq. Debbie Ibrahim, Esq. & Aryn J. Sobo, Esq.*

### Mathistad v Einstein Noah Restaurant
Case No: 37-2007-74998-CU-IE-CTL
PLAINTIFF – *Righetti Law Firm, P.C.*
*Matthew Righetti, Esq, John Glugoski, Esq*
*Lorens & Associates, APLC*
*Tracee Lorens*
*Cadena Churchill, LLP*
*Raul Cadena*
DEFENSE – *Holme Roberts & Owens, LLP*
*Donald L. Samuels, Elizabeth H. Murphy, David Ball*

### McCall Selbst v Labor Ready
Case No: BC289925
PLAINTIFF – *The Quisenberry Law Firm*
*John Quisenberry, Robert J. Drexler*
DEFENSE – *Perkins Coie, LLP*
*David Ongaro*

### McCarty v CJK Associates
Case No: FCS028379
PLAINTIFF – *Law Offices of Michael L. Carver*
*Michael Carver*
DEFENSE – *Jackson Lewis*
*David S. Bradshaw, Cary Palmer*

### McLaughlin v Waste Management
Case No: 06C 0100
PLAINTIFF - *Appleton, Blady & Magnanimo*
*Benjamin Blady*
DEFENSE - *McNamara, Spira & Smith*
*Kirsten Hicks Spira*

### Merino v Nations Pizza Products
Case No: 1:07-CV-632
PLAINTIFF - *Werman Law Office, P.C.*
*Douglas M. Werman*
Defense - *Jones Day*
*Michael J. Gray, Michael S. Ferrell*
*Paul Hastings, Janofsky & Walker*
*Steven T. Catlett*
NATION PIZZA'S COUNSEL
*Earl Farkas*

### Mickelson v LaBou(WOGT)
Case Number: 07AS02431
PLAINTIFF - *Law Offices of Michael L. Carver*
*Michael L. Carver*
DEFENSE - *Knox, Lemmon, Anapolsky & Schrimp, LLP*
*Angela Schrimp de la Vergne*

### Mobley v Globeground North America, LLC
Case No: BC 356051
PLAINTIFF – *Initiative Legal Group*
*Matthew T. Theriault*
DEFENSE – *Morgan, Lewis & Bockius LLP*
*Jill Ann Porcaro*

### Molinar v Golden West Restaurants, Inc
Case No: BC350154
PLAINTIFF - *Law Offices of Michael Carver*
*Michael Carver*
DEFENSE - *Sheppard, Mullin, Richter & Hampton*
*Charles Barker, Geoffrey Deboskey*

### Moore v Check Cashing Place
Case No: GIC 879665
PLAINTIFF - *Hiden Rott & Oertle, LLP*
*Michael Ian Rott, Eric M. Overholt*
DEFENSE - *Littler Mendelson*
*Stacey E. James, Laura Strauss*

### Moore v Genesco
Case No: RG06270570
PLAINTIFF – *Keller Grover, LLP*
*Eric Grover, Jade Butman*
*Thierman Law Firm*
*Mark Thierman*
*Law Office of Steven L. Miller*
*Scott A. Miller, Steven L. Miller*
DEFENSE -  *Morgan Lewis & Bockius, LLP*
*Eric Meckley*

### Mondragon v BTR, Inc
Case No: BC 379380
PLAINTIFF – *Hamner Law Offices, LLC*
*Christopher J. Hamner*
*Kimberly Westmoreland*
DEFENSE – *Van Vleck Turner & Zaller, LLP*
*Brian Van Vleck*
*Anthony Zaller*

### Morgan v The Avenue
Case No: BC362191
PLAINTIFF – *Initiative Legal Group*
*Mark Yablonovich, Marc Primo, Matthew T. Theriault, Lory N. Ishii*
DEFENSE – *Sheppard, Mullin, Richter & Hampton*
*Charles F. Barker, Ross A. Boughton*

