UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BIMBO BAKERIES USA FLSA ACTIONS | No.  C 05-00829 JW consolidated with No.  C 07-03156 JW |
| | **NOTICE OF (1) PROPOSED CLASS SETTLEMENT AND (2) FINAL SETTLEMENT APPROVAL HEARING** |

**Note:  Please read this notice carefully, it may affect your legal rights to claim additional wages and other monies during your employment by Bimbo Bakeries USA, Inc. ("BBU").**

**If you wish to claim a share of the settlement described in this notice (the "Settlement"), you must fully complete and sign a Claim Form, postmarked or received by the Settlement Administrator (contact information provided below) on or before [DATE], or else you will not receive your share of the Settlement.**

**If you wish to object to the Settlement, you must follow the directions in this notice.**

**If you do not want to participate in the Settlement, you must fully complete, sign, and return your completed Election Not to Participate in Settlement form, postmarked or received by the Settlement Administrator on or before [DATE], or else you will be bound by the Settlement, as set forth below, even if you do not claim your share of the Settlement.**

Pursuant to the order of the United States District Court for the Northern District of California (the "Court") entered on the Preliminary Approval Date, YOU ARE HEREBY NOTIFIED AS FOLLOWS:

I.      SUMMARY OF THE SETTLEMENT AND YOUR RIGHTS

Because your rights will be affected by this Settlement, it is extremely important

that you read this Notice carefully.

**A.      To Whom This Notice Is Directed:**

This Notice, which has been approved by the Court, is to notify Class Members (defined below) in the class action *In Re Bimbo Bakeries USA FLSA Actions* (the "Action"), currently pending in the United States District Court for the District of Northern California, of the proposed Settlement of that case.  The Court has granted preliminary approval to the Settlement, and has conditionally certified the Class for Settlement purposes only.  The Court has certified, for settlement purposes, the following class (the "Class"):

> All Persons who were on the payroll of BBU for at least one day during the period of time beginning on February 25, 2001 and ending on the Preliminary Approval Date, in the position of Route Sales Representative and/or substantially similar jobs (e.g., relief/vacation Route Sales Representative, or route sales extra) (collectively, "RSR") in the State of California.

According to BBU's records, you are a member of the Class ("Class Member").  The purpose of this Notice is to inform you about the proposed Settlement and to explain your rights and options with respect to the Action and the Settlement.

**B.      What is a Class Action?**

A class action is a lawsuit in which the claims and rights of many people ("Class Members") are decided in a single court proceeding.  One or more representative plaintiffs ("Class Representatives") file a lawsuit asserting claims on behalf of all the class members.

**C.      Important Options And Dates**

You have several options:

(1)      To be eligible for a payment under the Settlement, you must fully complete and sign a Claim Form (which is attached to this Notice) and submit it to the Settlement Administrator by first-class mail, postmarked by _____, 2010, or deliver it to the Settlement Administrator by that date, following the procedure described in Section IV.  If you do not do this, you will receive no money from this Settlement.

(2)      You may object to the Settlement in writing, postmarked by _____, 2010, following the procedure described in Section IV.H.

(3)      You may elect not to participate in the Settlement, in which case you will no

NOTICE OF CLASS SETTLEMENT

1   longer be a Class Member (and therefore will receive no money under this Settlement), and you

2   will not release your claims, which means that you will be able to bring a separate lawsuit on

3   your own for these claims.  To elect not to participate in the Settlement, you must fully complete

4   and sign an Election Not to Participate in Settlement and submit it to the Settlement

5   Administrator by first-class mail, postmarked by _____, 2010, or fax or deliver it to the

6   Settlement Administrator by that date, following the procedure described in Section IV.G.

7   **II.      BACKGROUND OF THE ACTION**

8   **A.      The Claims At Issue**

9               On February 25, 2005, Thomas Leonard, Charlie Bradaric, Gary Hoskins, Larry

10  Brian Newman, Chris Herr, and William Harrison (the "Class Representatives") commenced a

11  putative class and collective action against Bimbo Bakeries USA, Inc. and George Weston

12  Bakeries (together "BBU") in the United States District Court for the Northern District of

13  California (the "Action"), where the Action is now pending.  The following individuals later

14  joined the Action and are also Class Representatives:  Kathleen Morrison, Gary Castro, and

15  Thomas Terusa,.  The following individuals also later joined the Action but are not Class

16  Representatives:  Robert Jeter and Anthony Motte.  In the Complaint, the Class Representatives

17  allege primarily that BBU misclassified them as exempt from federal and state overtime pay laws

18  and that they had worked overtime hours for which they should have been paid, but were not.

