| | |
|---|---|
| 1 | Wendy M. Lazerson (SBN 97285) <br> Carolyn B. Hall (SBN 212311) |
| 2 | BINGHAM MCCUTCHEN LLP <br> 1900 University Avenue |
| 3 | East Palo Alto, CA 94303-2223 <br> Telephone: (650) 849-4400 |
| 4 | Facsimile: (650) 849-4800 |
| 5 | Attorneys for Defendant <br> BIMBO BAKERIES USA, INC. |
| 6 | |
| 7 | |
| 8 | SPIRO MOSS BARNESS LLP <br> Ira Spiro, State Bar No. 67641 <br> ira@spiromoss.com |
| 9 | 11377 W. Olympic Blvd. Fifth Floor <br> Los Angeles, CA 90064 |
| 10 | Tel (310) 235-2468, Fax (310) 235-2456 |
| 11 | Attorneys for Plaintiffs Thomas Leonard *et al*. <br> (Additional Attorneys for Plaintiffs at End of Document) |
| 12 | |

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 17 | | No. C 05 00829 (JW) |
| 18 | In re BIMBO BAKERIES USA FLSA ACTIONS | **STIPULATION AND [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE AT FEBRUARY 8, 2010 HEARING DATE ON JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| 22 | | Complaint filed: February 25, 2005 <br> Judge: Hon. JAMES WARE |

CASE NO. 05-00829

**STIPULATION & [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

A/73286988.1

| | |
|---|---|
| 1 | Plaintiffs Leonard, Bradaric, Hoskins, Newman, Herr, Harrison, Jeter, Motte, Morrison, Castro and Terusa, and defendant Bimbo Bakeries USA, Inc. ("BBU"), being all the parties of record in this action, by and through their respective attorneys, stipulate as set forth in the "STIPULATION" portion of this document below, based on the following circumstances: |

Plaintiffs Leonard, Bradaric, Hoskins, Newman, Herr, Harrison, Jeter, Motte, Morrison, Castro and Terusa, and defendant Bimbo Bakeries USA, Inc. ("BBU"), being all the parties of record in this action, by and through their respective attorneys, stipulate as set forth in the "STIPULATION" portion of this document below, based on the following circumstances:

On January 19, 2010, the Court issued an order continuing the hearing on the motion for preliminary approval of settlement to February 8, 2010 and directed to parties to file their Joint Motion for Approval of Settlement and Proposed Order by January 29, 2010. The parties filed the Joint Motion for Preliminary Approval of Settlement and all related papers and proposed orders on January 29, 2010. On the date currently set for hearing on the joint motion, February 8, 2010 commencing at 9:00 a.m., counsel for defendant BBU must attend and take a deposition in San Diego, California pursuant to an order by Magistrate Judge Louisa S. Porter of the United States District Court for the Southern District of California in the matter styled *Carlotta Blount v. ADP, Inc., et al.*, Case No. 09-cv-1668-JAH (POR). An additional deposition subject to Magistrate Porter's order in the *Blount* matter is set for February 22, 2010 commencing at 9:00 a.m. in San Diego. Counsel for all the parties are available on February 15, 2010, however, that is a court holiday. Counsel for plaintiffs have a trial commencing on March 1, 2010 at 9:00 a.m. in the San Bernardino County Superior Court. The first Monday date that all parties are available is March 15, 2010.

The Court has indicated that under the circumstances it will permit the parties to appear telephonically on February 8, 2010 at 9:00 a.m. The parties agree to appear telephonically on February 8, 2010 at 9:00 a.m. and each party agrees to arrange for their telephonic appearance through Court Call Phone Conferencing.

//
//
//
//

CASE NO. 05-00829

**STIPULATION & [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

A/73286988.1

| | |
|---|---|
| 1 | STIPULATION |
| 2 | In view of the foregoing: |
| 3 | IT IS THEREFORE STIPULATED BY ALL PARTIES as follows: |
| 4 | The parties stipulate to a telephonic appearance at the hearing on the Joint Motion |
| 5 | for Preliminary Approval of Settlement on February 8, 2010 at 9:00 a.m. |

DATED: February 4, 2010                    BINGHAM MCCUTCHEN LLP

By: /s/ _____
Wendy M. Lazerson
Attorneys for Defendant

DATED: February 4, 2010                    SPIRO MOSS BARNESS HARRISON & BARGE LLP

By: /s/ _____
Ira Spiro
Attorneys for Plaintiffs

**Additional Attorneys for Plaintiffs are listed below:**

| | |
|---|---|
| LANGFORD & LANGFORD, a PLC<br>Michael S. Langford (SBN 125756)<br>24681 La Plaza, Suite 220<br>Dana Point, California 92629<br>mklangford@aol.com<br>Telephone: (949)545-6540<br>Fax: (949) 545-6541<br>Attorneys for Kathleen Morrison *et al*. | GIGLIOTTI & GIGLIOTTO, L.L.P<br>Joseph J. Gigliotti (SBN 144979)<br>gigliottilaw@msn.com<br>434 East Chapman Avenue<br>Fullerton, California 92832<br>Telephone: (714) 879-1712<br>Fax: (714) 879-3429<br>Attorneys for Kathleen Morrison *et al*. |
| WALSH & WALSH, PC<br>Michael J. Walsh (SBN 155401)<br>michaeljwalshesq@aol.com<br>420 Exchange, Suite 270<br>Irvine, California 92602<br>Telephone: (714) 544-6609<br>Fax: (714) 544-6621<br>Attorneys for Kathleen Morrison *et al*. | GINEZ, STEINMETZ & ASSOCIATES<br>Rudy Ginez, Jr. (SBN 84978)<br>926 North Flower Street<br>Santa Ana, California 92703<br>Telephone: (714) 541-2251<br>Fax: (714) 541-5807<br>Attorneys for Kathleen Morrison *et al*. |

2

**STIPULATION & [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

A/73286988.1

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

The Court will permit the parties to appear telephonically at the hearing on the Joint Motion for Preliminary Approval of Settlement on February 8, 2010 at 9:00 a.m. Counsel for the parties are directed to schedule their telephonic appearances through Court Call Phone Conferencing.

The Stipulation to Continue the February 8, 2010 hearing (Docket Item No. 487) is found as MOOT.

Dated: February __4__, 2010 _____
HON. JAMES WARE
United States District Judge

3
STIPULATION & [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

A/73286988.1