### Morris v Lebhar Friedman
Case No: 2:08-cv-07457-ODW-FMO
PLAINTIFF - *Appleton, Magnanimo & Dean*
*Lauren Dean, Frank Magnanimo*
DEFENSE - *Paul, Hastings, Janofsky & Walker*
*Ryan Derry , Elena Baca*

### Muniz v Pilot Travel Centers
Case No: 07-CV-003250-FCD-EFB
PLAINTIFF – *Law Offices of Michael Carver*
*Michael Carver*
DEFENSE – *Littler Mendelson, PC*
*Jody Landry*

### Nelson v Pitney Bowes
Case No: 06 05954 JSW
PLAINTIFF – *Wynne Law Firm*
*Edward Wynne*
DEFENSE – *Littler Mendelson, PC*
*Annamary E. Gannon*

### Nerland v Caribou Coffee
Case No: 05-1847 PJS/JJG
PLAINTIFF - *Lockridge Grindal Nauen*
*Charles N. Nauen*
*Cuneo Gilbert & LaDuca*
*Jon Tostrud*
DEFENSE - *Fredrickson & Byron*
*Joseph M. Sokolowski*

### Nevins v UHS of Delaware, Inc.
Case No: BC322077
PLAINTIFF - *Initiative Legal Group, LLP*
*Marc Primo, Shawn Westrick, Robert Byrnes*
DEFENSE - *Cotkin, Collins & Ginsburg*
*William Naeve, Ellen Tipping, Robert Wilson*

### Nguyen v BDO
Case No: SACV07-1352 JVS MJGx
PLAINTIFF – *Kershaw, Cutter & Ratinoff, LLP*
*Stuart Talley*
DEFENSE – *Morgan, Lewis & Bockius, LLP*
*Carrie Gonell*

### Njoku v Ecko
Case No: CGC 07-469480
PLAINTIFF – *Keller Grover LLP*
*Eric A. Grover*
DEFENSE – *Proskauer Rose LLP*
*Enzo Der Boghossian, Harold M Brody*

### Noble v Sony
Case Number: BC372645
PLAINTIFF - *Trush Law Office*
*James M. Trush, Esq.*
*Tharpe & Howell*
*Robert M. Freedman, Esq., David S. Binder, Esq.*
DEFENSE - *Mitchell Silberberg & Knupp LLP*
*Jeffrey L. Richardson*

### Novel v World Cafe Restaurant
Case Number: BC382068
PLAINTIFF - *Hamner Law Offices, LLC*
*Christopher J. Hamner*
DEFENSE - *Lewis Brisbois Bisgaard & Smith, LLP*
*Steven G. Gatley,, Lisa A. Gregorius*

### Omaley v IntelCorp
Case No: 108CV126813
PLAINTIFF - *Hinton, Alfert & Sumner*
*Aaron Kaufman*
*Rudy, Exelrod, Zieff & Lowe*
*Steve Zieff, Pat Goldman*
*Bruckner Burch*
*Richard Burch*
DEFENSE - *Gilmore Diekmann Jr*
*Gilmore Diekmann*

### Ordaz v Rose Hills Mortuary
Case No: BC 386500
PLAINTIFF – *Initiative Legal Group*
*Marc Primo, Matthew Theriault, Dina Livhits*
DEFENSE – *Gurnee and Daniels LLP*
*Stephen Gurnee, Nicholas Forestiere, David Daniels, John Mason*

### Ortega v Leslie Farms
Case No: GIN-031-417
PLAINTIFF – *California Rural Legal Assistance Foundation*
*Dorothy A. Johnson*
DEFENSE – *Testa & Associates, LLP*
*Gregory J. Testa, Esq*

### Osorio v Land Forms Landscape
Case No: 07 CC 05683
PLAINTIFF – *Martinez & Associates*
*Jose Antonio Martinez*
DEFENSE – *Crowell & Morning, LLP*
*Mark Romeo*