19  The Class Representatives also allege that BBU did not pay overtime at the proper rate, did not

20  pay minimum wage, did not provide meal periods and rest breaks to Class Members, did not

21  provide accurate wage statements, and did not timely pay all wages due on termination.  The

22  Class representatives requested damages under the federal Fair Labor Standards Act ("FLSA")

23  and California state wage-and-hour laws.  The Class Representatives also sought penalties,

24  attorneys' fees and costs.

25              The parties in this Action disagree as to the probable outcome of the Action with

26  respect to liability and damages if it were not settled.  While the Class Representatives were

27  prepared to proceed with litigating the case described above, the Class Representatives recognize

28  that litigating is a risky proposition and that they may not have prevailed on any or all of their

1   claims.  Likewise, while BBU was confident that no class properly could be certified, that it had

2   strong legal and factual arguments that would result in the dismissal of the Class

3   Representatives' claims, it recognizes the risks, distractions, and costs involved with litigation.

4   **B.      BBU'S DENIAL OF LIABILITY**

5          BBU denies all of the Class Representatives' allegations.  Specifically, BBU

6   denies that the Class Representatives or the Class Members have been misclassified under

7   federal or state overtime laws, are owed any additional compensation for the hours they worked,

8   have been denied meal periods and rest breaks, have received inaccurate or deficient wage

9   statements, or have not been timely paid all wages upon termination.

10  **III.     <u>SUMMARY OF THE SETTLEMENT</u>**

11         This Settlement is the result of good-faith, arms-length negotiations between the

12  Class Representatives and BBU, through their respective attorneys, which included months of

13  discussions, the informal exchange of thousands of pages of documents and data, negotiations

14  through counsel experienced in these types of cases, and two lengthy mediations conducted by

15  experienced mediators.  The Settlement represents a compromise regarding disputed claims,

16  considering the risks and uncertainties of continued litigation.  The Class Representatives'

17  counsel have determined that the Settlement is fair, reasonable and adequate and is in the best

18  interests of the Class Members.  Please be advised that the Court has not ruled on the merits of

19  the Class Representatives' claims or BBU's defenses.

20         The attorneys for the Putative Class in the Action ("Class Counsel") are:

21     Ira Spiro                          SPIRO MOSS LLP
                                          11377 W. Olympic Blvd., 5th Floor
22                                        Los Angeles, CA  90064
                                          (310) 235-2468
23     Michael J. Walsh                   WALSH & WALSH, PC
                                          420 Exchange, Suite 270
24                                        Irvine, CA  92602
                                          (714) 544-6609
25     Michael S. Langford                LANGFORD & LANGFORD, a PLC
                                          24681 La Plaza, Suite 220
26                                        Dana Point, CA  92629
                                          (949) 545-6540
27

28

Joseph J. Gigliotti                    GIGLIOTTI & GIGLIOTTI, L.L.P.
                                       434 East Chapman Avenue
                                       Fullerton, CA  92832
                                       (714) 879-1712
Rudy Ginez, Jr.                        GINEZ, STEINMETZ & ASSOCIATES
                                       926 North Flower Street
                                       Santa Ana, CA  92703
                                       (714) 541-2251

The attorneys for BBU are:

Wendy M. Lazerson                      BINGHAM MCCUTCHEN LLP
                                       1900 University Avenue
                                       East Palo Alto, CA  94303
                                       (650) 849-4400

**A.      The Settlement Agreement And The Court's Final Approval Hearing**

The parties have presented the Settlement to the Court for its review.  On _____,

2010, the Court granted preliminary approval of the proposed Settlement.  The Court will decide

whether to give final approval to the proposed Settlement at a hearing scheduled for **[**

INSERT DATE**]** ("Final Approval Hearing").  See Section V below for details.  Only after

the Settlement is granted final approval will money be paid to Class Members under the

Settlement.

**B.      Summary Of Terms Of The Proposed Settlement**

Subject to Court approval, the terms of the Settlement are as follows:

1.      BBU will pay up to $3,750,000.00 (the "Maximum Settlement Amount")

to pay:  (a) the timely and proper claims of Class Members; (b) Class Counsel's fees and

litigation costs; (c) enhanced awards to the Class Representatives for their service to the Class in

securing the Settlement; and (d) the costs of administering the Settlement.