### Padilla v Two Lips
Case No: BC344476
PLAINTIFF – *Keller Grover, LLP*
*Jade Butman, Eric Grover*
DEFENSE – *Anderson McPharlin & Conners, LLP*
*Glen Mortens, Stephen Harris*

### Palacio v International Extrusion
Case No: BC 376966
PLAINTIFF – *Myers & Siegel, PC*
*Michael Myers, Alan Sigel*
*Law Office of Matthew Taylor*
*Matthew Taylor*
DEFENSE – *Littler Mendelson, PC*
*Robert Blumberg*

### Palmer v Kohls Corporation
Case No: 37-2007-00076060-CU-MC-CTL
PLAINTIFF – *Bonnett, Fairbourn, Friedman & Balint, PC*
*Todd D. Carpenter*
DEFENSE – *Call, Jensen & Ferrell*
*Matthew R. Orr*

### Palos v International Protection Service, Inc.
Case No: BC323209
PLAINTIFF - *Initiative Legal Group, LLP*
*Marc Primo, Greg Yu, Joseph Cho, Susan Cregg*
DEFENSE - *Sedgwick, Detert, Moran & Arnold LLP*
*David M. Humiston, Leonora M. Schloss, Alexander Gareeb, Aaron Colby*

### Pang v PitneyBowes
Case No: 1:07-cv-08557-RJH
PLAINTIFF - *Lipman & Plesur LLP*
*Robert Lipman, David Robins*
DEFENSE - *Seyfarth Shaw LLP*
*Lorie Almon, Peter Walker, Chris Lowe*

### Pelton v GTC
Case No: GIC863070
PLAINTIFF - *Frantz Law Group APLC*
*James Frantz, Giles Townsend*
*Keegan, Macaluso & Baker, LLP*
*Patrick Keegan, Brent Jex*
*Law offices of Jodi Frantz*
*Jodi Frantz*
DEFENSE - *Drinker Biddle & Reath LLP*
*William Hanssen, Donald Beshada, Suzanne Stouder*

### The People of California v Zuma
Case No: BC349390
PLAINTIFF - *L.A. City Attorney's Office*
*James Colbert, Steven Gold*
DEFENSE - *Hill, Farrer & Burrill LLP*
*Scott Gilmore. Esq.*

### Peralta v Olympic Garden
Case No: BC 358374
PLAINTIFF – *Kesluk & Silverstein*
*Douglas Silverstein, Michael G. Jacob*
DEFENSE – *Rees Law Firm*
*Robert Rees*

### Perezchica v Eastco Int'l Corp.
Case No: 07 CH 04726
PLAINTIFF - *Werman Law Office, P.C.*
*Douglas M. Werman*
DEFENSE – *Burke & White*
*Edmund Burke*

### Pietrzak v Joes Crab Shack
Case No: GIC 863846
PLAINTIFF - *Cohelan & Khoury*
*Alex Dychter, Michael Singer*
DEFENSE - *Sheppard, Mullin, Richter & Hampton*
*Heather Clark, Ryan McCortney*

### Radinski v Apex Digital
Case No: 07 C 0571
PLAINTIFF – *Penny, Nathan, Kahan & Associates*
*Ruth Irene Major*
DEFENSE – *Littler Mendelson*
*Lisa Schreter*

### Ramirez v eWork
Case No: 06-cv-00686-WDM-BNB
PLAINTIFF – *Cafferty Faucher LLP*
*Anthony Fata*
DEFENSE – *Jacobs Chase*
*Ann Frick*

### Rava v Athletics Investment Group
Case Number: RG 06268693
PLAINTIFF - *The Cartwright Law Group, APLC*
*Gregory Cartwright*
DEFENSE - *Jackson Lewis*
*Cary Palmer*
*Buchalter Nemer*
*George J. Stephan*

### Rava v Club Med Sales
Case No: 03CC09858
PLAINTIFF - *Fuller Jenkins*
*Erik C. Jenkins*
*Flynn & Stillman*
*Philip Stillman*
*The Grant Law Firm*
*Joseph M. Grant*
DEFENSE - *McKay, Graham & de Lorimier*
*Michael Acain*