2.      After deduction from the Maximum Settlement Amount for attorneys'

fees, litigation costs, enhanced awards to the Class Representatives, and the costs of

administering the Settlement, from the remaining amount (the "Net Settlement Amount"), a

Settlement Administrator approved by the Court will make a settlement payment to each Class

Member who submits a timely, proper and fully complete Claim Form (enclosed with this Notice

as Form A). These payments will be based on a formula that accounts for each Settlement Class

1    Member's Compensable Work Weeks (the number of weeks worked in a position covered by the

2    Class period described above) while employed by BBU.

3            3.      A portion of each payment made pursuant to this Settlement to a Claimant

4    will be subject to required wage holdings and deductions; therefore, the net payable amount will

5    be less than the gross amount of the Settlement share.  Neither Class Counsel nor BBU makes

6    any representations concerning tax consequences of this settlement or participation in it, and you

7    are advised to seek your own personal tax advice prior to acting in response to this Notice.

8            4.      Class Counsel will ask the Court to award attorneys' fees of up to 30% of

9    the Maximum Settlement Amount.  In addition, Class Counsel will ask the Court to authorize an

10   enhanced award of up to Ten Thousand Dollars ($10,000.00) to each of the nine Class

11   Representatives for their service to the Class, including direct participation in Class Counsel's

12   fact investigation, providing sworn testimony in some instances, and the settlement negotiations.

13   **C.**     **Release Of Claims**

14           1.      <u>Release of State Law Claims</u>

15           Each Class Member who does not timely and properly request exclusion from the

16   Settlement in accordance with Section IV.G. below (the "Participating Class Members") is

17   deemed to have fully and finally released and discharged BBU, and each of its past, present and

18   future parents, subsidiaries (whether or not wholly-owned), joint ventures, affiliates (including

19   such affiliate's past, present and future parents, subsidiaries and joint ventures), divisions and

20   subdivisions, and its and each of such entities' current and former officers, directors, employees,

21   partners, shareholders, agents, insurers, successors, assigns, and legal representatives, all in their

22   individual and corporate capacities (the "BBU Parties"), from any and all claims, obligations,

23   causes of action, actions, demands, rights, and liabilities of every kind, nature and description,

24   whether known or unknown, whether anticipated or unanticipated, prior to the date of the Court's

25   order of final approval or March 31, 2010, whichever first occurs, (1) relating to claims that were

26   pled in the Action, and/or (2) which could have been pled which arise out of or relate to

27   classification or misclassification of exempt status in the consolidated Action, including but not

28   limited to claims for (i) the alleged failure to pay any type of overtime wages, (ii) the alleged

failure to pay minimum wage, (iii) the alleged failure to provide meal periods or rest breaks, (iv) the alleged failure to provide itemized wage statements, (v) the alleged failure to timely pay wages due, (vi) any alleged failure to provide benefits; and (vii) all other wage/hour and wage payment Claims arising under the laws of the State of California and arising from or related to classification or misclassification of exempt status, including, without limitation, statutory, constitutional, regulatory, contractual or common law claims for wages, damages, unpaid costs; any and all of the following based on the foregoing claims and/or causes of action: penalties (including penalties under PAGA), liquidated damages, punitive damages, interest, attorneys' fees, litigation costs, restitution, or equitable relief; and Claims for unfair business practices or unfair competition, including, without limitation, claims arising under California Bus & Prof. Code sections 17200 *et seq.* (collectively, the "State Law Released Claims). The State Law Released Claims are the claims meeting the above definition under any and all applicable statutes, regulations or common law. The State Law Released Claims include all such claims, whether know or unknown by them. Thus, even if a Participating Class Member discovers facts in addition to or different from those that he or she now knows or believes to be true with respect to the subject matter of his or her released claims, those claims will be released and forever barred. Therefore, the Participating Class member expressly waives and relinquishes the applicable provisions, rights and benefits of section 1542 of the California Civil Code and any analogous law, statute, or rule. Section 1542 states:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

2.    Release of Federal Claims

In addition, each Class Member who properly submits a complete, signed and timely Claim Form is deemed to have fully and finally released and discharged the BBU Parties from any and all claims, obligations, causes of action, actions, demands, rights, and liabilities, whether known or unknown, whether anticipated or unanticipated, arising prior to the date of the Court's order of final approval or March 31, 2010, whichever first occurs, that were asserted,