### Razo v C&D Zodiac
Case No: 07CC01373
PLAINTIFF - *Spiro Moss LLP*
*Dennis Moss, Gregory Karasik*
DEFENSE - *Sheppard, Mullin, Richter & Hampton LLP*
*Greg Labate, Ruben Escalante*

### Recio v Labor Ready
Case No: BC289925
PLAINTIFF - *The Cullen Law Firm, APC*
*Paul T. Cullen*
DEFENSE – *Perkins Coie, LLP*
*David Ongaro*

### Renteria v Pacer Cartage, Inc.
Case No: BC 292970
PLAINTIFF - *Daniels, Fine, Israel, Shonbuch & Lebovits*
*Paul Fine, Scott Brooks*
*Law Offices of Stephen Glick*
*Stephen Glick*
DEFENSE - *Morgan, Lewis & Bockius*
*Larry Lawrence, Clifford Sethness*

### Ridley v Friar Tux
Case No: BC368902
PLAINTIFF – *Law Offices of John F. Stewart*
*John F. Stewart*
DEFENSE – *Goldstein Law Firm*
*Charles Goldstein*
*Seyfarth Shaw LLP*
*Kenneth Sulzer*

### Ronn v Well Point Anthem BlueCross
Case No: 56-2008-00328601-CU-OE-VTA
PLAINTIFF - *Initiative Legal Group*
*Marc Primo*
DEFENSE - *Seyfarth Shaw LLP*
*Eileen Zorc*

### Rubio v New Century Mortgage
Case No: SACV06-811CJC(AJWx)
PLAINTIFF – *Trush Law Office*
James M. Trush
DEFENSE – *Sheppard Mullin Richter & Hampton, LLP*
Greg S. Labate

### Sahab v Posadas
Case No: BC 324 331
PLAINTIFF - *The Pearl Law Firm*
Steven G. Pearl
Law Office of Robert E. Racine
Robert E. Racine
DEFENSE - *Law Offices of Stanley R. Raskin*
Stanley R. Raskin
Barnes Crosby Fitzgerald & Zeman LLP
William M. Crosby

### Saidel v CBS Radio, Inc.
Case No: CV07-02948
PLAINTIFF – *Hinton, Alfert & Sumner*
Aaron Kaufmann
David P. Pogrel
DEFENSE – *Morgan, Lewis & Bockius*
Rebecca Eisen
Theresa Mak

### Salvador v PLS Checking
Case Number: CV 08-00882
PLAINTIFF - *Hamner Law Offices, APC*
Christopher J Hamner
DEFENSE - *Proskauer Rose LLP*
Robert H Horn

### Sanchez v Harry Singh & Sons Farming
Case No: GIC872854
PLAINTIFF - *Lorens & Associates, APLC*
Tracee Lorens
Cadena Churchill LLP
Raul Cadena
DEFENSE - *DLA Piper*
Rick Storms, Amy Beckstead

### Sandford v Time Warner Cable
Case No: BC 356014
PLAINTIFF – *Kinglsey & Kingsley APC*
Kevin M. Zietz
DEFENSE – *Morgan, Lewis & Bockius LLP*
Carla J. Feldman, Jason S. Mills

### Scott/Smith v BearCom
Case No: 37-2007-00068223-CU-OE-CTL
PLAINTIFF – *Cohelan & Khoury*
Timothy D. Cohelan, Isam C. Khoury, Michael D. Singer, Diana M. Khoury
DEFENSE – *DLA Piper LLP (US)*
Merrill F. Storms, Jr., Tonya M. Cross

### SLC v Pacific States Industries
Case No: 237576
PLAINTIFF – *Littler Mendelson*
Christopher Cobey
DEFENSE – *Pacific States Industries*
David Balter

### Small v Brinderson
Case No: 04CC00717
PLAINTIFF - *Law Offices of Ellyn Moscowitz*
Ellyn Moscowitz
DEFENSE - *Atkinson, Andelson, Loya, Ruud & Romo*
Christopher Andre