NOTICE OF CLASS SETTLEMENT

relate to those asserted, or which could have been asserted in the Action pursuant to the FLSA, including claims for wages, overtime, straight time, minimum wages, meal and rest breaks, premium pay, liquidated damages, interest, attorneys' fees, litigation costs, restitution, and equitable relief (collectively, the "Federal Law Released Claims"). The Federal Law Released Claims include all such claims, whether know or unknown by them. Thus, even if a Participating Class Member discovers facts in addition to or different from those that he or she now knows or believes to be true with respect to the subject matter of his or her released claims, those claims will be released and forever barred. Therefore, each Claimant expressly waives and relinquishes the applicable provisions, rights and benefits of section 1542 of the California Civil Code and any analogous law, statute, or rule.

## IV.    HOW TO RECEIVE MONEY FROM THE SETTLEMENT

### A.    Participating In The Settlement By Completing and Submitting The Claim Form

In order to be eligible to receive a payment under the Settlement, you must fully complete, sign, and mail the enclosed Claim Form (enclosed with this Notice as Form A) to the Settlement Administrator at the address listed below. <u>Your Claim Form must be postmarked no later than [**INSERT DATE**]</u>.

The Settlement Administrator is:

Simpluris, Inc.
c/o _____
_____
_____
Telephone: _____
Fax: _____

If you need another Claim Form, contact the Settlement Administrator. **If you do not submit a Claim Form, you will not receive any money from the Settlement.**

### B.    How Will My Settlement Share Be Calculated?

The Maximum Settlement amount that BBU will pay is $3,750,000.00. BBU will pay a minimum of 50% of the Net Settlement Fund to Claimants. The Net Settlement Fund equals the Settlement Fund minus (i) the Class Representative Payments (see Section III.B.4.), (ii) the Class Counsel Attorneys' Fees and Costs Payment (see Section III.B.4.), and (iii) the cost of this

NOTICE OF CLASS SETTLEMENT

1    Notice and the settlement administration, and (iv) a minimum payment of $100 to each of the

2    Claimants.  Each Claimant's Settlement Share will be his or her minimum payment plus the

3    product of the Net Settlement Fund times the percentage (rounded up or down to the nearest five-

4    digit decimal) of (i) that Claimant's number of Compensable Work Weeks applicable to that

5    Claimant divided by (ii) the total of the Compensable Work Weeks attributable to all Class

6    Members.

7    **C.      When Will My Share of the Settlement Be Distributed To Me?**

8           Within ten (10) days after the Court's order granting final approval of the Settlement

9    becomes final and non-appealable, the Settlement Administrator will mail the Settlement Share

10   checks to all Claimants who are eligible and submitted valid and timely Claim Forms.  It is

11   expected that checks will be mailed out sometime in April 2010, but that date is subject to

12   change.

13   **D.      Settlement Share Checks Not Cashed Within Six Months Will Be Forfeited**

14          If any Claimant who submitted a timely and valid Claim Form does not cash the check

15   for his or her Settlement Share within six (6) months after issuance, he or she will not receive

16   any proceeds under the Settlement and the Settlement Share proceeds will be returned to BBU.

17   **E.      Tax Consequences**

18          Half of each Settlement share is considered a settlement of claims for wages subject to

19   Form W-2 reporting and, therefore, will be reduced by normal payroll tax withholding and

20   deductions.  The employer's share of applicable payroll taxes will be paid by BBU and funded

21   separately from and in addition to the Maximum Settlement Amount.

22          The remaining half of each Settlement share is considered a settlement of claims for

23   interest and penalties subject to Form 1099 reporting.  Claimants will be responsible for all taxes

24   owed based on this half of the Settlement share.

25   **F.      Non-Retaliation**

26          BBU understands and acknowledges that it has a legal obligation not to retaliate

27   against any Class Member who elects to participate in the Settlement.

28

**G.     To Request Exclusion From the Settlement**

If you do not want to participate in the Settlement, you must complete, sign and mail the enclosed Election Not to Participate in Settlement (enclosed with this Notice as Form C) to the Settlement Administrator.  In order to be valid, your completed Election Not to Participate in Settlement must be postmarked no later than **[**INSERT DATE**]**.

If you properly submit a timely Election Not to Participate in Settlement, you will not be eligible to receive any of the benefits under the Settlement.  You will, however, retain whatever legal rights you may have against BBU with regard to the Released State Law Claims and Released Federal Law Claims.