### Smith v Claires Boutiques, Inc.
Case No: BC378435
PLAINTIFF – *Law Offices of Kenneth H. Yoon*
Kenneth H. Yoon
DEFENSE – *Morgan, Lewis & Bockius LLP*
John D. Hayashi

### Smith v GuardSystems
Case No: BC384306
PLAINTIFF - *Law Offices of Kevin T Barnes*
Joseph Antonelli, Janelle Carney, Kevin Barnes, Gregg Lander
DEFENSE - *Musick Peeler & Garrett*
Elaine Vukadinovich

### Smith v ShieldSecurity
Case No: BC385635
PLAINTIFF - *Kokozian & Nourmand LLP*
Michael Nourmand
The Feldman Law Firm
Lee Feldman
Class Action Litigation Group
Rene Barge & Katie Odenbriet
DEFENSE - *Bradley & Gmelich*
Jaimee Wellerstein, Barry Bradley, Gary Bradley

### Smith v The Children's Place
Case No: BC328780
PLAINTIFF - *Initiative Legal Group LLP*
Marc Primo, Mark Yablonovich, Robert E. Byrnes
DEFENSE - *Sheppard Mullin Richter & Hampton*
Richard Simmons, Derek Havel

### Solis v HiTech Collison
Case No: BC336338
PLAINTIFF - *Horton & Debolt*
Laura Horton
Kesluk & Silverstein
Douglas Silverstein, Alexandra Steinberg
DEFENSE - *Fine, Boggs & Perkins*
Cory King

### Sprinklerfitters Local 669 v West Coast Fire Protection Services
Case No: 06AS04594
PLAINTIFF - Law Offices of Ellyn Moscowitz
Ellyn Moscowitz, Sharon Seidenstein
DEFENSE - Rediger, McHugh & Hubbert LLP
Robert Rediger

### Stewart v Reebok
Case No: BC 317955
PLAINTIFF – Westrup Klick, LLP
Phillip Poliner
The Law Offices of Allan A. Sigel
DEFENSE – Cathcart Collins, LLP
Patrick Cathcart

### Thompson v Culver Personnel
Case No: GIC 870940
PLAINTIFF – The Law Offices of Michael Carver
Michael Carver
DEFENSE – Stradling Yocca Carlson & Rauth
Bruce May

### Tapia v Mangen Group (BurgerKing)
Case Number: BC377114
PLAINTIFF - Aidikoff, Uhl & Bakhtiari
Philip Aidikoff, Robert Uhl, Ryan Bakhtiari
Law Offices of David G. Spivak
David Spivak
Law Offices of David Harrison
David Harrison
DEFENSE -Lewitt, Hackman, Shapiro, Marshall & Harlan
Sue Bendavid, Paul Bauducco

### Throne v Citicorp Investment Services
Case No: CV 07-113-ABC(RZx)
PLAINTIFF – Initiative Legal Group LLP
Mark Yablonovich, Marc Primo, Shawn Westrick
DEFENSE – Gould & Associates
Michael A. Gould, Aarin A. Zeif

### Tilden v Mastro's Ocean Club
Case No: 06 CC 00135
PLAINTIFF - Gould & Associates
Michael Gould, Aarin Zeif
DEFENSE - Ogletree Deakins
Beth Gunn

### Tobin v The Rack, LLC
Case No: BC 366512
PLAINTIFF – Law Offices of Peter M. Hart
Peter M. Hart
Diversity Law Group
Larry W. Lee
DEFENSE - Knee Ross & Silverman
Lora Silverman

### Tu v Rusco
Case No: BC 367842
PLAINTIFF – The Cullen Law Firm APC
Paul T. Cullen
The Ryan Law Firm PLC
Kelly F. Ryan
DEFENSE – Best, Best & Krieger LLP
G. Ross Trindle