**H.     How to Object to the Settlement (If Desired)**

If you wish, you may object to the Settlement by submitting a written notice of objection.  However, if the Court grants final approval to the Settlement, you will still be bound by the Settlement, unless you elect not to participate in the Settlement, following the procedure described in Paragraph G, above.  You may object to the Settlement, either personally or through an attorney at your own expense, by filing a written objection with the Court and mailing a copy of your written objection to Class Counsel, Counsel for BBU, and the Settlement Administrator at their respective addresses listed above.

All objections must be signed and set forth your address, telephone number, and the name of the Action:  *In Re Bimbo Bakeries USA FLSA Actions*, Case No. C-05-00829 JW consolidated with Case No. C-07-03156 JW.  To be valid, any objections must be postmarked to (or received by) Class Counsel, Counsel for BBU, and the Settlement Administrator, no later than **[**INSERT DATE**],** at the addresses listed above.  If you submit a timely and valid objection, you may appear, either personally or through an attorney, at your own expense, at the Final Approval Hearing, discussed below.  Your objection should clearly explain why you object to the proposed Settlement and must state whether you or someone on your behalf intends to appear at the Final Approval Hearing.

Any Class Member who does not object in the manner described above shall be deemed to have waived any objections, and shall forever be foreclosed from objecting to the

1  fairness or adequacy of the proposed Settlement, the payment of attorneys' fees, litigation costs,

2  the enhancement awards to the Class Representatives, the claims process, and any and all other

3  aspects of the Settlement.  If you comment through an attorney, you will be solely responsible

4  for the fees and costs of your own attorney.  If you object to the Settlement, but wish to receive

5  your individual settlement payment if the Settlement is approved, you must comply with the

6  claim form submission requirements described in Section IV.A.  If the Court approves the

7  Settlement despite any comments or objections, and you have not properly submitted a Claim

8  Form, you will not receive any money from the Settlement.

9     <u>Regardless of whether you file an objection, in order to be eligible to receive any</u>

10  <u>proceeds under the Settlement, you must properly submit a timely Claim Form.</u>

11     Likewise, regardless of whether you file an objection, you will be deemed to have

12  released all of the Released State Law Claims against BBU as set forth in Section III.C.1. above

13  unless you properly request exclusion from the Settlement in accordance with Paragraph G

14  above.

15  **I.**  **If You Do Nothing**

16     If you do nothing in response to this Notice, you will not be eligible to receive

17  any proceeds under the Settlement, but you will be deemed to have released all of the Released

18  State Law Claims as set forth in Section III.C.1, above.

19  **V.**  **FINAL APPROVAL HEARING ON PROPOSED SETTLEMENT**

20     The Court will hold a Final Approval Hearing on the fairness and adequacy of the

21  proposed Settlement, the plan of allocation, Class Counsel's request for attorneys' fees and costs,

22  the administrative costs, and the enhancement awards to the Class Representatives on

23  **[**INSERT DATE AND TIME**]** in Courtroom **[**INSERT ROOM #**]** of the United

24  States District Court for the District of Northern California, located at 280 South First Street, San

25  Jose, California.  The Final Approval Hearing may be continued without further notice to Class

26  Members.  **It is not necessary for you to appear at this hearing**.  You may appear at the

27  hearing if you wish, if you have given notice of any objections to the Settlement under the

28  procedures set forth in Section IV.H, above.

**VI.     ADDITIONAL INFORMATION**

**A.      No Cost To You**

The Settlement does not require you to pay money out of pocket.  However, you are responsible for all taxes owed on your paid Settlement Shares.  BBU will be responsible for paying the employer's share of any payroll taxes paid in the Settlement.

**B.      Tax Advice Caveat**

Any perceived tax advice in this Notice was not intended or written to be used, and it cannot be used by any recipient, for the purpose of avoiding any tax penalties that may be imposed on any person.  This Notice imposes no limitation on the disclosure of the tax treatment or tax structure of any transaction.  Class Counsel cannot give you tax advice.