### Ubalde v Prudential
Case No: BC245149
PLAINTIFF – Spiro Moss Barness LLP
Ira Spiro, Justian Jusuf, Dennis Moss
DEFENSE – Thelen Reid Brown Raysman & Steiner, LLP
Thomas Hill

### Valdivia v 3049 8th St
Case No:BC 361404
PLAINTIFF - Peter L. Weinberger and Associates, P.C.
Peter Weinberger
DEFENSE - Lewis Brisbois Bisgaard & Smith LLP
Patrick Stark

### Walker v Bankers Life
Case No: 06-cv-06906
PLAINTIFF - The Quisenberry Law Firm
Robert Drexler
Werman Law Office
Douglas Werman
DEFENSE - Littler Mendelson
John A. Ybarra, Shanthi V. Gaur, Stephanie Seay Kelly, Tony R. Skogen

### Weber v Einstein Noah Restaurant
Case No: 37-2008-00077680-CO-OE-CTL
PLAINTIFF – Lorens & Associates, APLC
L. Tracee Lorens
Cadena Churchill, LLP
Raul Cadena
DEFENSE – Holme Roberts & Owens, LLP
Donald L. Samuels, Elizabeth H. Murphy, David Ball

### Weizman v Principe
Case No: BC 379691
PLAINTIFF – Hamner Law Offices
Christopher J. Hamner, Kimberly A. Westmoreland
DEFENSE – Jones, Bell, Abbott, Fleming & Fitzgerald, LLP
Kevin K. Fitzgerald

### Wells v Kelly & Assoc., Inc.
Case No: GIC862431
PLAINTIFF - Lorens & Associates APLC
Tracee Lorens
(CONTINUED FROM BELOW LEFT)
DEFENSE - Barker, Olmsted & Barnier
Christopher Olmsted

### Whitaker v Cardinal Health
Case No: 37-2007-00078492-CU-OE-CTL
PLAINTIFF – *Lorens & Associates, APLC*
*L. Tracee Lorens*
DEFENSE – *Wilson Petty Kosmo &Turner, LLP*
*Robin A. Wofford, Lois Kosch*

### Whitmill v PC Mall
Case No: BC 373935
PLAINTIFF – *Westrup Klick, LLP*
*Phillip R. Poliner, Esq.*
DEFENSE – *Jones Day*
*Steven M. Zadravecz, Esq.*

### Wilfred v Lube Pit Stop
Case No: BC 377538
PLAINTIFF – *Law Offices of Eli M. Kantor*
*Eli M. Kantor*
DEFENSE – *Margolis & Tisman*
*Naki Irvin*

### Winzelberg v Liberty Mutual
Case No: CV 07-460
PLAINTIFF - *Initiative Legal Group LLP*
*Monica Balderrama, Orlando Arellano*
DEFENSE - *Sheppard, Mullin, Richter & Hampton LLP*
*Geoffrey DeBoskey*

### Williams v AVTA Busdrivers
Case No: CV 08-02582 GW (AVRx)
CV 08-4282 GW (AGRx)
PLAINTIFF - *Initiative Legal Group LLP*
*Matthew T. Theriault, Dina Livhits*
DEFENSE – *Gleason & Favrote, LLP*
*Paul M. Gleason, Torey J. Favarote*

### Williams v John Wheeler
Case No: 59035
PLAINTIFF – *Law Offices of Michael Carver*
*Michael L. Carver*
DEFENSE – *The Ison Law Group*
*Elizabeth Ison*

### Wise v Factors
Case No: BC373911
PLAINTIFF – *Jennifer Kramer Legal, APC*
*Jennifer Kramer, Judith Wiederhorn*
DEFENSE – *Silver & Freedman, APLC*
*Andrew Kaplan*

### Wu v SR Investment Group, Inc.
Case No: BC356245
PLAINTIFF - *Bander Law Firm LLP*
*Joel R. Bander, Cathe L. Caraway-Howard*
DEFENSE - *Fullbright & Jaworski LLP*
*Jay J. Lee,*