**C.      This Notice Provides Only A Summary**

This Notice only summarizes the Action, the Settlement, and other related matters.  For more information, you may review the Court's files, including the detailed Joint Stipulation and Settlement Agreement, which will be on file with the Clerk of the Court.  The pleadings and other records in this Action including the Joint Stipulation and Settlement Agreement, may be examined at the at the Office of the Clerk of Court, United States District Court for the District of Northern California, 280 South First Street, San Jose, CA 95113, or online through the Public Access to Court Electronic Resources System, known as "PACER," at http://ecf.cand.uscourts.gov.  **You may also contact the Settlement Administrator at _____.  Do not telephone the Court or BBU's counsel for information regarding this Settlement or the claim process.**

**D.      If You Have Questions**

Any questions regarding this Notice, the Claim Form, or the Election Not to Participate in Settlement Form should be directed to the Settlement Administrator at the above address and telephone number.  If your address changes, or is different from the one on the envelope enclosing this Notice, please promptly notify the Settlement Administrator as instructed in Paragraph E. below.

**E.      If You Change Your Name or Address**

If, for future reference and mailings from the Court or Settlement Administrator, you wish to change the name or address listed on the envelope in which the Class Notice was first mailed to you, then you must fully complete, sign, and mail the Change of Name And/Or Address Information Form (enclosed with this Notice as Form B).

**PLEASE DO NOT CALL OR WRITE THE COURT ABOUT THIS NOTICE**

*        *        *

By order of the United States District Court for the Northern District of California.

Dated _____, 2010     _____
                                       Hon. James Ware
                                       United States District Judge

**FORM A**

**CLAIM FORM**

*In Re Bimbo Bakeries USA FLSA Actions*
United States District Court for the District of Northern California (Case No: C 05-00829 JW
consolidated with No. C 07-03156 JW)

Instructions:  Please complete this Claim Form if you want to be eligible to receive a payment

from the Settlement that is described in the Notice of (1) Proposed Class Settlement and (2) Final

Settlement Approval Hearing ("Class Notice") that accompanies this Form.  **The deadline for**

**mailing this Form to the Settlement Administrator is [** INSERT DATE **].**

I.    **PERSONAL INFORMATION:**

Name (first, middle and last):_____

Home Street Address:  _____

City, State, Zip Code:  _____

Social Security Number:  _____

PLEASE PROVIDE YOUR Home or Mobile Telephone Number:  (        )

PLEASE PROVIDE YOUR E-mail address (optional) – to be used only to communicate

with you regarding the Settlement: _____

II.    **YOUR WORK HISTORY WITH BBU:**

The amount of your Settlement share is based on a formula that accounts for your

Compensable Work Weeks (i.e., weeks that you worked in a job covered by the Settlement

during the time period covered by the Settlement).  According to records maintained by BBU,

you worked approximately the following number of Compensable Work Weeks (in a covered

position, described in the Notice) during the Class Period:

_____   Compensable Work Weeks between February 25, 2001 and _____, 2009

Your dates of employment at BBU are/were:  [insert hire date] to [present or term date]

**[** INSERT INFORMATION ABOUT INDIVIDUAL **]**

III.    **IF YOU DISPUTE BBU'S RECORDS:**

Please complete this Section only if you <u>disagree</u> with the number of work weeks

that BBU's records indicate that you worked during the relevant time period.  If you believe that

this information is <u>incorrect</u>, please:

        1.     Write in the space below the estimated number of work weeks you believe you worked at BBU in the RSR position (as described in the Class Notice) during the class period:

     \_\_\_\_\_ Compensable Work Weeks between February 25, 2001 and _____, 2009

        2.     Please attach to this Claim Form any documents that support the information you have provided regarding the weeks you worked in this job within this period of time (for example, pay stubs or payroll records) or an explanation by you describing what you believe is inaccurate in BBU's records.  <u>Please be advised that BBU's records are presumed to be correct unless the documents or explanation you provide demonstrates otherwise.</u>

## IV.    <u>RELEASE OF CLAIMS.</u>

        1.     I hereby release BBU and each of its past, present and future parents, subsidiaries (whether or not wholly-owned), joint ventures, affiliates (including such affiliate's past, present and future parents, subsidiaries and joint ventures), divisions and subdivisions, and its and each of such entities' current and former officers, directors, employees, partners, shareholders, agents, insurers, successors, assigns, and legal representatives, all in their individual and corporate capacities (the "BBU Parties"), from any and all claims, obligations, causes of action, actions, demands, rights, and liabilities of every kind, nature and description, whether known or unknown, whether anticipated or unanticipated, arising prior to the date of the Court's order of final approval or March 31, 2010, whichever first occurs, (1) relating to claims that were pled in the Action, and/or (2) which could have been pled which arise out of or relate to classification or misclassification of exempt status in the consolidated Action, including but not limited to claims for (i) the alleged failure to pay any type of overtime wages, (ii) the alleged failure to pay minimum wage, (iii) the alleged failure to provide meal periods or rest breaks, (iv) the alleged failure to provide itemized wage statements, (v) the alleged failure to timely pay wages due, (vi) any alleged failure to provide benefits; (vii) all other wage/hour and wage

1   payment Claims arising under the laws of the State of California and arising from or related to

2   classification or misclassification of exempt status, including, without limitation, statutory,

3   constitutional, regulatory, contractual or common law claims for wages, damages, and unpaid

4   costs,; any and all of the following based on the foregoing claims and/or causes of action:

5   penalties (including penalties under PAGA), liquidated damages, punitive damages, interest,

6   attorneys' fees, litigation costs, restitution, or equitable relief; and Claims for unfair business

7   practices or unfair competition, including, without limitation, claims arising under California

8   Bus. & Prof. Code sections 17200 *et seq.* (collectively, the "State Law Released Claims").

9           2.     I additionally hereby release the BBU Parties from any and all

10   claims, obligations, causes of action, actions, demands, rights, and liabilities, whether known or

11   unknown, whether anticipated or unanticipated, arising prior to the date of the Court's order of

12   final approval or March 31, 2010, whichever first occurs, that were asserted, relate to those

13   asserted, or which could have been asserted in the Action pursuant to the FLSA, including claims

14   for wages, overtime, straight time, minimum wages, meal and rest breaks, premium pay,

15   liquidated damages, interest, attorneys' fees, litigation costs, restitution, and equitable relief

16   (collectively, the "Federal Law Released Claims").

17           3.     I hereby acknowledge that I have been given the opportunity to be

18   advised by legal counsel and that I am by this release waiving rights pursuant to California Civil

19   Code Section 1542, and I expressly waive such rights pertaining to these released claims as

20   quoted below:

21           A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS
        WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT

22           TO EXIST IN HIS OR HER FAVOR AT THE TIME OF
        EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM

23           OR HER MUST HAVE MATERIALLY AFFECTED HIS OR
        HER SETTLEMENT WITH THE DEBTOR.

24

25           I hereby expressly waive any rights I may have under any other statute of

26   common law principles of similar effect.

27   **V.**        **MAILING INSTRUCTIONS.**

28           Please mail this completed Claim Form to the Settlement Administrator at the

address listed below.  Your completed Claim Form must be postmarked on or before **[\*\*INSERT DATE\*\*]** or else you will forfeit your benefits under this Settlement.  Even if you file an objection to the Settlement, you must submit this Form by the deadline in order to be eligible to receive any benefits under the Settlement.  The address of the Settlement Administrator is:

*In Re Bimbo Bakeries USA FLSA Actions* Settlement Administration

c/o _____

Phone: _____

Fax: _____

## VI.    <u>PLEASE SIGN BELOW.</u>

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I hereby consent in writing to become a party plaintiff in the above-captioned action pursuant to Section 16(b) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*, and authorize Class Counsel (as defined in Section III of the Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing) to act on my behalf in all matters relating to this action, including the settlement of my claims.


Dated: _____          _____
                                (Signature)
                               _____
                                (Print Name)


If you have any questions about completing this Claim Form, please call the Settlement Administrator at **[\*\*INSERT TELEPHONE NUMBER\*\*].**].

**FORM B**

**CHANGE OF NAME AND/OR ADDRESS INFORMATION**

*In Re Bimbo Bakeries USA FLSA Actions*
United States District Court for the Northern District of California (Case No: C 05-00829 JW
consolidated with No. C 07-03156 JW)

<u>Instructions:</u> Please complete this Form <u>only</u> if you wish to change your name and/or mailing address information.

    ***Former*** name and mailing address:

    Name (first, middle and last): _____

    Home Street Address: _____

    City, State, Zip Code: _____

    Home Telephone Number: (____) _____

    Social Security Number: _____

    ***New*** name and/or mailing address: _____

    Name (first, middle and last): _____

    Home Street Address: _____

    City, State, Zip Code: _____

    Home Telephone Number: (____) _____

        For purposes of verification only, I began working for BBU or another BBU entity at the _____ depot in:

             _____
                   (Month)          (Year)

        I understand that all future correspondence in this action, including but not necessarily limited to important notices or payments to which I am entitled (if any), will be sent to the new address listed above and not to the address previously used. I hereby request and consent to the use of the address listed above for these purposes.

Dated: _____     _____
                                           (Signature)

1

_____
(Print Name)

2          PLEASE RETURN THIS FORM VIA UNITED STATES MAIL TO:

3     *In Re Bimbo Bakeries USA FLSA Actions* Settlement Administration
                    c/o _____

4
                    Phone: _____

5                   Fax:   _____

6     **THIS FORM MUST BE RECEIVED BY [**NOTICE DEADLINE**] TO CHANGE YOUR ADDRESS.**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## FORM C

2

## ELECTION NOT TO PARTICIPATE IN SETTLEMENT

3

*In Re Bimbo Bakeries USA FLSA Actions*
United States District Court for the Northern District of California (Case No: C 05-00829 JW

4

consolidated with No. C 07-03156 JW)

5

Instructions: Please complete this Form only if you do not want to participate in the Settlement

6

that is described in the Notice of (1) Proposed Class Settlement and (2) Final Settlement

7

Approval Hearing ("Class Notice") that accompanies this Form.  If you choose to complete this

8

Form, the deadline for mailing it to the Settlement Administrator is **[** INSERT DATE **].**

9

### I.     PERSONAL INFORMATION

10

Name (first, middle and last):_____

11

Home Street Address:  _____

12

City, State, Zip Code:  _____

Home Telephone Number: (____) _____

13

Social Security Number: _____

14

Please Provide Your Home or Mobile Telephone Number: (       )

15

Please Provide Your E-mail address (optional – to be used only to communicate with you
regarding the Settlement):

16

### II.     REQUEST FOR EXCLUSION

17

18

By signing and returning this Form, I certify that I have carefully read the Class

19

Notice and that I wish to be excluded from the Settlement described therein. I understand this

20

means that I will not be eligible to receive any money or other benefits under the Settlement.  I

21

also understand that if I am excluded from the class, I may bring a separate legal action seeking

22

damages, but might recover nothing or less than what I would have recovered if I had filed a

23

claim under the Settlement.

24

### III.     MAILING INSTRUCTIONS

25

If you choose to return this Form, you must return it to the Settlement

26

Administrator postmarked on or before **[** INSERT DATE **]** at the address listed below:

27

*In Re Bimbo Bakeries USA FLSA Actions* Settlement Administration
c/o Simpluris, Inc.

28

NOTICE OF CLASS SETTLEMENT

Phone: _____

Fax:  _____

**IV.**    **PLEASE SIGN BELOW.**

I certify that the foregoing statements made by me are true and correct.

Dated: _____          _____

(Signature)

_____

(Print Name)

**FORM D**

[SETTLEMENT ADMINISTRATOR LETTERHEAD]

[DATE]

[CLASS MEMBER NAME AND ADDRESS]

Re:     *In Re Bimbo Bakeries USA FLSA Actions*
        United States District Court for the Northern District of California
        (Case No: C 05-00829 JW consolidated with No. C 07-03156 JW)

Dear **[NAME]**:

      It appears that you have submitted inconsistent documentation with respect to whether you intend to participate in the above-referenced class action settlement (the "Settlement").  Specifically, you have submitted an Election Not to Participate in Settlement Form and you have also submitted a Claim Form.

      Please complete the information below to indicate whether it is your intention to participate in the settlement (and be eligible to receive a payment) or to opt-out of the Settlement (and receive nothing), and return this form by **[**INSERT DATE**]** to

      *In Re Bimbo Bakeries USA FLSA Actions* Settlement Administration
      c/o Simpluris, Inc.
      _____
      Telephone: _____
      Fax: _____

If this fully completed and signed Form is not received by **[** INSERT DATE**]**, you will be deemed to have elected to participate in the settlement.

**I.     PERSONAL INFORMATION**

Name (first, middle and last):_____

Home Street Address: _____

City, State, Zip Code: _____

Please Provide Your Home or Mobile Telephone Number: (_____) _____

Please Provide Your E-mail address (optional – to be used only to communicate with you regarding the Settlement): _____

**II.    PLEASE CHOOSE ONE (AND ONLY ONE) OF THE FOLLOWING OPTIONS:**

_____ I elect to opt out of participation in the Settlement.  I understand this means that I will not be eligible to receive any money or other benefits under the Settlement.

_____ I elect to participate in the Settlement.  I understand that this means I am releasing all claims set forth in the Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing that I previously have received and read.

**III.    PLEASE SIGN BELOW.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

_____
(Signature)

_____
(Print Name)

Sincerely,

The Settlement Administrator

NOTICE OF CLASS SETTLEMENT